AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

)
)
)
Iowaska Church of Healing )
)
)
)
*Plaintiff(s)* )
v. )    Civil Action No.  **21-cv-02475-BAH**
)
Charles P. Rettig )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC  20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William A. Boatwright
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, IA  50309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:  09/23/2021

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>Iowaska Church of Healing<br><br><br><em>Plaintiff(s)</em><br><br>v.<br><br>Charles P. Rettig<br><br><br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  <strong>21-cv-02475-BAH</strong></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Channing D. Phillips, U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William A. Boatwright
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, IA  50309

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   09/23/2021

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Iowaska Church of Healing</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.  <b>21-cv-02475-BAH</b></td></tr>
<tr><td>Charles P. Rettig</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
     Merrick B. Garland, Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue N.W.
     Washington, DC  20530

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
     William A. Boatwright
     Dentons Davis Brown PC
     215 10th Street, Ste. 1300
     Des Moines, IA  50309

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:  09/23/2021                    /s/ Natalie Guerra
                                            *Signature of Clerk or Deputy Clerk*