**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IOWASKA CHURCH OF HEALING** | ) | |
| | ) | |
| Petitioner | ) | |
| v. | ) | Civil Action No. 1:21-cv-02475-BAH |
| | ) | |
| **CHARLES P. RETTIG,** | ) | |
| **in his Official Capacity as** | ) | |
| **Commissioner,** | ) | |
| **Internal Revenue Service** | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY**
**WILLIAM A. BOATWRIGHT**

Petitioner Iowaska Church of Healing respectfully submits this Motion pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of William A. Boatwright of Dentons Davis Brown PC, and in support thereof states as follows:

1.  William A. Boatwright is a shareholder of the law firm of Dentons Davis Brown PC. His office is located at 215 - 10th Street, Suite 1300, Des Moines, Iowa, and his telephone number is 515-288-2500.  *See* Declaration of William A. Boatwright, attached hereto as Exhibit A.

2.  Mr. Boatwright is a member in good standing of the Bar of the State of Iowa.  He has not been denied admission or disciplined by any Court.  *See* Exhibit A.

3.  Petitioner has retained Dentons Davis Brown PC and requested that Mr. Boatwright represent it in this matter.

4.  Mr. Boatwright has not been admitted *pro hac vice* in this Court within the last two years.  *See* Exhibit A.

5.  Petitioner respectfully requests that this Motion be granted so that Mr. Boatwright may attend and participate in all matters on behalf of Petitioner in this litigation.

6.  This Motion is being made by Kenneth J. Pfaehler, who is a member in good standing of this Bar.

Dated: September 23, 2021                                    DENTONS US LLP


                                                      ___/s/ Kenneth J. Pfaehler_____
                                                      Kenneth J. Pfaehler
                                                      D.C. Bar No. 461718
                                                      Dentons US LLP
                                                      1900 K Street, N.W.
                                                      Washington, D.C. 20006
                                                      Phone: (202) 496-7500
                                                      Fax: (202) 496-7756
                                                      Email: Kenneth.pfaehler@dentons.com

                                                      *Attorneys for Petitioner Iowaska Church
                                                      of Healing*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 23rd day of September, 2021, a true copy of

the foregoing, **MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY WILLIAM**

**A. BOATWRIGHT**, was served upon the following via US Mail:

Channing D. Phillips, U.S. Attorney
Unites States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, DC  20530

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC  20224

   /s/ Kenneth J. Pfaehler
*Attorney for Petitioner*