# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. RETTIG, )<br>in his Official Capacity as )<br>Commissioner, )<br>Internal Revenue Service )<br>)<br>Defendant. ) | Civil Action No. |

### DECLARATION OF WILLIAM A. BOATWRIGHT

1. I am a shareholder of the law firm of Dentons Davis Brown PC. My office is located at 215 - 10th Street, Suite 1300, Des Moines, Iowa 50309, and my telephone number is 515-288-2500.

2. I am a member in good standing of the Bar of the State of Iowa.

3. I have not been denied admission or disciplined by any Court.

4. Petitioner has retained Dentons Davis Brown PC and requested me to represent it in this matter.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2021

William A. Boatwright

#3309975