UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IOWASKA CHURCH OF HEALING**<br><br>        Petitioner<br>v.<br><br>**CHARLES P. RETTIG,**<br>**in his Official Capacity as**<br>**Commissioner,**<br>**Internal Revenue Service**<br><br>        Respondent | )<br>)<br>)<br>)<br>)   Civil Action No. 1:21-cv-02475-BAH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY MICHAEL A. GILMER

Petitioner Iowaska Church of Healing respectfully submits this Motion pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Michael A. Gilmer of Dentons Davis Brown PC, and in support thereof states as follows:

1. Michael A. Gilmer is Special Counsel with the law firm of Dentons Davis Brown PC. His office is located at 215 - 10th Street, Suite 1300, Des Moines, Iowa, and his telephone number is 515-288-2500. *See* Declaration of Michael A. Gilmer, attached hereto as Exhibit A.

2. Mr. Gilmer is a member in good standing of the Bar of the State of Iowa. He has not been denied admission or disciplined by any Court. *See* Exhibit A.

3. Petitioner has retained Dentons Davis Brown PC and requested that Mr. Gilmer represent it in this matter.

4. Mr. Gilmer has not been admitted *pro hac vice* in this Court within the last two years. *See* Exhibit A.

5. Petitioner respectfully requests that this Motion be granted so that Mr. Gilmer may attend and participate in all matters on behalf of Petitioner in this litigation.

6. This Motion is being made by Kenneth J. Pfaehler, who is a member in good standing of this Bar.

Dated: September 23, 2021                                          DENTONS US LLP

                                                                                    /s/ Kenneth J. Pfaehler
Kenneth J. Pfaehler
D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 496-7500
Fax: (202) 496-7756
Email: Kenneth.pfaehler@dentons.com

*Attorneys for Petitioner Iowaska Church of Healing*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of September, 2021, a true copy of the foregoing, **MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY MICHAEL A. GILMER**, was served upon the following via US Mail:

Channing D. Phillips, U.S. Attorney
Unites States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, DC  20530

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC  20224

  /s/ Kenneth J. Pfaehler
*Attorney for Petitioner*