# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IOWASKA CHURCH OF HEALING** )<br><br>Plaintiff, )<br><br>v. )<br><br>**CHARLES P. RETTIG,**<br>**in his Official Capacity as** )<br>**Commissioner,** )<br>**Internal Revenue Service** )<br><br>Defendant. ) | Civil Action No. |

## DECLARATION OF MICHAEL A. GILMER

1.      I am Special Counsel with the law firm of Dentons Davis Brown PC.  My office is located at 215 - 10th Street, Suite 1300, Des Moines, Iowa 50309, and my telephone number is 515-288-2500.

2.      I am a member in good standing of the Bar of the State of Iowa.

3.      I have not been denied admission or disciplined by any Court.

4.      Petitioners have retained Dentons Davis Brown PC and requested me to represent them in this matter.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12 , 2021

_____
Michael A. Gilmer

#3309987