UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IOWASKA CHURCH OF HEALING**,<br><br>Petitioner,<br><br>v.<br><br>**CHARLES P. RETTIG,**<br>in his Official Capacity as<br>Commissioner,<br>**Internal Revenue Service**<br><br>Respondent | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2021, upon consideration of the Petitioner's Motion for Admission Pro Hac Vice of Michael A. Gilmer and the Court having considered the matter and good cause having been shown, it is hereby

ORDERED that Michael A. Gilmer be admitted pro hac vice for the purpose of representing the Petitioner in the above-captioned matter.

SO ORDERED,

_____
United States District Judge

#3315664