AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Iowaska Church of Healing )
*Plaintiff* )
v. ) Case No. 21-cv-02475-BAH
Charles P. Rettig )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Iowaska Church of Healing

Date: 09/29/2021

*Attorney's signature*

Michael A. Gilmer, Iowa AT0009412
*Printed name and bar number*

215 10th Street, Ste. 1300
Des Moines, IA 50309

*Address*

michael.gilmer@dentons.com
*E-mail address*

(515) 288-2500
*Telephone number*

(515) 243-0654
*FAX number*

Copies to:

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC  20530

Channing D. Phillips, U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC  20224

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 30, 2021, by: |
| _X_ U.S. Mail     ___ Overnight Courier<br>___ Hand Delivered   ___ Other<br>___ Email         ___ EDMS |
| Signature: _____ |
|  |

#3318026