Copies to:

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC  20530

Channing D. Phillips, U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC  20224

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 30, 2021, by: <br><br> _X_ U.S. Mail          ___ Overnight Courier <br> ___ Hand Delivered    ___ Other <br> ___ Email             ___ EDMS <br><br> Signature: _[signature]_ |
|  |

#3318026