# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IOWASKA CHURCH OF HEALING** ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 21-cv-02475-BAH |
| ) | |
| **CHARLES P. RETTIG,** ) | |
| **in his Official Capacity as** ) | |
| **Commissioner,** ) | |
| **Internal Revenue Service** ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT OF MAILING

I, Teresa M. Burriola, hereby state that:

On the 23rd day of September, 2021, I caused to be sent by Certified Mail a copy of the Complaint for Declaratory Relief and Summons, together with a Motion for Admission Pro Hac Vice of Attorney William A. Boatwright and a Motion for Admission Pro Hac Vice of Attorney Michael A. Gilmer in the above captioned case, postage prepaid, return receipt requested, addressed to the following Defendant:

Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC  20224

Channing D. Phillips, U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC  20530

I have received the receipt for the Certified Mail, No. 70201810000035095070, 70201810000035095087, and 70201810000035095063 (attached hereto), indicating that delivery of the Summons and Complaint was made upon said Defendant on the 27th day of

#3320852

September, 2021; and the 28th day of September, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of October, 2021.

_Teresa M. Burriola_
Teresa M. Burriola

Subscribed and sworn to before me by Teresa M. Burriola on October 25th, 2021.

Notary Public in and for the State of Iowa

LEANNA B SULZNER
Commission Number 786653
My Commission Expires
10/27/23



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick B. Garland, Atty Gen Gen
U.S. Dept of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

9590 9402 6481 0346 5040 58

2. Article Number (Transfer from service label)

7020 1810 0000 3509 5063

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

SEP 2 8 2021

3. Service Type                        ☐ Priority Mail Express®
☐ Adult Signature                      ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted
☒ Certified Mail®                         Delivery
☐ Certified Mail Restricted Delivery   ☒ Signature Confirmation™
☐ Collect on Delivery                  ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Sent To   Merrick B. Garland, Atty Gen
Street and Apt. No., or P U.S. Dept of Justice
City, State, ZIP+4®  950 Pennsylvania Ave., N.W.
          Washington, D.C. 20530

7020 1810 0000 3509 5063

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

9590 9402 6481 0346 5040 72

2. Article Number (Transfer from service label)

7020 1810 0000 3509 5087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

Edy Soce

SEP 2 8 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)          $
☐ Certified Mail Restricted Delivery          $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Civil Process Clerk
Street and United States Attorney's Office
City, State 555 Fourth Street, N.W.
Washington, D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles P. Rettig, Commissioner
Internal Revenue Service
1111 Constitution Ave., N.W.
Washington, D.C. 20224

|||||||||| (barcode)
9590 9402 6481 0346 5040 65

2. Article Number (Transfer from service label)

7020 1810 0000 3509 5070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To   Charles P. Rettig, Commissioner
Street and   Internal Revenue Service
          1111 Constitution Ave., N.W.
City, State   Washington, D.C. 20224

DES MOINES IA 50318
SEP 23 2021
Postmark Here
USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201810000035095070

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:33 am on September 27, 2021 in WASHINGTON, DC 20224.

 **Delivered, Front Desk/Reception/Mail Room**

September 27, 2021 at 10:33 am
WASHINGTON, DC 20224

**Get Updates** ⌄

Feedback

**Text & Email Updates** ⌄

**Tracking History** ⌃

September 27, 2021, 10:33 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224
Your item was delivered to the front desk, reception area, or mail room at 10:33 am on September 27, 2021 in WASHINGTON, DC 20224.

September 27, 2021, 10:01 am
Arrived at Post Office
WASHINGTON, DC 20018

September 26, 2021, 10:51 pm
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 26, 2021
In Transit to Next Facility

September 24, 2021, 8:03 am
Departed USPS Regional Facility
DES MOINES IA DISTRIBUTION CENTER

September 23, 2021, 5:56 pm
Arrived at USPS Regional Facility
DES MOINES IA DISTRIBUTION CENTER

**Product Information**                                    ⌄        Feedback

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**