IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES P. RETTIG, *in his official capacity* ) <br> *as* Commissioner of Internal Revenue, ) <br> ) <br> Defendant. ) <br> _____) | Civil Case No. 1:21-cv-02475 |

## NOTICE OF APPEARANCE

Please enter the appearance of Kristina M. Portner, Trial Attorney, United States Department of Justice, Tax Division, as counsel of record for the United States of America in the above-captioned civil action. Ms. Portner requests to be served with copies of all notices and pleadings filed in this case.

Dated: December 20, 2021

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kristina M. Portner*
KRISTINA M. PORTNER
D.C. Bar Number 1002793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-514-0451
Fax: 202-514-6866
kristina.m.portner@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ Kristina M. Portner
>KRISTINA M. PORTNER
>Trial Attorney, Tax Division
>United States Department of Justice

.