IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES P. RETTIG, *in his official capacity* ) <br> *as* Commissioner of Internal Revenue, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Case No. 1:21-cv-02475 |

**NOTICE OF CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD**

The Defendant gives notice that they provide here a certified list of the contents of the administrative record, in compliance with Local Rule 7(n). Attached as Exhibits A and B are the certification and the list, respectively.

Dated: December 20, 2021

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER (KY #97725)
JOSEPH E. HUNSADER (DC #453328)
KRISTINA M. PORTNER (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov
Joseph.E.Hunsader@usdoj.gov
Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney
United States Department of Justice, Tax Division
