**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> CHARLES P. RETTIG, *in his official capacity*  ) <br> *as* Commissioner of Internal Revenue,  ) <br> ) <br> Defendant.  ) <br> _____ ) | Civil Case No. 1:21-cv-02475 |

**NOTICE OF CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD**

Pursuant to 28 U.S.C. § 1746, Timothy Jarvis declares as follows:

1. I hold the position of Appeals Team Manager in the Independent Office of Appeals of the Internal Revenue Service. My duties include overseeing the Appeals Officers, who attempt to resolve disputes between the Service and taxpayers without the necessity of litigation.

2. On November 30, 2020, Daniel Frisch was assigned to handle the appeal of Iowaska Church of Healing (Iowaska) from the Service's proposed denial of Iowaska's application for tax-exempt status under 26 U.S.C. § 501(c)(3). Daniel Frisch directly reports to me.

3. In that capacity, I had custody of Iowaska's exemption application file, which is the entire administrative file maintained by the Service with respect to an exemption application. It includes the "administrative record," which is a subset of the administrative file.

4. The United States Tax Court has adopted rules for section 7428 proceedings, including Rule 210(b)(12), which defines the "administrative record" to include, "where applicable, the request for determination, all documents submitted to the Internal Revenue

Service by the applicant in respect of the request for determination, all protests and related papers submitted to the Internal Revenue Service, all written correspondence between the Internal Revenue Service and the applicant in respect of the request for determination of such protests, all pertinent returns filed with the Internal Revenue Service, and the notice of determination by the Commissioner."

5. The Tax Court scheme for section 7428 cases, including the concept of the "administrative record," has been adopted in this court. *See Big Mama Rag, Inc. v. United States*, 494 F. Supp. 473, Fn. 1 (D.D.C. 1979), *rev'd on other grounds*, 631 F. 2d 1030 (D.C. Cir. 1980).

6. I hereby certify that the index of the contents of the administrative record that accompanies this declaration at Exhibit B is accurate and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2021

*Tim Jarvis*
_____
TIMOTHY JARVIS
Appeals Team Manager
Internal Revenue Service