# INDEX TO ADMINISTRATIVE RECORD
## IOWASKA CHURCH OF HEALING V. CHARLES P. RETTIG

| Exhibit Number | Description of Document |
|---|---|
| 1 | Form 2848, *Power of Attorney and Declaration of Representative*, dated November 28, 2018 (2 pages) |
| 2 | Form 1023, *Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code*, with Form 1023 Checklist, postmarked January 10, 2019 (14 pages) |
| 3 | Articles of Incorporation submitted with Form 1023 (12 pages) |
| 4 | Bylaws submitted with Form 1023 (22 pages) |
| 5 | Attachments to Form 1023 (102 pages) |
| 6 | Letter 1312 sent from IRS to plaintiff, dated July 3, 2019, requesting additional information needed to complete consideration of application (5 pages) |
| 7 | Response to Letter 1312 from plaintiff's representative to IRS, received July 26, 2019, providing additional information (55 pages) |
| 8 | Letter 1312 sent from IRS to plaintiff's representative, dated September 10, 2019, requesting additional information needed to complete consideration of application (6 pages) |
| 9 | Response to Letter 1312 from plaintiff's representative to IRS, received October 4, 2019, providing additional information (18 pages) |
| 10 | Letter 1312 sent from IRS to plaintiff's representative, dated February 4, 2020, requesting additional information needed to complete consideration of application (6 pages) |
| 11 | Response to Letter 1312 from plaintiff's representative to IRS, received February 24, 2020, providing additional information (27 pages) |
| 12 | Letter 4034, proposed adverse determination letter, sent from IRS to plaintiff, dated June 16, 2020, concluding, among other things, that plaintiff does not qualify for exemption under 501(c)(3) (12 pages) |
| 13 | Letter 4034, proposed adverse determination letter, sent from IRS to plaintiff's representative, dated June 16, 2020, concluding, among other things, that plaintiff does not qualify for exemption under 501(c)(3) (12 pages) |

| | |
|---|---|
| 14 | Protest sent from plaintiff's representative to IRS, dated July 13, 2020 (6 pages) |
| 15 | Letter 5918, rebuttal letter, sent from IRS to plaintiff, with copy to plaintiff's representative, dated September 1, 2020, concluding that the additional information submitted with the protest did not change the determination (12 pages) |
| 16 | Fax from plaintiff's representative to IRS, dated August 28, 2020, regarding the status of protest (2 pages) |
| 17 | Letter 5157 sent from IRS to plaintiff, dated March 10, 2021, confirming receipt of case by Office of Appeals, and scheduling a telephone conference (2 pages) |
| 18 | Letter 1371, final adverse determination letter, sent from IRS to plaintiff, dated June 28, 2021, determining that plaintiff does not qualify for exemption under 26 U.S.C. § 501(a) as an organization described in § 501(c)(3) (5 pages) |