UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IOWASKA CHURCH OF HEALING** | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Civil Action No. 21-cv-02475-BAH |
| **CHARLES P. RETTIG,** in his Official Capacity as Commissioner, Internal Revenue Service | ) ) ) ) ) ) | |
| Defendant | ) ) | |

## JOINT MEET AND CONFER REPORT

Plaintiff and Defendant respectfully submit this abbreviated Joint Meet and Confer Report as required under the Court's Standing Order For Civil Cases entered September 23, 2021:

1. Plaintiff and Defendant held a teleconference to discuss the schedule for filing motions in this case on January 27, 2022.

2. Plaintiff and Defendant held a subsequent teleconference to discuss the schedule on February 3, 2022.

3. As a result of their discussions, Plaintiff and Defendant agreed upon and hereby propose to the Court the following due dates for the filing of motions in this case:

| | |
|---|---|
| Plaintiff's dispositive motions | June 1, 2022 |
| Defendant's combined motion and opposition to Plaintiff's motions | July 1, 2022 |

#3347994

| | |
|---|---|
| Plaintiff's combined opposition to Defendant's motion and reply | August 1, 2022 |
| Defendant's reply | September 1, 2022 |
| Filing of Appendix to Administrative Record | September 15, 2022 |

4. Defendant filed a Certified List of the Contents of the Administrative Record on December 20, 2021.

Dated:  February 22, 2022

DENTONS DAVIS BROWN PC

  /s/ William A. Boatwright
WILLIAM A. BOATWRIGHT (Pro Hac Vice)
MICHAEL A. GILMER (Pro Hac Vice)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, IA  50309
Phone:  (515) 288-2500
Fax:  (515) 243-0654
Email:  bill.boatwright@dentons.com
          michael.gilmer@dentons.com
*Counsel for Iowaska Church of Healing*

DENTONS US LLP

  /s/ Kenneth J. Pfaehler
KENNETH  J. PFAEHLER (DC# 461718)
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 496-7500
Fax: (202) 496-7756
Email: Kenneth.pfaehler@dentons.com
*Counsel for Iowaska Church of Healing*

DAVID A. HUBBERT
Deputy Assistant Attorney General


 /s/ Emily K. Miller
EMILY K. MILLER (KY #97725)
JOSEPH E. HUNSADER (DC #453328)
KRISTINA M. PORTNER (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Phone: (202) 353-7509
Fax:  (202) 514-6866
Emily.K.Miller@usdoj.gov
Joseph.E.Hunsader@usdoj.gov
Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*

3