UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING<br>4114 - 27th Street<br>Des Moines, IA 50310<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES P. RETTIG,<br>in his Official Capacity as<br>Commissioner,<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington, D.C. 20224;<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br>a governmental entity,<br>c/o United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C. 20530<br><br>    Defendants. | Civil Action No. 1:21-cv-02475-BAH |

## AFFIDAVIT OF MAILING

I, LeAnna B. Sulzner, hereby state that:

On the 21st day of April, 2022, I caused to be sent by Certified Mail a copy of the Amended Complaint for Declaratory Relief in the above captioned case, postage prepaid, return receipt requested, addressed to the following Defendants:

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC  20530

Matthew M. Graves, U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

I have received the receipt for the Certified Mail, No.7020-1810-0001-9631-7004 and 7020-1810-0001-9631-6991 (attached hereto), indicating that delivery of the Amended

#3364339

Complaint for Declaratory Relief was made upon said Defendants on the 26th day of April, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of May, 2022.

_____
LeAnna B. Sulzner

Subscribed and sworn to before me by LeAnna B. Sulzner on May 4, 2022.

_____
Notary Public in and for the State of Iowa

ALISSA N WADE
Commission Number 826317
My Commission Expires
August 17, 2023



