UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IOWASKA CHURCH OF HEALING**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES P. RETTIG,**<br>in his Official Capacity as<br>Commissioner,<br>Internal Revenue Service;<br><br>and<br><br>**THE UNITED STATES OF AMERICA,**<br>a governmental entity,<br>c/o United States Attorney General<br>Department of Justice<br><br>Defendants. | Civil Action No. 1:21-cv-02475-BAH |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, Iowaska Church of Healing, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h) and hereby moves for summary judgment against the Defendants, Charles P. Rettig, in his Official Capacity as Commissioner, Internal Revenue Service, and The United States of America, a governmental entity, c/o United States Attorney General Department of Justice ("Defendants"), and in support of its Motion for Summary Judgment, respectfully states to the Court as follows:

1. Plaintiff filed a Complaint against Defendant Rettig on September 23, 2021.

2. Plaintiff filed an Amended Complaint to include Defendant, The United States of America, on April 21, 2022.

3. Defendants filed an Answer on May 4, 2022.

#3368099

4. Plaintiff has filed a Statement of Material Facts, Statement of Points of Law and Authority, and Appendix with this Motion which are incorporated herein by this reference.

5. As more fully set forth in Plaintiff's Statement of Points of Law and Authority, Plaintiff is entitled to Summary Judgment on Plaintiff's Claims One and Two as a matter of law.

6. Plaintiff requests that the Court schedule an oral hearing on its Motion for Summary Judgment and permit Plaintiff and its counsel to appear telephonically or by video conference.

WHEREFORE Plaintiff prays that the Court grant this Motion for Summary Judgment, and order such further relief as the Court deems necessary, equitable and/or proper under the circumstances.

/s/ William A. Boatwright
William A. Boatwright (*Pro Hac Vice*)
Michael A. Gilmer (*Pro Hac Vice*)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: Bill.Boatwright@dentons.com
Email: Michael.Gilmer@dentons.com

/s/Kenneth J. Pfaehler
Kenneth J. Pfaehler, D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email: Kenneth.Pfaehler@dentons.com

ATTORNEYS FOR PLAINTIFF

COPY TO:

MERRICK B. GARLAND
United States Attorney General

MATTHEW M. GRAVES
United States Attorney, District of Columbia

DAVID A. HUBBERT
Deputy Assistant Attorney General

EMILY K. MILLER   (KY #97725)
JOSEPH E. HUNSADER     (DC #453328)
KRISTINA M. PORTNER     (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: 202-353-7509
Fax:    202-514-6866
Email: Emily.K.Miller@usdoj.gov
Email: Joseph.E.Hunsader@usdoj.gov
Email: Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 31, 2022 by: |
| ☐ US Mail          ☐ FAX |
| ☐ Hand Delivered   ☐ Overnight Courier |
| ☐ Federal Express  ☒ Other: EDMS |
| Signature:  /s/ William A. Boatwright |