UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. RETTIG, )<br>in his Official Capacity as )<br>Commissioner, )<br>Internal Revenue Service; )<br>)<br>and )<br>)<br>THE UNITED STATES OF AMERICA, )<br>a governmental entity, )<br>c/o United States Attorney General )<br>Department of Justice )<br>)<br>    Defendants. ) | Civil Action No. 1:21-cv-02475-BAH |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND ORDERING DECLARATORY RELIEF**

    This matter comes before the Court pursuant to Federal Rule of Civil Procedure 56, Local Rule 7(h) and I.R.C. § 7428.  On May 31, 2022, Plaintiff Iowaska Church of Healing filed a Motion for Summary Judgment.  On _____, 202__, the Court held a hearing on Plaintiff's motion.  The Court found that there are no genuine issues of material fact precluding entry of judgment as a matter of law in favor of Plaintiff for the relief requested in its Amended Complaint for Declaratory Relief and Motion for Summary Judgment.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Plaintiff's Motion for Summary Judgment is granted.  Judgment is entered in favor of the Plaintiff and against the Defendants.

#3371487

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Defendants shall issue a Determination Letter to the Plaintiff recognizing it as an organization described in I.R.C. § 501(c)(3) and as a church within the meaning of I.R.C. § 170(b)(1)(A)(i) retroactive to the date of its incorporation, and withdraw their final adverse determination letter dated June 28, 2021 denying Plaintiff such status.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Plaintiff's sacramental use of Ayahuasca in its ceremonies is a sincere exercise of religion under the First Amendment to the United States Constitution, and is therefore entitled to protection under the Religious Freedom Restoration Act of 1993, 42 U.S.C. §§ 2000bb - 2000bb-4 (2022), when such exercise is substantially burdened by the federal government.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Defendants substantially burdened the Plaintiff's and its members' exercise of their religion by denying Plaintiff's request for recognition under I.R.C. §§ 501(c)(3) and 170(b)(1)(A)(i) without providing evidence of a compelling governmental interest for doing so, thus violating the Religious Freedom Restoration Act of 1993, 42 U.S.C. §§ 2000bb - 2000bb-4 (2022).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that because the Plaintiff is the prevailing party in this action, and Defendants' position in denying the Plaintiff's exemption application is not substantially justified within the meaning of I.R.C. § 7430, the Plaintiff is entitled to an award of attorney fees and costs in this action. Pursuant to Local Rule 54.2(a), the parties are hereby directed to confer and attempt to reach agreement on all fee issues on or before _____, 2022.  In the event that the parties are unable to reach agreement on the fee issues on or before that date, the Plaintiff is granted an extension until _____, 202__ to file a motion for attorney fees and costs under Federal Rule of Civil Procedure 54(d).

COPY TO:

William A. Boatwright (*Pro Hac Vice*)
Michael A. Gilmer (*Pro Hac Vice*)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: Bill.Boatwright@dentons.com
Email: Michael.Gilmer@dentons.com

Kenneth J. Pfaehler, D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756
Email:  Kenneth.Pfaehler@dentons.com
*Attorneys for Plaintiff*


MERRICK B. GARLAND
United States Attorney General

MATTHEW M. GRAVES
United States Attorney, District of Columbia

DAVID A. HUBBERT
Deputy Assistant Attorney General

EMILY K. MILLER   (KY #97725)
JOSEPH E. HUNSADER     (DC #453328)
KRISTINA M. PORTNER    (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: 202-353-7509
Fax:    202-514-6866
Email: Emily.K.Miller@usdoj.gov
Email: Joseph.E.Hunsader@usdoj.gov
Email: Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*