UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. RETTIG, )<br>in his Official Capacity as )<br>Commissioner, )<br>Internal Revenue Service; )<br>)<br>and )<br>)<br>THE UNITED STATES OF AMERICA, )<br>a governmental entity, )<br>c/o United States Attorney General )<br>Department of Justice )<br>)<br>Defendants. ) | Civil Action No. 1:21-cv-02475-BAH |

**PLAINTIFF'S UNRESISTED MOTION TO FILE SEPARATE APPENDIX**

COMES NOW, Plaintiff, Iowaska Church of Healing, and pursuant to Local Rule 7(n)(3) hereby moves to file a separate Appendix in this matter and respectfully states to the Court as follows:

1. Plaintiff and Defendant filed a Joint Meet and Confer Report with this Court on February 8, 2022.

2. In the Joint Meet and Confer Report, the parties agreed that Plaintiff would file dispositive motions no later than June 1, 2022, and further agreed that Defendant would file its combined motion and opposition to Plaintiff's motions no later than July 1, 2022.

3. The parties further agreed in the Joint Meet and Confer Report to file a joint Appendix to the administrative record no later than September 15, 2022.

#3374051

4. On February 9, 2022, this Court entered a Scheduling Order accepting and setting the deadlines found in the parties' Joint Meet and Confer Report.

5. Plaintiff thereafter determined that it would file a Motion for Summary Judgment on its claims and did so on May 31, 2022.

6. Under Local Rule 7(h)(1), Plaintiff was required to file a Statement of Material Facts and a Memorandum of Points of Law and Authority in support of its Motion for Summary Judgment at the same time as the underlying motion.

7. In order for Plaintiff to timely file its Statement of Material Facts and Memorandum of Points of Law and Authority before June 1, 2022, Plaintiff was required to prepare and attach a separate Appendix containing those documents found in the administrative record which Plaintiff needed to support its Statement of Material Facts and Memorandum of Points of Law and Authority.

8. Plaintiff respectfully requests that this Court enter an order permitting Plaintiff to file a separate Appendix and relieve the Parties of their obligations to file a Joint Appendix. Plaintiff notes that its separate Appendix is already on file with the Court at Docket Number 20, Attachment 2.

9. Counsel for Plaintiff and counsel for Defendants have discussed this motion, and counsel for Defendants has advised counsel for Plaintiff that Defendants will not oppose it.

10. A proposed Order granting the relief requested is submitted herewith.

WHEREFORE Plaintiff prays that the Court grant this Motion to File Separate Appendix, and order such further relief as the Court deems necessary, equitable and/or proper under the circumstances.

/s/ William A. Boatwright
William A. Boatwright (*Pro Hac Vice*)
Michael A. Gilmer (*Pro Hac Vice*)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: Bill.Boatwright@dentons.com
Email: Michael.Gilmer@dentons.com

/s/Kenneth J. Pfaehler
Kenneth J. Pfaehler, D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email: Kenneth.Pfaehler@dentons.com

ATTORNEYS FOR PLAINTIFF

COPY TO:

MERRICK B. GARLAND
United States Attorney General

MATTHEW M. GRAVES
United States Attorney, District of Columbia

DAVID A. HUBBERT
Deputy Assistant Attorney General

EMILY K. MILLER   (KY #97725)
JOSEPH E. HUNSADER     (DC #453328)
KRISTINA M. PORTNER    (DC #1002793)
Trial Attorney, Tax Division

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 15, 2022 by: |
| ☐ US Mail        ☐ FAX |
| ☐ Hand Delivered ☐ Overnight Courier |
| ☐ Federal Express ☒ Other: EDMS |
| Signature:  /s/ William A. Boatwright |

3

U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: 202-353-7509
Fax:     202-514-6866
Email:  Emily.K.Miller@usdoj.gov
Email:  Joseph.E.Hunsader@usdoj.gov
Email:  Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*