UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. RETTIG, )<br>in his Official Capacity as )<br>Commissioner, )<br>Internal Revenue Service; )<br>)<br>and )<br>)<br>THE UNITED STATES OF AMERICA, )<br>a governmental entity, )<br>c/o United States Attorney General )<br>Department of Justice )<br>)<br>Defendants. ) | Civil Action No. 1:21-cv-02475-BAH |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE SEPARATE APPENDIX**

This matter comes before the Court pursuant to Local Rule 7(n)(3). On May 31, 2022, Plaintiff Iowaska Church of Healing filed a Motion for Summary Judgment herein on its claims. On June 15, 2022, Plaintiff thereafter filed a Motion to File Separate Appendix in this matter. On _____, 202__, the Court held a hearing on Plaintiff's latter motion. The Court found that Plaintiff was required to file a separate Appendix in order to timely file its Motion for Summary Judgment and ancillary pleadings, and further found that Defendants did not oppose the motion.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Plaintiff's Motion to File Separate Appendix is granted.

#3374133

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Plaintiff and Defendants shall not be required to file a joint Appendix to the administrative record as originally ordered in this Court's Scheduling Order entered February 9, 2022.

COPY TO:

William A. Boatwright (*Pro Hac Vice*)
Michael A. Gilmer (*Pro Hac Vice*)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: Bill.Boatwright@dentons.com
Email: Michael.Gilmer@dentons.com

Kenneth J. Pfaehler, D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756
Email:  Kenneth.Pfaehler@dentons.com
*Attorneys for Plaintiff*


MERRICK B. GARLAND
United States Attorney General

MATTHEW M. GRAVES
United States Attorney, District of Columbia

DAVID A. HUBBERT
Deputy Assistant Attorney General

EMILY K. MILLER   (KY #97725)
JOSEPH E. HUNSADER     (DC #453328)
KRISTINA M. PORTNER     (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: 202-353-7509

Fax:     202-514-6866
Email: Emily.K.Miller@usdoj.gov
Email: Joseph.E.Hunsader@usdoj.gov
Email: Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*