IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING, ) <br> 4114 – 27th Street ) <br> Des Moines, IA 50310 ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> THE UNITED STATES OF AMERICA, and ) <br> CHARLES P. RETTIG, *in his official capacity* ) <br> *as* Commissioner of Internal Revenue, ) <br> 1111 Constitution Avenue NW ) <br> Washington, DC 20224 ) <br> ) <br>     Defendants. ) <br>                                     ) | Civil Case No. 1:21-cv-02475 |

**ORDER AND JUDGMENT**

This matter is before the Court on the Plaintiff's Motion for Summary Judgment (Dkt. No. 19; Dkt. No. 20) and the Defendants' Cross-Motion for Summary Judgment (Dkt. No. 23) pursuant to Fed. R. Civ. P. 56. Because there is no genuine dispute of material fact and the United States is entitled to judgment as a matter of law as to the unpaid trust fund recovery penalties, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

    1.    The Plaintiff's Motion for Summary Judgment (Dkt. No. 19; Dkt. No. 20) is **DENIED**;

    2.    The Defendants' Cross-Motion for Summary Judgment (Dkt. No. 23) is **GRANTED**;

    3.    **JUDGMENT** is entered as to Count I of Iowaska Church of Healing's Amended Complaint (Doc. No. 16) in favor of the Defendants and against Iowaska Church of Healing;

1

    4.    **JUDGMENT** is entered as to Count II of Iowaska Church of Healing's Amended Complaint (Doc. No. 16) in favor of the Defendants and against Iowaska Church of Healing; and

    5.    All parties shall bear their own costs and attorneys' fees.

Dated this the _____ day of _____, 2022.

 

_____
HON. BERYL A. HOWELL
United States Chief District Judge
District Court for the District of Columbia