IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING,<br>4114 – 27th Street<br>Des Moines, IA 50310<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and<br>CHARLES P. RETTIG, *in his official capacity*<br>*as* Commissioner of Internal Revenue,<br>1111 Constitution Avenue NW<br>Washington, DC 20224<br><br>    Defendants. | Civil Case No. 1:21-cv-02475 |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

The Defendants move for summary judgment pursuant to Rule 56. There is no genuine dispute of material fact, and the Defendants are entitled to judgment as a matter of law in this action. Accordingly, the Defendants request the Court enter summary judgment in favor of the Defendants and against Iowaska Church of Healing as to Counts I and II of the Amended Complaint, finding that Plaintiff is not entitled to recognition as a tax-exempt organization under 26 U.S.C. §§ 170(b)(1)(A)(i) and 501(c)(3) and that the Defendants have not violated the Religious Freedom Restoration Act.

*(Signature block on the following page.)*

1

| | |
|---|---|
| Dated: July 1, 2022 | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/ Emily K. Miller*<br>EMILY K. MILLER (KY #97725)<br>KRISTINA M. PORTNER (DC #1002793)<br>JOSEPH E. HUNSADER  (DC #453328)<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, D.C.  20044<br>202-353-7509 (v)<br>202-514-6866 (f)<br>Emily.K.Miller@usdoj.gov<br>Kristina.M.Portner@usdoj.gov<br>Joseph.E.Hunsader@usdoj.gov<br>*Counsel for the United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney
United States Department of Justice, Tax Division
