UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. RETTIG, )<br>in his Official Capacity as )<br>Commissioner, )<br>Internal Revenue Service; )<br>)<br>and )<br>)<br>THE UNITED STATES OF AMERICA, )<br>a governmental entity, )<br>c/o United States Attorney General )<br>Department of Justice )<br>)<br>Defendants. ) | Civil Action No. 1:21-cv-02475-BAH |

**PLAINTIFF'S UNRESISTED MOTION FOR LEAVE TO AMEND STATEMENT OF MATERIAL FACTS AND STATEMENT OF POINTS OF LAW AND AUTHORITY**

COMES NOW, Plaintiff, Iowaska Church of Healing, and pursuant to Local Rule 7(i) hereby moves to amend its Statement of Material Facts and its Statement of Points of Law and Authority in support of its Motion for Summary Judgment, and respectfully states to the Court as follows:

1.  The parties agreed in their Joint Meet and Confer Report filed on February 8, 2022 (Docket No. 14), to file a Joint Appendix to the administrative record by September 15, 2022.

2.  On February 9, 2022, this Court entered a Minute Order accepting and setting the deadlines found in the parties' Joint Meet and Confer Report.

3.  Under the Court's Minute Order, the Plaintiff was required to file any dispositive motions by June 1, 2022.

#3387124

4.	Plaintiff determined that it would file a Motion for Summary Judgment on its claims and did so on May 31, 2022 (Docket No. 20), before the Joint Appendix had been agreed upon or filed.

5.	Under Local Rule 7(h)(1), Plaintiff was required to file a Statement of Material Facts and a Memorandum of Points of Law and Authority in support of its Motion for Summary Judgment at the same time as the underlying motion.

6.	In order for Plaintiff to document the statements set forth in its Statement of Material Facts (Docket No. 20, Attach. #1) and Memorandum of Points of Law and Authority (Docket No. 20, Attach. #3), Plaintiff prepared and attached a separate Appendix containing those documents found in the administrative record which Plaintiff needed to support its Statement of Material Facts and Memorandum (Docket No. 20, Attach. #2).

7.	Plaintiff thereafter filed an Unresisted Motion for Leave to File Separate Appendix with this Court on June 15, 2022 (Docket No. 21).

8.	By its Minute Order entered on June 16, 2022, this Court denied Plaintiff's Unresisted Motion and directed the parties to file a Joint Appendix containing the portions of the administrative record relied upon by the parties in their briefing, as directed in the February 9, 2022 Minute Order.

9.	Counsel for Plaintiff and Defendants have now agreed upon the final contents of the Joint Appendix to be filed with this Court, and all exhibit and page citations have been finalized.

10.	Plaintiff desires to amend its Statement of Material Facts (Docket No. 20, Attach. #1) and supporting Memorandum (Docket No. 20, Attach. #3) to accurately reflect the citations to

the final version of the Joint Appendix that both parties have agreed upon, and to eliminate the citations set forth in the separate appendix it previously filed.

11. Counsel for the Defendants has advised counsel for Plaintiff that Defendants do not oppose this motion, as the amendments will correctly reflect the locations within the Joint Appendix that both Plaintiff and Defendants rely upon in their respective briefings.

12. This Court's granting of Plaintiff's instant motion will eliminate confusion for the Court and the parties in reviewing the briefings filed by Plaintiff herein.

13. The Plaintiff made citations to the final version of the Joint Appendix in its Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment (Docket No. 24) and its Opposition to Defendants' Cross-Motion for Summary Judgment (Docket No. 25) filed August 1, 2022, and no amendments to those filings will therefore be necessary.

14. As required by this Court's February 9, 2022 Minute Order, the parties will file the Joint Appendix to the administrative record by September 15, 2022.

15. A proposed Order granting the relief requested is submitted herewith.

WHEREFORE Plaintiff prays that the Court grant this Motion for Leave to Amend Statement of Material Facts and Statement of Points of Law and Authority, and order such further relief as the Court deems necessary, equitable and/or proper under the circumstances.

/s/ William A. Boatwright
William A. Boatwright (*Pro Hac Vice*)
Michael A. Gilmer (*Pro Hac Vice*)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: Bill.Boatwright@dentons.com
Email: Michael.Gilmer@dentons.com

/s/Kenneth J. Pfaehler
Kenneth J. Pfaehler, D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756
Email:  Kenneth.Pfaehler@dentons.com

ATTORNEYS FOR PLAINTIFF

COPY TO:

MERRICK B. GARLAND
United States Attorney General

MATTHEW M. GRAVES
United States Attorney, District of Columbia

DAVID A. HUBBERT
Deputy Assistant Attorney General

EMILY K. MILLER   (KY #97725)
JOSEPH E. HUNSADER     (DC #453328)
KRISTINA M. PORTNER    (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: 202-353-7509
Fax:    202-514-6866
Email: Emily.K.Miller@usdoj.gov
Email: Joseph.E.Hunsader@usdoj.gov
Email: Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 1, 2022 by: |
| ☐ US Mail           ☐ FAX |
| ☐ Hand Delivered    ☐ Overnight Courier |
| ☐ Federal Express   ☒ Other: EDMS |
| Signature:  /s/ William A. Boatwright |