UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. RETTIG, )<br>in his Official Capacity as )<br>Commissioner, )<br>Internal Revenue Service; )<br>)<br>and )<br>)<br>THE UNITED STATES OF AMERICA, )<br>a governmental entity, )<br>c/o United States Attorney General )<br>Department of Justice )<br>)<br>Defendants. ) | Civil Action No. 1:21-cv-02475-BAH |

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND STATEMENT OF MATERIAL FACTS AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 7(i). On May 31, 2022, Plaintiff Iowaska Church of Healing filed a Motion for Summary Judgment herein on its claims, together with its Statement of Material Facts and a Memorandum in support of said motion. Plaintiff filed a separate appendix with its Motion for Summary Judgment, and thereafter filed a Motion for Leave to File a Separate Appendix, which this Court denied. Plaintiff now seeks to amend its original Statement of Material Facts and Memorandum in support of its Motion for Summary Judgment to conform their citations to the final Joint Appendix prepared by the parties. The Defendants do not oppose the Plaintiff's motion, and no substantive changes to the Plaintiff's Statement of Material Facts or Memorandum will be made by the amendments.

#3389111

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Plaintiff's Motion to Amend its Statement of Material Facts and Memorandum in support of its Motion for Summary Judgment is granted.

COPY TO:

William A. Boatwright (*Pro Hac Vice*)
Michael A. Gilmer (*Pro Hac Vice*)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: Bill.Boatwright@dentons.com
Email: Michael.Gilmer@dentons.com

Kenneth J. Pfaehler, D.C. Bar No. 461718
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756
Email:  Kenneth.Pfaehler@dentons.com
*Attorneys for Plaintiff*


MERRICK B. GARLAND
United States Attorney General

MATTHEW M. GRAVES
United States Attorney, District of Columbia

DAVID A. HUBBERT
Deputy Assistant Attorney General

EMILY K. MILLER   (KY #97725)
JOSEPH E. HUNSADER     (DC #453328)
KRISTINA M. PORTNER     (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: 202-353-7509

Fax:     202-514-6866
Email: Emily.K.Miller@usdoj.gov
Email: Joseph.E.Hunsader@usdoj.gov
Email: Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*