IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IOWASKA CHURCH OF HEALING,

Plaintiff,

v.

CHARLES P. RETTIG, *in his official capacity as* Commissioner of Internal Revenue,

Defendant.

Civil Case No. 1:21-cv-02475

**NOTICE OF FILING JOINT APPENDIX**

The Parties jointly give notice that they provide here a Joint Appendix, in compliance with Local Rule 7(n). The Joint Appendix contains copies of those portions of the administrative record that are cited or otherwise relied upon in the Parties' memorandums in support of and in opposition to the filed motions for summary judgment. The parties are including the following exhibits in their Joint Appendix:

| Attachment Number | Exhibit Number | Description of Document |
|---|---|---|
| 1 | 2 | Form 1023, *Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code*, with Form 1023 Checklist, postmarked January 10, 2019 (14 pages) |
| 2 | 3 | Articles of Incorporation submitted with Form 1023 (12 pages) |
| 3 | 4 | Bylaws submitted with Form 1023 (22 pages) |
| 4 | 5 | Attachments to Form 1023 (102 pages) |
| 5 | 6 | Letter 1312 sent from IRS to plaintiff, dated July 3, 2019, requesting additional information needed to complete consideration of application (5 pages) |

| | | |
|---|---|---|
| 6 | 7 | Response to Letter 1312 from plaintiff's representative to IRS, received July 26, 2019, providing additional information (55 pages) |
| 7 | 8 | Letter 1312 sent from IRS to plaintiff's representative, dated September 10, 2019, requesting additional information needed to complete consideration of application (6 pages) |
| 8 | 9 | Response to Letter 1312 from plaintiff's representative to IRS, received October 4, 2019, providing additional information (18 pages) |
| 9 | 10 | Letter 1312 sent from IRS to plaintiff's representative, dated February 4, 2020, requesting additional information needed to complete consideration of application (6 pages) |
| 10 | 11 | Response to Letter 1312 from plaintiff's representative to IRS, received February 24, 2020, providing additional information (27 pages) |
| 11 | 12 | Letter 4034, proposed adverse determination letter, sent from IRS to plaintiff, dated June 16, 2020, concluding, among other things, that plaintiff does not qualify for exemption under 501(c)(3) (12 pages) |
| 12 | 14 | Protest sent from plaintiff's representative to IRS, dated July 13, 2020 (6 pages) |
| 13 | 15 | Letter 5918, rebuttal letter, sent from IRS to plaintiff, with copy to plaintiff's representative, dated September 1, 2020, concluding that the additional information submitted with the protest did not change the determination (12 pages) |
| 14 | 17 | Letter 5157 sent from IRS to plaintiff, dated March 10, 2021, confirming receipt of case by Office of Appeals, and scheduling a telephone conference (2 pages) |
| 15 | 18 | Letter 1371, final adverse determination letter, sent from IRS to plaintiff, dated June 28, 2021, determining that plaintiff does not qualify for exemption under 26 U.S.C. § 501(a) as an organization described in § 501(c)(3) (5 pages) |

*(Signature blocks on the following page.)*

Dated: September 6, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *Emily K. Miller*
EMILY K. MILLER (KY #97725)
JOSEPH E. HUNSADER (DC #453328)
KRISTINA M. PORTNER (DC #1002793)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov
Joseph.E.Hunsader@usdoj.gov
Kristina.M.Portner@usdoj.gov
*Counsel for the United States of America*

DENTONS DAVIS BROWN PC

/s/ *William A. Boatwright*
WILLIAM A. BOATWRIGHT (Pro Hac Vice)
MICHAEL A. GILMER (Pro Hac Vice)
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, IA 50309
Phone: (515) 288-2500
Fax: (515) 243-0654
Email: bill.boatwright@dentons.com
michael.gilmer@dentons.com

DENTONS US LLP

/s/ *Kenneth J. Pfaehler*
Kenneth J. Pfaehler (DC# 461718)
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 496-7500
Fax: (202) 496-7756
Email: Kenneth.pfaehler@dentons.com
*Counsel for Iowaska Church of Healing*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney
United States Department of Justice, Tax Division