IOWASKA CHURCH OF HEALING
FEIN: 83-2192122

# Form 1023 Checklist
## (Revised December 2017)

Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code

---

**Note:** Retain a copy of the completed Form 1023 in your permanent records. Refer to the General Instructions regarding Public Inspection of approved applications.

**Check each box to finish your application (Form 1023). Send this completed Checklist with your filled-in application. If you have not answered all the items below, your application may be returned to you as incomplete.**

- [✓] Assemble the application and materials in this order.
  - Form 1023 Checklist
  - Form 2848, *Power of Attorney and Declaration of Representative* (if filing)
  - Form 8821, *Tax Information Authorization* (if filing)
  - Expedite request (if requesting)
  - Application (Form 1023 and Schedules A through H, as required)
  - Articles of organization
  - Amendments to articles of organization in chronological order
  - Bylaws or other rules of operation and amendments
  - Documentation of nondiscriminatory policy for schools, as required by Schedule B
  - Form 5768, Election/Revocation of Election by an Eligible Section 501(c)(3) Organization To Make Expenditures To Influence Legislation (if filing)
  - All other attachments, including explanations, financial data, and printed materials or publications. Label each page with name and EIN.

- [✓] User fee payment placed in envelope on top of checklist. DO NOT STAPLE or otherwise attach your check or money order to your application. Instead, just place it in the envelope.

- [✓] Employer Identification Number (EIN)

- [✓] Completed Parts I through XI of the application, including any requested information and any required Schedules A through H.
  - You must provide specific details about your past, present, and planned activities.
  - Generalizations or failure to answer questions in the Form 1023 application will prevent us from recognizing you as tax exempt.
  - Describe your purposes and proposed activities in specific easily understood terms.
  - Financial information should correspond with proposed activities.

- [✓] Schedules. Submit only those schedules that apply to you and check either "Yes" or "No" below.

  | | | | | | |
  |---|---|---|---|---|---|
  | Schedule A | Yes ✓ | No ___ | Schedule E | Yes ___ | No ✓ |
  | Schedule B | Yes ___ | No ✓ | Schedule F | Yes ___ | No ✓ |
  | Schedule C | Yes ___ | No ✓ | Schedule G | Yes ___ | No ✓ |
  | Schedule D | Yes ___ | No ✓ | Schedule H | Yes ___ | No ✓ |

☑ An exact copy of your complete articles of organization (creating document). Absence of the proper purpose and dissolution clauses is the number one reason for delays in the issuance of determination letters.
  • Location of Purpose Clause from Part III, line 1 (Page, Article and Paragraph Number)   P.2, Art.IV, Para.1
  • Location of Dissolution Clause from Part III, line 2b or 2c (Page, Article and Paragraph Number) or by operation of state law  P.5, Art.X, Para.1

☑ Signature of an officer, director, trustee, or other official who is authorized to sign the application.
  • Signature at Part XI of Form 1023.

☑ Your name on the application must be the same as your legal name as it appears in your articles of organization.

Send completed Form 1023, user fee payment, and all other required information, to:

Internal Revenue Service
Attention: EO Determination Letters
Stop 31
P.O. Box 12192
Covington, KY 41012-0192


If you are using express mail or a delivery service, send Form 1023, user fee payment, and attachments to:

Internal Revenue Service
Attention: EO Determination Letters
Stop 31
201 West Rivercenter Boulevard
Covington, KY 41011

17053038333009

| Form **1023** (Rev. December 2017) Department of the Treasury Internal Revenue Service | **Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code** ▶ Do not enter social security numbers on this form as it may be made public. ▶ Go to *www.irs.gov/Form1023* for instructions and the latest information. | OMB No. 1545-0056 Note: If exempt status is approved, this application will be open for public inspection. |
|---|---|---|

Use the instructions to complete this application and for a definition of all **bold** items. For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 1-877-829-5500. Visit our website at *www.irs.gov* for forms and publications. If the required information and documents are not submitted with payment of the appropriate user fee, the application may be returned to you.

Attach additional sheets to this application if you need more space to answer fully. Put your name and EIN on each sheet and identify each answer by Part and line number. Complete Parts I – XI of Form 1023 and submit only those Schedules (A through H) that apply to you.

### Part I — Identification of Applicant

| 1 | Full name of organization (exactly as it appears in your **organizing document**) Iowaska Church of Healing | | 2 | c/o Name (if applicable) | |
|---|---|---|---|---|---|
| 3 | **Mailing address** (Number and street) (see instructions) 4114 - 27th Street | Room/Suite | 4 | Employer Identification Number (EIN) 83-2192122 | |
| | City or town, state or country, and ZIP + 4 Des Moines, IA 50310 | | 5 | Month the annual accounting period ends (01 – 12) 12 | |
| 6 | Primary contact (officer, director, trustee, or **authorized representative**) a Name: William A. Boatwright, Davis Brown Law Firm | | b | Phone: | 515-288-2500 |
| | | | c | Fax: (optional) | 515-243-0654 |
| 7 | Are you represented by an authorized representative, such as an attorney or accountant? If "Yes," provide the authorized representative's name, and the name and address of the authorized representative's firm. Include a completed Form 2848, *Power of Attorney and Declaration of Representative*, with your application if you would like us to communicate with your representative. | | | ☑ Yes   ☐ No | |
| 8 | Was a person who is not one of your officers, directors, trustees, employees, or an authorized representative listed in line 7, paid, or promised payment, to help plan, manage, or advise you about the structure or activities of your organization, or about your financial or tax matters? If "Yes," provide the person's name, the name and address of the person's firm, the amounts paid or promised to be paid, and describe that person's role. | | | ☐ Yes   ☑ No | |
| 9a | Organization's website: www.iowaskachurch.com | | | | |
| b | Organization's email: (optional) | | | | |
| 10 | Certain organizations are not required to file an information return (Form 990 or Form 990-EZ). If you are granted tax-exemption, are you claiming to be excused from filing Form 990 or Form 990-EZ? If "Yes," explain. See the instructions for a description of organizations not required to file Form 990 or Form 990-EZ. | | | ☑ Yes   ☐ No | |
| 11 | Date incorporated if a corporation, or formed, if other than a corporation. (MM/DD/YYYY) | | | 09 / 24 / 2018 | |
| 12 | Were you formed under the laws of a **foreign country**? If "Yes," state the country. | | | ☐ Yes   ☑ No | |

**For Paperwork Reduction Act Notice, see instructions.**     Cat. No. 17133K     Form **1023** (Rev. 12-2017)

17152019038009

POSTMARK
0 1 10 2019

RECEIVED
0 1 14 2019
CINCINNATI
SERVICE CENTER

DN

Form 1023 (Rev. 12-2017)  Name: Iowaska Church of Healing   EIN: 83-2192122   Page **2**

### Part II — Organizational Structure

You must be a corporation (including a limited liability company), an unincorporated association, or a trust to be tax exempt. See instructions. **DO NOT file this form unless you can check "Yes" on lines 1, 2, 3, or 4.**

| | | Yes | No |
|---|---|---|---|
| 1 | Are you a **corporation**? If "Yes," attach a copy of your articles of incorporation showing **certification of filing** with the appropriate state agency. Include copies of any amendments to your articles and be sure they also show state filing certification. | ☑ Yes | ☐ No |
| 2 | Are you a **limited liability company (LLC)**? If "Yes," attach a copy of your articles of organization showing certification of filing with the appropriate state agency. Also, if you adopted an operating agreement, attach a copy. Include copies of any amendments to your articles and be sure they show state filing certification. Refer to the instructions for circumstances when an LLC should not file its own exemption application. | ☐ Yes | ☑ No |
| 3 | Are you an **unincorporated association**? If "Yes," attach a copy of your articles of association, constitution, or other similar organizing document that is dated and includes at least two signatures. Include signed and dated copies of any amendments. | ☐ Yes | ☑ No |
| 4a | Are you a **trust**? If "Yes," attach a signed and dated copy of your trust agreement. Include signed and dated copies of any amendments. | ☐ Yes | ☑ No |
| b | Have you been funded? If "No," explain how you are formed without anything of value placed in trust. | ☐ Yes | ☐ No |
| 5 | Have you adopted **bylaws**? If "Yes," attach a current copy showing date of adoption. If "No," explain how your officers, directors, or trustees are selected. | ☑ Yes | ☐ No |

### Part III — Required Provisions in Your Organizing Document

The following questions are designed to ensure that when you file this application, your organizing document contains the required provisions to meet the organizational test under section 501(c)(3). Unless you can check the boxes in both lines 1 and 2, your organizing document does not meet the organizational test. **DO NOT file this application until you have amended your organizing document.** Submit your original and amended organizing documents (showing state filing certification if you are a corporation or an LLC) with your application.

| | | |
|---|---|---|
| 1 | Section 501(c)(3) requires that your organizing document state your exempt purpose(s), such as charitable, religious, educational, and/or scientific purposes. Check the box to confirm that your organizing document meets this requirement. Describe specifically where your organizing document meets this requirement, such as a reference to a particular article or section in your organizing document. Refer to the instructions for exempt purpose language. | ☑ |
| | Location of Purpose Clause (Page, Article, and Paragraph): **P.2, Art.IV, Para.1** | |
| 2a | Section 501(c)(3) requires that upon dissolution of your organization, your remaining assets must be used exclusively for exempt purposes, such as charitable, religious, educational, and/or scientific purposes. Check the box on line 2a to confirm that your organizing document meets this requirement by express provision for the distribution of assets upon dissolution. If you rely on state law for your dissolution provision, do not check the box on line 2a and go to line 2c. | ☑ |
| b | If you checked the box on line 2a, specify the location of your dissolution clause (Page, Article, and Paragraph). Do not complete line 2c if you checked box 2a. **P.5, Art.X, Para.1** | |
| c | See the instructions for information about the operation of state law in your particular state. Check this box if you rely on operation of state law for your dissolution provision and indicate the state: | ☐ |

### Part IV — Narrative Description of Your Activities

Using an attachment, describe your *past, present,* and *planned* activities in a narrative. If you believe that you have already provided some of this information in response to other parts of this application, you may summarize that information here and refer to the specific parts of the application for supporting details. You may also attach representative copies of newsletters, brochures, or similar documents for supporting details to this narrative. Remember that if this application is approved, it will be open for public inspection. Therefore, your narrative description of activities should be thorough and accurate. Refer to the instructions for information that must be included in your description.

### Part V — Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors

**1a** List the names, titles, and mailing addresses of all of your officers, directors, and trustees. For each person listed, state their total annual **compensation**, or proposed compensation, for all services to the organization, whether as an officer, employee, or other position. Use actual figures, if available. Enter "none" if no compensation is or will be paid. If additional space is needed, attach a separate sheet. Refer to the instructions for information on what to include as compensation.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| See attached statement. | | | |
| | | | |
| | | | |
| | | | |

Form **1023** (Rev. 12-2017)

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **3**

**Part V    Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors** *(Continued)*

**b** List the names, titles, and mailing addresses of each of your five highest compensated employees who receive or will receive compensation of more than $50,000 per year. Use the actual figure, if available. Refer to the instructions for information on what to include as compensation. Do not include officers, directors, or trustees listed in line 1a.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**c** List the names, names of businesses, and mailing addresses of your five highest compensated **independent contractors** that receive or will receive compensation of more than $50,000 per year. Use the actual figure, if available. Refer to the instructions for information on what to include as compensation.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The following "Yes" or "No" questions relate to *past, present,* or *planned* relationships, transactions, or agreements with your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in lines 1a, 1b, and 1c.

**2a** Are any of your officers, directors, or trustees **related** to each other through **family** or **business relationships**? If "Yes," identify the individuals and explain the relationship.  ☑ Yes  ☐ No

**b** Do you have a business relationship with any of your officers, directors, or trustees other than through their position as an officer, director, or trustee? If "Yes," identify the individuals and describe the business relationship with each of your officers, directors, or trustees.  ☑ Yes  ☐ No

**c** Are any of your officers, directors, or trustees related to your highest compensated employees or highest compensated independent contractors listed on lines 1b or 1c through family or business relationships? If "Yes," identify the individuals and explain the relationship.  ☐ Yes  ☑ No

**3a** For each of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c, attach a list showing their name, qualifications, average hours worked, and duties.

**b** Do any of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c receive compensation from any other organizations, whether tax exempt or taxable, that are related to you through **common control**? If "Yes," identify the individuals, explain the relationship between you and the other organization, and describe the compensation arrangement.  ☐ Yes  ☑ No

**4** In establishing the compensation for your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, and 1c, the following practices are recommended, although they are not required to obtain exemption. Answer "Yes" to all the practices you use.

**a** Do you or will the individuals that approve compensation arrangements follow a conflict of interest policy?  ☑ Yes  ☐ No
**b** Do you or will you approve compensation arrangements in advance of paying compensation?  ☑ Yes  ☐ No
**c** Do you or will you document in writing the date and terms of approved compensation arrangements?  ☑ Yes  ☐ No

Form **1023** (Rev. 12-2017)

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **4**

### Part V — Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)*

| | | | |
|---|---|---|---|
| d | Do you or will you record in writing the decision made by each individual who decided or voted on compensation arrangements? | ☑ Yes | ☐ No |
| e | Do you or will you approve compensation arrangements based on information about compensation paid by **similarly situated** taxable or tax-exempt organizations for similar services, current compensation surveys compiled by independent firms, or actual written offers from similarly situated organizations? Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. | ☑ Yes | ☐ No |
| f | Do you or will you record in writing both the information on which you relied to base your decision and its source? | ☑ Yes | ☐ No |
| g | If you answered "No" to any item on lines 4a through 4f, describe how you set compensation that is **reasonable** for your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in Part V, lines 1a, 1b, and 1c. | | |
| 5a | Have you adopted a **conflict of interest policy** consistent with the sample conflict of interest policy in Appendix A to the instructions? If "Yes," provide a copy of the policy and explain how the policy has been adopted, such as by resolution of your governing board. If "No," answer lines 5b and 5c. | ☑ Yes | ☐ No |
| b | What procedures will you follow to assure that persons who have a conflict of interest will not have influence over you for setting their own compensation? | | |
| c | What procedures will you follow to assure that persons who have a conflict of interest will not have influence over you regarding business deals with themselves? **Note:** A conflict of interest policy is recommended though it is not required to obtain exemption. Hospitals, see Schedule C, Section I, line 14. | | |
| 6a | Do you or will you compensate any of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in lines 1a, 1b, or 1c through **non-fixed payments**, such as discretionary bonuses or revenue-based payments? If "Yes," describe all non-fixed compensation arrangements, including how the amounts are determined, who is eligible for such arrangements, whether you place a limitation on total compensation, and how you determine or will determine that you pay no more than reasonable compensation for services. Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. | ☐ Yes | ☑ No |
| b | Do you or will you compensate any of your employees, other than your officers, directors, trustees, or your five highest compensated employees who receive or will receive compensation of more than $50,000 per year, through non-fixed payments, such as discretionary bonuses or revenue-based payments? If "Yes," describe all non-fixed compensation arrangements, including how the amounts are or will be determined, who is or will be eligible for such arrangements, whether you place or will place a limitation on total compensation, and how you determine or will determine that you pay no more than reasonable compensation for services. Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. | ☐ Yes | ☑ No |
| 7a | Do you or will you purchase any goods, services, or assets from any of your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," describe any such purchase that you made or intend to make, from whom you make or will make such purchases, how the terms are or will be negotiated at **arm's length**, and explain how you determine or will determine that you pay no more than **fair market value**. Attach copies of any written contracts or other agreements relating to such purchases. | ☑ Yes | ☐ No |
| b | Do you or will you sell any goods, services, or assets to any of your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," describe any such sales that you made or intend to make, to whom you make or will make such sales, how the terms are or will be negotiated at arm's length, and explain how you determine or will determine you are or will be paid at least fair market value. Attach copies of any written contracts or other agreements relating to such sales. | ☐ Yes | ☑ No |
| 8a | Do you or will you have any leases, contracts, loans, or other agreements with your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," provide the information requested in lines 8b through 8f. | ☑ Yes | ☐ No |
| b | Describe any written or oral arrangements that you made or intend to make. | | |
| c | Identify with whom you have or will have such arrangements. | | |
| d | Explain how the terms are or will be negotiated at arm's length. | | |
| e | Explain how you determine you pay no more than fair market value or you are paid at least fair market value. | | |
| f | Attach copies of any signed leases, contracts, loans, or other agreements relating to such arrangements. | | |
| 9a | Do you or will you have any leases, contracts, loans, or other agreements with any organization in which any of your officers, directors, or trustees are also officers, directors, or trustees, or in which any individual officer, director, or trustee owns more than a 35% interest? If "Yes," provide the information requested in lines 9b through 9f. | ☐ Yes | ☑ No |

Form **1023** (Rev. 12-2017)

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **5**

### Part V — Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)*

b  Describe any written or oral arrangements you made or intend to make.
c  Identify with whom you have or will have such arrangements.
d  Explain how the terms are or will be negotiated at arm's length.
e  Explain how you determine or will determine you pay no more than fair market value or that you are paid at least fair market value.
f  Attach a copy of any signed leases, contracts, loans, or other agreements relating to such arrangements.

### Part VI — Your Members and Other Individuals and Organizations That Receive Benefits From You

The following "Yes" or "No" questions relate to goods, services, and funds you provide to individuals and organizations as part of your activities. Your answers should pertain to *past, present,* and *planned* activities. See instructions.

| | | | |
|---|---|---|---|
| 1a | In carrying out your exempt purposes, do you provide goods, services, or funds to individuals? If "Yes," describe each program that provides goods, services, or funds to individuals. | ☑ Yes | ☐ No |
| b | In carrying out your exempt purposes, do you provide goods, services, or funds to organizations? If "Yes," describe each program that provides goods, services, or funds to organizations. | ☑ Yes | ☐ No |
| 2 | Do any of your programs limit the provision of goods, services, or funds to a specific individual or group of specific individuals? For example, answer "Yes," if goods, services, or funds are provided only for a particular individual, your members, individuals who work for a particular employer, or graduates of a particular school. If "Yes," explain the limitation and how recipients are selected for each program. | ☑ Yes | ☐ No |
| 3 | Do any individuals who receive goods, services, or funds through your programs have a family or business relationship with any officer, director, trustee, or with any of your highest compensated employees or highest compensated independent contractors listed in Part V, lines 1a, 1b, and 1c? If "Yes," explain how these related individuals are eligible for goods, services, or funds. | ☑ Yes | ☐ No |

### Part VII — Your History

The following "Yes" or "No" questions relate to your history. See instructions.

| | | | |
|---|---|---|---|
| 1 | Are you a **successor** to another organization? Answer "Yes," if you have taken or will take over the activities of another organization; you took over 25% or more of the fair market value of the net assets of another organization; or you were established upon the conversion of an organization from for-profit to nonprofit status. If "Yes," complete Schedule G. | ☐ Yes | ☑ No |
| 2 | Are you submitting this application more than 27 months after the end of the month in which you were legally formed? If "Yes," complete Schedule E. | ☐ Yes | ☑ No |

### Part VIII — Your Specific Activities

The following "Yes" or "No" questions relate to specific activities that you may conduct. Check the appropriate box. Your answers should pertain to *past, present,* and *planned* activities. See instructions.

| | | | |
|---|---|---|---|
| 1 | Do you support or oppose candidates in **political campaigns** in any way? If "Yes," explain. | ☐ Yes | ☑ No |
| 2a | Do you attempt to **influence legislation**? If "Yes," explain how you attempt to influence legislation and complete line 2b. If "No," go to line 3a. | ☐ Yes | ☑ No |
| b | Have you made or are you making an **election** to have your legislative activities measured by expenditures by filing Form 5768? If "Yes," attach a copy of the Form 5768 that was already filed or attach a completed Form 5768 that you are filing with this application. If "No," describe whether your attempts to influence legislation are a substantial part of your activities. Include the time and money spent on your attempts to influence legislation as compared to your total activities. | ☐ Yes | ☐ No |
| 3a | Do you or will you operate bingo or **gaming** activities? If "Yes," describe who conducts them, and list all revenue received or expected to be received and expenses paid or expected to be paid in operating these activities. **Revenue and expenses** should be provided for the time periods specified in Part IX, Financial Data. | ☐ Yes | ☑ No |
| b | Do you or will you enter into contracts or other agreements with individuals or organizations to conduct bingo or gaming for you? If "Yes," describe any written or oral arrangements that you made or intend to make, identify with whom you have or will have such arrangements, explain how the terms are or will be negotiated at arm's length, and explain how you determine or will determine you pay no more than fair market value or you will be paid at least fair market value. Attach copies or any written contracts or other agreements relating to such arrangements. | ☐ Yes | ☑ No |
| c | List the states and local jurisdictions, including Indian Reservations, in which you conduct or will conduct gaming or bingo. | | |

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **6**

| **Part VIII** | **Your Specific Activities** *(Continued)* | | |
|---|---|---|---|
| 4a | Do you or will you undertake **fundraising**? If "Yes," check all the fundraising programs you do or will conduct. See instructions.<br>☐ mail solicitations         ☑ phone solicitations<br>☑ email solicitations        ☑ accept donations on your website<br>☑ personal solicitations     ☑ receive donations from another organization's website<br>☐ vehicle, boat, plane, or similar donations   ☑ government grant solicitations<br>☑ foundation grant solicitations    ☐ Other<br>Attach a description of each fundraising program. | ☐ Yes | ☐ No |
| b | Do you or will you have written or oral contracts with any individuals or organizations to raise funds for you? If "Yes," describe these activities. Include all revenue and expenses from these activities and state who conducts them. Revenue and expenses should be provided for the time periods specified in Part IX, Financial Data. Also, attach a copy of any contracts or agreements. | ☐ Yes | ☑ No |
| c | Do you or will you engage in fundraising activities for other organizations? If "Yes," describe these arrangements. Include a description of the organizations for which you raise funds and attach copies of all contracts or agreements. | ☐ Yes | ☑ No |
| d | List all states and local jurisdictions in which you conduct fundraising. For each state or local jurisdiction listed, specify whether you fundraise for your own organization, you fundraise for another organization, or another organization fundraises for you. **Iowa** | | |
| e | Do you or will you maintain separate accounts for any contributor under which the contributor has the right to advise on the use or distribution of funds? Answer "Yes" if the donor may provide advice on the types of investments, distributions from the types of investments, or the distribution from the donor's contribution account. If "Yes," describe this program, including the type of advice that may be provided and submit copies of any written materials provided to donors. | ☐ Yes | ☑ No |
| 5 | Are you **affiliated** with a governmental unit? If "Yes," explain. | ☐ Yes | ☑ No |
| 6a | Do you or will you engage in **economic development**? If "Yes," describe your program. | ☐ Yes | ☑ No |
| b | Describe in full who benefits from your economic development activities and how the activities promote exempt purposes. | | |
| 7a | Do or will persons other than your employees or volunteers **develop** your facilities? If "Yes," describe each facility, the role of the developer, and any business or family relationship(s) between the developer and your officers, directors, or trustees. | ☐ Yes | ☑ No |
| b | Do or will persons other than your employees or volunteers **manage** your activities or facilities? If "Yes," describe each activity and facility, the role of the manager, and any business or family relationship(s) between the manager and your officers, directors, or trustees. | ☐ Yes | ☑ No |
| c | If there is a business or family relationship between any manager or developer and your officers, directors, or trustees, identify the individuals, explain the relationship, describe how contracts are negotiated at arm's length so that you pay no more than fair market value, and submit a copy of any contracts or other agreements. | | |
| 8 | Do you or will you enter into **joint ventures**, including partnerships or **limited liability companies** treated as partnerships, in which you share profits and losses with partners other than section 501(c)(3) organizations? If "Yes," describe the activities of these joint ventures in which you participate. | ☐ Yes | ☑ No |
| 9a | Are you applying for exemption as a childcare organization under section 501(k)? If "Yes," answer lines 9b through 9d. If "No," go to line 10. | ☐ Yes | ☑ No |
| b | Do you provide childcare so that parents or caretakers of children you care for can be **gainfully employed** (see instructions)? If "No," explain how you qualify as a childcare organization described in section 501(k). | ☐ Yes | ☐ No |
| c | Of the children for whom you provide childcare, are 85% or more of them cared for by you to enable their parents or caretakers to be gainfully employed (see instructions)? If "No," explain how you qualify as a childcare organization described in section 501(k). | ☐ Yes | ☐ No |
| d | Are your services available to the general public? If "No," describe the specific group of people for whom your activities are available. Also, see the instructions and explain how you qualify as a childcare organization described in section 501(k). | ☐ Yes | ☐ No |
| 10 | Do you or will you publish, own, or have rights in music, literature, tapes, artworks, choreography, scientific discoveries, or other **intellectual property**? If "Yes," explain. Describe who owns or will own any copyrights, patents, or trademarks, whether fees are or will be charged, how the fees are determined, and how any items are or will be produced, distributed, and marketed. | ☑ Yes | ☐ No |

Form **1023** (Rev. 12-2017)

| Form 1023 (Rev. 12-2017) | Name: Iowaska Church of Healing | EIN: 83-2192122 | Page **7** |

**Part VIII   Your Specific Activities** *(Continued)*

| | | | |
|---|---|---|---|
| 11 | Do you or will you accept contributions of: real property; conservation easements; closely held securities; intellectual property such as patents, trademarks, and copyrights; works of music or art; licenses; royalties; automobiles, boats, planes, or other vehicles; or collectibles of any type? If "Yes," describe each type of contribution, any conditions imposed by the donor on the contribution, and any agreements with the donor regarding the contribution. | ☑ Yes | ☐ No |
| 12a | Do you or will you operate in a **foreign country** or **countries?** If "Yes," answer lines 12b through 12d. If "No," go to line 13a. | ☐ Yes | ☑ No |
| b | Name the foreign countries and regions within the countries in which you operate. | | |
| c | Describe your operations in each country and region in which you operate. | | |
| d | Describe how your operations in each country and region further your exempt purposes. | | |
| 13a | Do you or will you make grants, loans, or other distributions to organization(s)? If "Yes," answer lines 13b through 13g. If "No," go to line 14a. | ☑ Yes | ☐ No |
| b | Describe how your grants, loans, or other distributions to organizations further your exempt purposes. | | |
| c | Do you have written contracts with each of these organizations? If "Yes," attach a copy of each contract. | ☐ Yes | ☐ No |
| d | Identify each recipient organization and any **relationship** between you and the recipient organization. | | |
| e | Describe the records you keep with respect to the grants, loans, or other distributions you make. | | |
| f | Describe your selection process, including whether you do any of the following. | | |
| | (i)  Do you require an application form? If "Yes," attach a copy of the form. | ☐ Yes | ☐ No |
| | (ii) Do you require a grant proposal? If "Yes," describe whether the grant proposal specifies your responsibilities and those of the grantee, obligates the grantee to use the grant funds only for the purposes for which the grant was made, provides for periodic written reports concerning the use of grant funds, requires a final written report and an accounting of how grant funds were used, and acknowledges your authority to withhold and/or recover grant funds in case such funds are, or appear to be, misused. | ☐ Yes | ☐ No |
| g | Describe your procedures for oversight of distributions that assure you the resources are used to further your exempt purposes, including whether you require periodic and final reports on the use of resources. | | |
| 14a | Do you or will you make grants, loans, or other distributions to foreign organizations? If "Yes," answer lines 14b through 14f. If "No," go to line 15. | ☐ Yes | ☑ No |
| b | Provide the name of each foreign organization, the country and regions within a country in which each foreign organization operates, and describe any relationship you have with each foreign organization. | | |
| c | Does any foreign organization listed in line 14b accept contributions earmarked for a specific country or specific organization? If "Yes," list all earmarked organizations or countries. | ☐ Yes | ☐ No |
| d | Do your contributors know that you have ultimate authority to use contributions made to you at your discretion for purposes consistent with your exempt purposes? If "Yes," describe how you relay this information to contributors. | ☐ Yes | ☐ No |
| e | Do you or will you make pre-grant inquiries about the recipient organization? If "Yes," describe these inquiries, including whether you inquire about the recipient's financial status, its tax-exempt status under the Internal Revenue Code, its ability to accomplish the purpose for which the resources are provided, and other relevant information. | ☐ Yes | ☐ No |
| f | Do you or will you use any additional procedures to ensure that your distributions to foreign organizations are used in furtherance of your exempt purposes? If "Yes," describe these procedures, including site visits by your employees or compliance checks by impartial experts, to verify that grant funds are being used appropriately. | ☐ Yes | ☐ No |

Form **1023** (Rev. 12-2017)

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **8**

| **Part VIII** | **Your Specific Activities** *(Continued)* | | |
|---|---|---|---|
| 15 | Do you have a **close connection** with any organizations? If "Yes," explain. | ☐ Yes | ☑ No |
| 16 | Are you applying for exemption as a **cooperative hospital service organization** under section 501(e)? If "Yes," explain. | ☐ Yes | ☑ No |
| 17 | Are you applying for exemption as a **cooperative service organization of operating educational organizations** under section 501(f)? If "Yes," explain. | ☐ Yes | ☑ No |
| 18 | Are you applying for exemption as a **charitable risk pool** under section 501(n)? If "Yes," explain. | ☐ Yes | ☑ No |
| 19 | Do you or will you operate a **school**? If "Yes," complete Schedule B. Answer "Yes," whether you operate a school as your main function or as a secondary activity. | ☐ Yes | ☑ No |
| 20 | Is your main function to provide **hospital** or **medical care**? If "Yes," complete Schedule C. | ☐ Yes | ☑ No |
| 21 | Do you or will you provide **low-income housing** or housing for the **elderly** or **handicapped**? If "Yes," complete Schedule F. | ☐ Yes | ☑ No |
| 22 | Do you or will you provide scholarships, fellowships, educational loans, or other educational grants to individuals, including grants for travel, study, or other similar purposes? If "Yes," complete Schedule H.<br>**Note: Private foundations** may use Schedule H to request advance approval of individual grant procedures. | ☐ Yes | ☑ No |

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **9**

### Part IX — Financial Data

For purposes of this schedule, years in existence refer to completed tax years.

1. If in existence less than 5 years, complete the statement for each year in existence and provide projections of your likely revenues and expenses based on a reasonable and good faith estimate of your future finances for a total of:
    a. Three years of financial information if you have not completed one tax year, or
    b. Four years of financial information if you have completed one tax year. See instructions.

2. If in existence 5 or more years, complete the schedule for the most recent 5 tax years. You will need to provide a separate statement that includes information about the most recent 5 tax years because the data table in Part IX has not been updated to provide for a 5th year. See instructions.

#### A. Statement of Revenues and Expenses

| | Type of revenue or expense | Current tax year (a) From 9/24/18 To 12/31/18 | (b) From 1/1/19 To 12/31/19 | (c) From 1/1/20 To 12/31/20 | (d) From 1/1/21 To 12/31/21 | (e) Provide Total for (a) through (d) |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| 1 | Gifts, grants, and contributions received (do not include unusual grants) | 1,708 | 6,000 | 3,000 | 3,000 | 13,708 |
| 2 | Membership fees received | 0 | 4,000 | 6,000 | 9,000 | 19,000 |
| 3 | Gross investment income | | | | | |
| 4 | Net unrelated business income | | | | | |
| 5 | Taxes levied for your benefit | | | | | |
| 6 | Value of services or facilities furnished by a governmental unit without charge (not including the value of services generally furnished to the public without charge) | | | | | |
| 7 | Any revenue not otherwise listed above or in lines 9–12 below (attach an itemized list) | | | | | |
| 8 | Total of lines 1 through 7 | 1,708 | 10,000 | 9,000 | 12,000 | 32,708 |
| 9 | Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to your exempt purposes (attach itemized list) | 0 | 178,200 | 261,360 | 300,564 | 740,124 |
| 10 | Total of lines 8 and 9 | 1,708 | 188,200 | 270,360 | 312,564 | 772,832 |
| 11 | Net gain or loss on sale of capital assets (attach schedule and see instructions) | | | | | |
| 12 | **Unusual grants** | | | | | |
| 13 | Total Revenue Add lines 10 through 12 | 1,708 | 188,200 | 270,360 | 312,564 | 772,832 |
| **Expenses** | | | | | | |
| 14 | Fundraising expenses | 0 | 0 | 0 | 2,000 | |
| 15 | Contributions, gifts, grants, and similar amounts paid out (attach an itemized list) | | | | | |
| 16 | Disbursements to or for the benefit of members (attach an itemized list) | | | | | |
| 17 | Compensation of officers, directors, and trustees | 0 | 70,000 | 70,000 | 70,000 | |
| 18 | Other salaries and wages | 0 | 21,500 | 21,500 | 22,000 | |
| 19 | Interest expense | | | | | |
| 20 | Occupancy (rent, utilities, etc.) | 0 | 35,000 | 38,500 | 40,000 | |
| 21 | Depreciation and depletion | 0 | 3,000 | 3,000 | 3,000 | |
| 22 | Professional fees | 1,550 | 16,000 | 10,000 | 10,000 | |
| 23 | Any expense not otherwise classified, such as program services (attach itemized list) | 0 | 42,550 | 53,400 | 55,800 | |
| 24 | Total Expenses Add lines 14 through 23 | 1,550 | 188,050 | 196,400 | 202,800 | |

Form **1023** (Rev. 12-2017)

Form 1023 (Rev. 12-2017)   Name: Iowaska Church of Healing   EIN: 83-2192122   Page **10**

### Part IX   Financial Data *(Continued)*

**B. Balance Sheet (for your most recently completed tax year)**   Year End: 12/31/18

**Assets** (Whole dollars)

| | | | |
|---|---|---|---|
| 1 | Cash | 1 | 158 |
| 2 | Accounts receivable, net | 2 | |
| 3 | Inventories | 3 | |
| 4 | Bonds and notes receivable (attach an itemized list) | 4 | |
| 5 | Corporate stocks (attach an itemized list) | 5 | |
| 6 | Loans receivable (attach an itemized list) | 6 | |
| 7 | Other investments (attach an itemized list) | 7 | |
| 8 | Depreciable and depletable assets (attach an itemized list) | 8 | |
| 9 | Land | 9 | |
| 10 | Other assets (attach an itemized list) | 10 | |
| 11 | Total Assets (add lines 1 through 10) | 11 | 158 |

**Liabilities**

| | | | |
|---|---|---|---|
| 12 | Accounts payable | 12 | |
| 13 | Contributions, gifts, grants, etc. payable | 13 | |
| 14 | Mortgages and notes payable (attach an itemized list) | 14 | |
| 15 | Other liabilities (attach an itemized list) | 15 | |
| 16 | Total Liabilities (add lines 12 through 15) | 16 | 0 |

**Fund Balances or Net Assets**

| | | | |
|---|---|---|---|
| 17 | Total fund balances or net assets | 17 | 158 |
| 18 | Total Liabilities and Fund Balances or Net Assets (add lines 16 and 17) | 18 | 158 |
| 19 | Have there been any substantial changes in your assets or liabilities since the end of the period shown above? If "Yes," explain. | ☐ Yes | ☑ No |

### Part X   Public Charity Status

Part X is designed to classify you as an organization that is either a **private foundation** or a **public charity**. Public charity status is a more favorable tax status than private foundation status. If you are a private foundation, Part X is designed to further determine whether you are a **private operating foundation**. See instructions.

| | | | |
|---|---|---|---|
| 1a | Are you a private foundation? If "Yes," go to line 1b. If "No," go to line 5 and proceed as instructed. If you are unsure, see the instructions. | ☐ Yes | ☑ No |
| b | As a private foundation, section 508(e) requires special provisions in your organizing document in addition to those that apply to all organizations described in section 501(c)(3). Check the box to confirm that your organizing document meets this requirement, whether by express provision or by reliance on operation of state law. Attach a statement that describes specifically where your organizing document meets this requirement, such as a reference to a particular article or section in your organizing document or by operation of state law. See the instructions, including Appendix B, for information about the special provisions that need to be contained in your organizing document. Go to line 2. | ☐ | |
| 2 | Are you a private operating foundation? To be a private operating foundation you must engage directly in the active conduct of charitable, religious, educational, and similar activities, as opposed to indirectly carrying out these activities by providing grants to individuals or other organizations. If "Yes," go to line 3. If "No," go to the signature section of Part XI. | ☐ Yes | ☐ No |
| 3 | Have you existed for one or more years? If "Yes," attach financial information showing that you are a private operating foundation; go to the signature section of Part XI. If "No," continue to line 4. | ☐ Yes | ☐ No |
| 4 | Have you attached either (1) an affidavit or opinion of counsel, (including a written affidavit or opinion from a certified public accountant or accounting firm with expertise regarding this tax law matter), that sets forth facts concerning your operations and support to demonstrate that you are likely to satisfy the requirements to be classified as a private operating foundation; or (2) a statement describing your proposed operations as a private operating foundation? | ☐ Yes | ☐ No |
| 5 | If you answered "No" to line 1a, indicate the type of public charity status you are requesting by checking one of the choices below. You may check only one box. | | |
| | The organization is not a private foundation because it is: | | |
| a | 509(a)(1) and 170(b)(1)(A)(i)—a church or a convention or association of churches. Complete and attach Schedule A. | | ☑ |
| b | 509(a)(1) and 170(b)(1)(A)(ii)—a **school**. Complete and attach Schedule B. | | ☐ |
| c | 509(a)(1) and 170(b)(1)(A)(iii)—a **hospital**, a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital. Complete and attach Schedule C. | | ☐ |
| d | 509(a)(3)—an organization supporting either one or more organizations described in line 5a through c, f, h, or i or a publicly supported section 501(c)(4), (5), or (6) organization. Complete and attach Schedule D. | | ☐ |

Form **1023** (Rev. 12-2017)

600

| Form 1023 (Rev. 12-2017) | Name: Iowaska Church of Healing | EIN: 83-2192122 | Page **11** |

### Part X — Public Charity Status *(Continued)*

**e** 509(a)(4) – an organization organized and operated exclusively for testing for public safety. ☐

**f** 509(a)(1) and 170(b)(1)(A)(iv) – an organization operated for the benefit of a college or university that is owned or operated by a governmental unit. ☐

**g** 509(a)(1) and 170(b)(1)(A)(ix) – an agricultural research organization directly engaged in the continuous active conduct of agricultural research in conjunction with a college or university. ☐

**h** 509(a)(1) and 170(b)(1)(A)(vi) – an organization that receives a substantial part of its financial support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. ☐

**i** 509(a)(2) – an organization that normally receives not more than one-third of its financial support from gross **investment income** and receives more than one-third of its financial support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). ☐

**j** A publicly supported organization, but unsure if it is described in 5h or 5i. You would like the IRS to decide the correct status. ☐

**6** If you checked box h, i, or j in question 5 above, and you have been in existence more than 5 years, you must confirm your public support status. Answer line 6a if you checked box h in line 5 above. Answer line 6b if you checked box i in line 5 above. If you checked box j in line 5 above, answer both lines 6a and 6b.

**a** (i) Enter 2% of line 8, column (e) on Part IX-A Statement of Revenues and Expenses _____

    (ii) Attach a list showing the name and amount contributed by each person, company, or organization whose gifts totaled more than the 2% amount. If the answer is "None," state this.

**b** (i) For each year amounts are included on lines 1, 2, and 9 of Part IX-A Statement of Revenues and Expenses, attach a list showing the name and amount received from each **disqualified person**. If the answer is "None," state this.

    (ii) For each year amounts were included on line 9 of Part IX-A Statement of Revenues and Expenses, attach a list showing the name of and amount received from each payer, other than a disqualified person, whose payments were more than the larger of (1) 1% of Line 10, Part IX-A Statement of Revenues and Expenses, or (2) $5,000. If the answer is "None," state this.

**7** Did you receive any unusual grants during any of the years shown on Part IX-A Statement of Revenues and Expenses? If "Yes," attach a list including the name of the contributor, the date and amount of the grant, a brief description of the grant, and explain why it is unusual. ☐ Yes ☑ **No**

### Part XI — User Fee Information and Signature

You must include the correct user fee payment with this application. If you do not submit the correct user fee, we will not process the application and we will return it to you. Your check or money order must be made payable to the United States Treasury. User fees are subject to change. Check our website at *www.irs.gov* and type "Exempt Organizations User Fee" in the search box, or call Customer Account Services at 1-877-829-5500 for current information.

    **Enter the amount of the user fee paid:** _____ **$600**

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

**Please Sign Here** ▶ *(Signature of Officer, Director, Trustee, or other authorized official)*

Dado Kantarevic
(Type or print name of signer)

President
(Type or print title or authority of signer)

1-8-2019
(Date)

Form **1023** (Rev. 12-2017)

Form 1023 (Rev. 12-2017)  Name: Iowaska Church of Healing   EIN: 83-2192122   Page **13**

### Schedule A. Churches

| | | | |
|---|---|---|---|
| **1a** | Do you have a written creed, statement of faith, or summary of beliefs? If "Yes," attach copies of relevant documents. | ☑ Yes | ☐ No |
| **b** | Do you have a form of worship? If "Yes," describe your form of worship. | ☑ Yes | ☐ No |
| **2a** | Do you have a formal code of doctrine and discipline? If "Yes," describe your code of doctrine and discipline. | ☑ Yes | ☐ No |
| **b** | Do you have a distinct religious history? If "Yes," describe your religious history. | ☐ Yes | ☑ No |
| **c** | Do you have a literature of your own? If "Yes," describe your literature. | ☑ Yes | ☐ No |
| **3** | Describe the organization's religious hierarchy or ecclesiastical government. | | |
| **4a** | Do you have regularly scheduled religious services? If "Yes," describe the nature of the services and provide representative copies of relevant literature such as church bulletins. | ☑ Yes | ☐ No |
| **b** | What is the average attendance at your regularly scheduled religious services? | | |
| **5a** | Do you have an established place of worship? If "Yes," refer to the instructions for the information required. | ☐ Yes | ☑ No |
| **b** | Do you own the property where you have an established place of worship? | ☐ Yes | ☐ No |
| **6** | Do you have an established congregation or other regular membership group? If "No," refer to the instructions. | ☑ Yes | ☐ No |
| **7** | How many members do you have? | 20 | |
| **8a** | Do you have a process by which an individual becomes a member? If "Yes," describe the process and complete lines 8b–8d, below. | ☑ Yes | ☐ No |
| **b** | If you have members, do your members have voting rights, rights to participate in religious functions, or other rights? If "Yes," describe the rights your members have. | ☑ Yes | ☐ No |
| **c** | May your members be associated with another denomination or church? | ☑ Yes | ☐ No |
| **d** | Are all of your members part of the same **family**? | ☐ Yes | ☑ No |
| **9** | Do you conduct baptisms, weddings, funerals, etc.? | ☑ Yes | ☐ No |
| **10** | Do you have a school for the religious instruction of the young? | ☐ Yes | ☑ No |
| **11a** | Do you have a minister or religious leader? If "Yes," describe this person's role and explain whether the minister or religious leader was ordained, commissioned, or licensed after a prescribed course of study. | ☑ Yes | ☐ No |
| **b** | Do you have schools for the preparation of your ordained ministers or religious leaders? | ☐ Yes | ☑ No |
| **12** | Is your minister or religious leader also one of your officers, directors, or trustees? | ☑ Yes | ☐ No |
| **13** | Do you ordain, commission, or license ministers or religious leaders? If "Yes," describe the requirements for ordination, commission, or licensure. | ☑ Yes | ☐ No |
| **14** | Are you part of a group of churches with similar beliefs and structures? If "Yes," explain. Include the name of the group of churches. | ☐ Yes | ☑ No |
| **15** | Do you issue church charters? If "Yes," describe the requirements for issuing a charter. | ☐ Yes | ☑ No |
| **16** | Did you pay a fee for a church charter? If "Yes," attach a copy of the charter. | ☐ Yes | ☑ No |
| **17** | Do you have other information you believe should be considered regarding your status as a church? If "Yes," explain. | ☑ Yes | ☐ No |

Form **1023** (Rev. 12-2017)