# IOWA SECRETARY OF STATE
## PAUL D. PATE



## CERTIFICATE OF EXISTENCE

Date: 1/9/2019

Name: IOWASKA CHURCH OF HEALING (504RDN - 583338)
Date of Incorporation: 9/24/2018
Duration: PERPETUAL

I, Paul D. Pate, Secretary of State of the State of Iowa, custodian of the records of incorporations, certify the following for the nonprofit corporation named on this certificate:

a. The entity is in existence and duly incorporated under the laws of Iowa.

b. All fees required under the Revised Iowa Nonprofit Corporation Act due the Secretary of State have been paid.

c. The most recent biennial report required has been filed with the Secretary of State.

d. Articles of dissolution have not been filed.

Certificate ID: **CS162803**

To validate certificates visit:
**sos.iowa.gov/ValidateCertificate**

Paul D. Pate, Iowa Secretary of State

Iowa Secretary of State

321 East 12th Street

Des Moines, IA 50319

sos.iowa.gov



**FILED**

Date:        **9/24/2018 04:29 PM**

Corp No:                    **583338**

Cert No:              **FT0007697**

## Articles of Incorporation - Nonprofit

### Information

CODE 504 REVISED DOMESTIC NON-PROFIT

Iowaska Church of Healing

Perpetual

Yes

Upon the dissolution of the Corporation, the Board of Directors shall, after paying or making provision for the payment of all the liabilities of the Corporation, dispose of all of the assets of the Corporation exclusively for the purposes of the Corporation to such one or more organization or organizations organized and operated exclusively for charitable, educational, religious, or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law), as the Board of Directors shall determine. Any of such assets not so disposed of shall be disposed of by the District Court of the County in which the principal office of the Corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

### Registered Agent

Dado Kantarevic

4114 27th Street

|  | address2 |  |
|---|---|---|
| Des Moines | IA | 50310 | USA |
|  | State | Zip | Country |

### Incorporator

William A,. Boatwright

215 10th Street, Suite 1300                          Address2

Des Moines                          IA        50309                USA
                                    State     Zip                  Country

## Principal Office

                                    Address2

                                    State     Zip                  Country

## Officers & Directors

Director

Dado Kantarevic

4114 27th Street                          Address2

Des Moines                          IA        50310                USA
                                    State     Zip                  Country

Director

William Boyce

2142 College Street                          Address2

Jacksonville                        FL        32204                USA
                                    State     Zip                  Country

Director

Ramic Merzuk

4114 27th Street

Address2

Des Moines                                         IA        50310              USA
                                                   State     Zip                Country

Director

Ramic Aida

4114 27th Street

Address2

Des Moines                                         IA        50310              USA
                                                   State     Zip                Country

**Signature(s)**

William A. Boatwright                              9/24/2018 4:25:33 PM
                                                   Date

# ARTICLES OF INCORPORATION

## OF

## IOWASKA CHURCH OF HEALING

To the Secretary of State
of the State of Iowa:

The undersigned, acting as incorporator of a corporation under the Revised Iowa Nonprofit Corporation Act (Chapter 504 of the Code of Iowa) adopts the following Articles of Incorporation for such corporation:

## ARTICLE I
## NAME OF CORPORATION

The name of the Corporation is Iowaska Church of Healing, hereinafter referred to as the "Corporation".

## ARTICLE II
## DURATION OF CORPORATION

The Corporation shall have perpetual duration.

## ARTICLE III
## MEMBERS OF THE CORPORATION

The Corporation shall have such class or classes of members as provided in the Bylaws of the Corporation. The Corporation's members shall have such voting and other rights as are specified in these Articles of Incorporation and in the Corporation's Bylaws. A member may appoint a proxy to vote or otherwise act for the member by signing an appointment form or by an electronic transmission.

The members of the Corporation are authorized to designate delegates having some or all of the authority of members as set forth in the corporation's Bylaws. The Bylaws shall set forth the characteristics, qualifications, rights, limitations and obligations of delegates, including their selection and removal.

#3003615

-2-

# ARTICLE IV
## PURPOSES OF CORPORATION

The Corporation is organized exclusively for charitable, educational, religious or scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, and in this connection, the purposes for which the Corporation is formed, and the business and objects to be carried on and promoted by it, are as follows:

a) To offer the public access to spiritual growth, development and healing through the sacred Sacrament of Ayahuasca provided under the guidelines of North and South American Indigenous traditions and cultural values;

b) To provide necessary information to all participants of sacred healing ceremonies involving the consumption of the Sacrament of Ayahuasca. Appropriate education prior to the consumption of the Sacrament of Ayahuasca will be provided. Appropriate guidance and support will be governed during the aforementioned ceremonies. Relevant mental, emotional and spiritual integration will be offered to each participant post ceremony. Mental, emotional and spiritual support will be offered on an ongoing basis to individuals seeking further integration as they return to their daily routines;

c) To empower the public to connect with their unique journey of self-discovery while providing the means to grow in awareness of limiting beliefs, allowing for the deconstruction of unhealthy patterns and the realization of positive solutions;

d) To inspire participants to discover their inherent nature and achieve harmony with Self, Others and Mother Nature through the expansion of human consciousness;

e) To offer the public a supportive environment in which they have the option to access supplemental healing modalities, including but not limited to the following:

- Energy Healing/Reiki
- Bodywork/Massage
- Group Meditation
- Hypnotherapy
- Health/Wellness Coaching
- Spiritual/Intuitive Coaching
- Sound Healing Therapy
- Mental Health Counseling;

-3-

f) To provide veterans the opportunity to access healing programs unique to their recovery for free and/or a reduced cost. These healing programs may include and are not limited to the following:

- Sacred healing ceremonies and the Sacrament of Ayahuasca
- Routine group integration/group therapy following sacred ceremonies
- Individual coaching/mental health counseling
- Education on holistic, solution-oriented approaches to maintaining joyful living
- Creation of a sustainable culture, which benefits the Church, Mother Earth and each veteran's eventual lifestyle.
- Social activities promoting a healthy reintegration into society including but not limited to:
  - o Group cooking of meals and simultaneous nutritional education
  - o Group gardening and care of Mother Earth
  - o Individual Karma Marga, the practice of connecting to the Self through daily care and service of the environment
  - o Designated silence/individual meditation to foster healthy mental patterns during periods of solitude;

g) To provide individuals the opportunity to connect and strengthen the local community by providing public wellness events and workshops for the purposes of education regarding sacred indigenous culture and practices honoring Mother Earth; and

h) To perform any and all acts which are proper for an organization exempt from tax under Section 501(a) of the Internal Revenue Code of 1986, and are reasonably necessary to accomplish its exempt purposes.

The Corporation shall have all powers enumerated in the Revised Iowa Nonprofit Corporation Act, set forth at Chapter 504 of the Code of Iowa, that are reasonably necessary to fulfill and meet these purposes and which are not prohibited from being possessed or exercised by an organization exempt from income tax pursuant to Section 501(a) of the Internal Revenue Code or by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code.

-4-

## ARTICLE V
## REGISTERED AGENT AND OFFICE

The address of its initial registered office in the State of Iowa is 4114 - 27th Street, Des Moines, IA 50310, and the name of its initial registered agent at such address is Dado Kantarevic.

## ARTICLE VI
## BOARD OF DIRECTORS

The business and affairs of the Corporation shall be managed under the direction of its Board of Directors, and the number of Directors may be varied from time to time as set forth in the Bylaws. All Directors must be individuals.

The number of directors constituting the initial Board of Directors of the Corporation is four (4), and the names and addresses of the persons who are to serve as the initial directors are:

| Name | Address |
|------|---------|
| Dado Kantarevic | 4114 - 27th Street<br>Des Moines, IA 50310 |
| William Boyce | 2142 College Street<br>Jacksonville, FL 32204 |
| Ramic Merzuk | 4114 - 27th Street<br>Des Moines, IA 50310 |
| Ramic Aida | 4114 - 27th Street<br>Des Moines, IA 50310 |

The Corporation's Bylaws may provide that one or more persons may exercise some or all of the powers which would otherwise be exercised by the Board of Directors. To the extent so authorized, any such person or persons shall have the duties and responsibilities of the Board of Directors, and the Directors shall be relieved to that extent from such duties and responsibilities

-5-

## ARTICLE VII
## CORPORATE EXISTENCE

The date on which the corporate existence shall begin is the date that this document is filed at the office of the Iowa Secretary of State.

## ARTICLE VIII
## INCORPORATOR INFORMATION

The name and address of the incorporator are:

William A. Boatwright
Davis Brown Law Firm
215 – 10th Street, Suite 1300
Des Moines, Iowa 50309

## ARTICLE IX
## PRIVATE INUREMENT AND OTHER PROHIBITED ACTIVITIES

No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to, its members, directors, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article IV hereof. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting, to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements), any political campaign on behalf of any candidate for public office.

Notwithstanding any other provisions of these Articles, the Corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law); or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

## ARTICLE X
## DISSOLUTION

Upon the dissolution of the Corporation, the Board of Directors shall, after paying or making provision for the payment of all the liabilities of the Corporation, dispose of all of the

-6-

assets of the Corporation exclusively for the purposes of the Corporation to such one or more organization or organizations organized and operated exclusively for charitable, educational, religious, or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law), as the Board of Directors shall determine.  Any of such assets not so disposed of shall be disposed of by the District Court of the County in which the principal office of the Corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

## ARTICLE XI
## NON-LIABILITY

Except as otherwise provided by law, a director, officer, employee, or member of the Corporation is not liable for the Corporation's debts or obligations and a director, officer, member or other volunteer is not personally liable in that capacity, for a claim based upon any action taken or failure to take any action in the discharge of the person's duties, except liability for: (1) the amount of any financial benefit to which the person was not entitled; (2) an intentional infliction of harm on the Corporation or its members; (3) a violation of Section 835 of the Revised Iowa Nonprofit Corporation Act; or (4) an intentional violation of criminal law.  If Iowa law is hereafter changed to permit further elimination or limitation of the liability of directors, officers, employees, members or other volunteers for monetary damages to the Corporation, then the liability of such director, officer, employee, member or other volunteer of the Corporation shall be eliminated or limited to the full extent then permitted.  The directors, officers, employees, members or other volunteers of the Corporation have agreed to serve in their respective capacities in reliance upon the provisions of this Article.

## ARTICLE XII
## INDEMNIFICATION

Except as otherwise provided by law, a director, officer, employee, member or other volunteer of this Corporation, as well as each director, officer, employee, member or volunteer of this Corporation who is serving or who has served at the Corporation's request as a director, officer, partner, trustee, employee or agent of another corporation, partnership, joint venture, trust, employee benefit plan or other enterprise, shall be indemnified to the fullest extent possible by the Corporation for liability, as defined in Section 851, subsection 5, of the Revised Iowa Nonprofit Corporation Act, to any person for any action taken, or any failure to take any action, as a director, officer, employee, member or other volunteer of this Corporation, or as a director, officer, partner, trustee, employee or agent of another corporation, partnership, joint venture, trust, employee benefit plan or other enterprise, except with regard to any action, suit or proceeding by or in the right of the Corporation or with respect to any liability for any of the

-7-

following: (1) receipt of a financial benefit to which the person is not entitled; (2) an intentional infliction of harm on the Corporation or its members; (3) a violation of Section 835 of the Revised Iowa Nonprofit Corporation Act; or (4) an intentional violation of criminal law. In order to be eligible for indemnification, a person must satisfy any and all applicable standards of conduct and liability set forth in the Revised Iowa Nonprofit Corporation Act.

As provided in Section 859(1) of the Revised Iowa Nonprofit Corporation Act, the Corporation's obligation to provide indemnification hereunder shall include the obligation to advance funds to pay for or reimburse the reasonable expenses incurred by a person who is a party to any proceeding for which indemnification is required. A person who seeks an advancement of funds hereunder must satisfy any applicable requirements therefor which are set forth in the Revised Iowa Nonprofit Corporation Act.

The rights and authority conferred in this Article shall not be exclusive of any other right which any person may have or hereafter acquire under any statute, provision of the Articles of Incorporation or Bylaws of the Corporation, agreement, vote of disinterested directors or otherwise. Any repeal or amendment of this Article shall not adversely affect any right or protection of a director, officer, employee, member or other volunteer existing at the time of such repeal or amendment.

Dated this 24th day of September, 2018.

William A. Boatwright, Incorporator