**STATEMENT ATTACHED TO AND MADE A PART OF
FORM 1023, APPLICATION FOR RECOGNITION OF EXEMPTION**

**IOWASKA CHURCH OF HEALING
FEIN: 83-2192122**

### Part I, Question #10, Excusal from Form 990 Filing Obligations:

Iowaska Church of Healing (the "Organization") is organized and operated as a church, and will therefore be exempt from filing annual information returns pursuant to the mandatory exception of Internal Revenue Code § 6033(a)(3)(A)(i).

### Part IV, Narrative Description of Activities:

#### *Background and Mission*

The Organization was formally organized on September 24, 2018, as an Iowa non-profit corporation pursuant to Chapter 504 of the Code of Iowa. All legal requirements for its organization have been fulfilled, and the organization is in good standing in all respects. The Organization is classified as a "religious corporation" under Iowa Code § 504.141(38).

The Organization's mission is to inspire individuals to seek and embrace authentic, self-realized healing of the mind, body and spirit through the use of the sacred, indigenous plant-medicine of Ayahuasca. The Organization wishes to offer the public access to spiritual growth, development and healing through the sacred Sacrament of Ayahuasca provided under the guidelines of North and South American Indigenous traditions and cultural values. The church would like to inspire members to discover their inherent nature and achieve harmony with Self, Others and Mother Nature through the expansion of human consciousness.

The Organization wishes to provide veterans the opportunity to access healing programs unique to their recovery for free and/or a reduced cost. It will provide individuals the opportunity to connect and strengthen the local and global communities by providing public wellness events and workshops for the purposes of education regarding sacred tribal cultures and practices honoring Mother Earth. The Organization's ideology, purpose and vision is described more fully in its *Universal Laws of Respect, Mission, Vision & Value Statements* and Article IV of its Articles of Incorporation, "*Purposes of Corporation*", all of which accompany this application.

The Organization will accomplish its charitable purposes in a variety of ways, including the operation of a spiritual church that conducts regular worship services, the

#3034565

operation of adult integration and communion meetings, various educational and mission groups, and outreach designed to provide relief services to veterans. All of these activities will be addressed in more detail in the paragraphs to follow.

The Organization's Church and its work are guided by its mission and commitment to six core values:

1. **Inclusiveness**: We respect every individual while valuing diversity and equality.

2. **Openness**: We are committed to a culture of truth, collaboration, love and teamwork.

3. **Heal with Integrity**: We are passionate about providing a safe environment in which people from all walks of life can seek a greater understanding of themselves, the world around them and access multi-dimensional healing.

4. **Preserve Ancient Wisdom**: We are keepers of Mother Earth (Pachamama) and the great wisdom it contains. We believe in the traditions of Indigenous peoples and we believe in passing on these traditions. We are passionate about re-awakening others to the God-given rights of joy and wellbeing, which can all be accessed through the sacred Sacrament of Ayahuasca.

5. **Leave it Better than you Found it**: Since we are all divinely connected, we strive to positively impact others and ourselves, including Mother Earth and Father Sky. "As Above, so Below. As Within, so Without. As the Universe, so the Soul."

6. **Keep it Real**! We are mindful of cultivating a world in which relationships are authentic, beginning with our relationship with Self.

### Origin and History of the Sacramental Use of Ayahuasca

The use of Ayahuasca originates from the Amazon and represents the basis of spiritual practice for at least 75 different indigenous tribes across the lower and upper Amazonian regions. These cultures currently use Ayahuasca for medicinal, spiritual and divinatory purposes and it plays a central role in their lives and world views. The plants used in the Ayahuasca preparation have been used for millennia – believed to be well over 2,500 years old. Official, representative religions began to appear approximately 90 years ago. These religions are referred to under the churches of Santo Daime, União do Vegetal and Barquinha. They first appeared in Brazilian Amazonian cities and have since spread to Europe, the United States and Asia. The religious use of Ayahuasca within these groups blends different elements of Christianity, afro-Brazilian religions and indigenous shamanism. These churches promote a wholesome lifestyle under the

2

guidelines of harmony, love, truth and justice along with other values like humility, fraternity and purity of heart centered around the Sacrament of Ayahuasca.

### The Organization's Church and its Activities

#### A. Iowaska Church of Healing Doctrines & Creed

The basis of our doctrine comes from the well-known Ayahuasca Manifesto - a sacred, channeled document detailing the beautiful Spirit of Ayahuasca and its planetary mission. This doctrine covers the role of Ayahuasca with human beings, its purpose and the expansion of consciousness. It details preparation and management of the Sacrament along with social impact and preservation. It describes the sacred nature of this medicine, its uses, its benefits, cultural background and application. We refer to it for guidance and a continued reminder on conducting sessions, preparation, diet, management of the Sacrament and much more.

For a complete copy of the Ayahuasca Manifesto, please see the attached document.

Iowaska Church of Healing believes in living by a code of **Love, Unity, Integrity** and **Respect** for all living things. This means We believe in actively and sincerely seeking a deeper relationship with Self, with Spirituality and with the living Spirit of Mother Earth. In doing so, We come to feel, to know and to see that We are all divinely connected as One greater consciousness (**Unity**).

We feel a deep sense of devotion toward our Universal Family of People, Plants, Animals, Earth, Elements and other Beings. We wish to honor and keep alive the Spirit of our Ancestors, of Traditional Indigenous Cultures and Natives who roamed this land and still roam this land. They had and still have a deep (**Love**) for Nature, recognizing that all answers exist Within and the Spirit of specific Plant Teachers, such as Ayahuasca, exists to remind Us of Our true Nature – that We are Nature! Ayahuasca is Our Teacher, Our Profit, reminding Us of the inherent Teacher and Profit that exists Wholly and Absolutely within Ourselves.

We (**Respect**) the individuality and sovereignty of Mother Earth and all Beings, acknowledging that We are co-creating a sacred space in which We are all safe to experience multi-dimensional healing and to seek a greater understanding of Ourselves and the Universe around Us. We owe great reverence to Mother Earth as She is a living Being. We believe She should be (**Respected**) the same way We as People expect to receive (**Respect**). Mother Earth should enjoy the same inherent rights that We as People desire for Ourselves.

3

We believe sincerity of character and the willingness to illuminate one's Higher Self should be evident through actions, words, thoughts and intention. We strive to deepen Our spiritual (*Integrity*) as We nourish and grow Our sense of awareness and Self as it relates to all around Us.

### B. Iowaska Church of Healing Membership Requirements

**1.)** Iowaska Church of Healing welcomes all individuals to become members irrespective of age, race, color, creed, national origin, cultural background, ethnicity, religion, sex, sexual orientation, gender expression or any other discriminating factors. Membership is available to all beings who approach Iowaska Church with the sincere intention to become a part of a spiritually directed community in which all members live by a code of love, unity, integrity and respect for all living things.

**2.)** Membership is open to those who are sincerely seeking a deeper relationship with Self, with Spirituality and with the living Spirit of Mother Earth. The aforementioned sincerity of character and the willingness to live through one's Higher Self should be self-evident as witnessed by all Church members, Officers, Elders and Spiritual Leaders. This sincerity in character should be self-evident in all actions, words, thoughts and intentions presented by an individual to the Church. Iowaska Church leaders and board members reserve the right to assess, discuss, vote and if necessary terminate the membership and involvement of any individual who disregards Church Doctrine and the Universal Laws of respect, integrity, harmony, love and light.

**3.)** Membership is open to those who are willing to harmoniously contribute to a safe environment in which people from all walks of life will be collectively gathered in an effort to seek a greater understanding of themselves, the world around them and to access multi-dimensional healing.

**4.)** Prospective members must sign, complete and return any and all relevant membership applications and paperwork to be reviewed and approved by designated Church staff.

**5.)** Prospective members must pay a one-time membership fee of $60. Youth under 18 years-of-age who cannot afford the membership fee may apply to be considered in the Church Volunteer Program. Retired individuals over 60 years-of-age may have their membership fee waived in exchange for a monetary donation of their choosing.

**6.)** Church membership does not qualify an individual to have access to sacred medicinal ceremonies in which one would partake in the Sacrament of Ayahuasca. To partake in the Sacrament of Ayahuasca, an individual must be a Church member in good standing, at least 18 years-of-age or older and must

4

successfully pass all pre-qualification requirements, including medical assessment, as set forth in the Church's *Rules and Regulations for Participating in the Sacrament of Ayahuasca*, a copy of which is attached.

### C. *Iowaska Church of Healing Programs and Activities*

It is the Organization's goal to offer the public access to workshops providing education on sacred Indigenous culture and tribal practices including the use of Ayahuasca as a healing medicine and spiritual tool. The Church will offer educational open-house events for the public including and not limited to topics of honoring Mother Earth and our own spiritual, emotional and physical wellness.

Sunday Church Services and Programs will include group Integration and Communion. Members will have the chance to commune through song, music, reflection and readings from the Ayahuasca Manifesto. They will also have the chance to openly share their spiritual experiences with the Sacrament and to receive integration guidance from mental health counselors, ministers, facilitators and/or spiritual coaches.

Once the Organization has determined its primary location within the State of Iowa, it intends to assess the needs of the local and global communities, paying particular attention to Native North and South American tribes and populations. The Organization also intends to establish a secondary location in the State of Florida.

The Organization will offer the public a supportive environment in which they have the option to access supplemental healing modalities, including but not limited to the following:

- Mental Health Counseling
- Marriage & Family Counseling
- Energy Healing/Reiki
- Bodywork/Massage
- Group Meditation
- Group Integration
- Hypnotherapy
- Health/Wellness Coaching
- Spiritual/Intuitive Coaching
- Music & Sound Healing Therapy
- Acupuncture
- Yoga

The Organization will provide veterans with the opportunity to access healing programs unique to their recovery for free and/or a reduced cost. These healing programs may include and are not limited to the following:

5

- Sacred healing ceremonies and the Sacrament of Ayahuasca
- Routine group integration/group therapy following sacred ceremonies
- Individual coaching/mental health counseling
- Education on holistic, solution-oriented approaches to maintaining joyful living
- Creation of a sustainable culture, which benefits the Church, Mother Earth and each veteran's eventual lifestyle
- Social activities promoting a healthy reintegration into society including but not limited to:
    - Group cooking of meals and simultaneous nutritional education
    - Group gardening and care of Mother Earth
    - Individual Karma Marga, the practice of connecting to the Self through daily care and service of the environment
    - Designated silence/individual meditation to foster healthy mental patterns during periods of solitude

### D. *Iowaska Church of Healing Sacred Ayahuasca Ceremonies*

It is the Organization's goal to offer its members the opportunity for spiritual growth and healing with the Sacrament of Ayahuasca through sacred Ceremonies held in the tradition of Indigenous cultures. The Church will offer its members various Ceremony options with skilled facilitators and healers including private, one-on-one Ceremonies, small group Ceremonies or large group Ceremonies. Traditionally, these Ceremonies will occur on Friday, Saturday and Sunday and will consist of two evening Ceremonies and the option for a daytime Ceremony.

The Ceremony Sacrament consists only of the Ayahuasca tea. The use, consumption or combination of any other substances will be strictly prohibited at Iowaska Church of Healing. Members will undergo thorough medical and psychological evaluation prior to participating in Ceremony. Drug testing will be conducted along with routine search of bags and belongings to ensure a safe and sacred environment is upheld for all members involved.

Medical professionals will be present during Ceremonies along with Healers, Facilitators and Ministers. Great attention and care will be provided to all members for the entire duration of each Ceremony, including after-care, therapeutic counseling and spiritual integration.

6

The Organization will offer information and support to all participants of its sacred Ayahuasca Healing Ceremonies. The Church will provide relevant mental, emotional and spiritual integration to each participant. Additional support will be offered on an ongoing basis to individuals seeking further integration as they return to their daily routines in hopes of implementing and maintaining healing and elevated levels of spirituality.

### E. Sacred Prayers practiced at Iowaska Church of Healing

Many Shamans and peoples within Indigenous cultures traditionally open sacred space by invoking the archetypes of the four directions (South, West, North and East), the Earth and the Heavens. These four directions represent the medicine wheel, which is the basis for the healing journey of many cultures. The spiritual and healing journey begins in the south and ends in the east, held by Heaven and Earth, above and below.

At Iowaska Church of Healing, we support this cultural tradition and we invoke a Mother Earth Medicine Wheel prayer prior to consuming our Sacrament during sacred Ceremonies:

*"South*
*To the winds of the South*
*Great Serpent*
*Wrap your coils of light around us*
*Teach us to shed the past the way you shed your skin*
*To walk softly on the Earth*
*Teach us the Beauty Way*

*West*
*To the winds of the West*
*Mother Jaguar*
*Protect our medicine space*
*Teach us the way of peace, to live impeccably*
*Show us the way beyond death*

*North*
*To the winds of the North*
*Hummingbird, Grandmothers and Grandfathers*
*Ancient Ones*
*Come and warm your hands by our fires*
*Whisper to us in the wind*
*We honor you who have come before us*
*And you who will come after us, our children's children*

*East*
*To the winds of the East*

7

*Great Eagle, Condor*
*Come to us from the place of the rising Sun*
*Keep us under your wing*
*Show us the mountains we only dare to dream of*
*Teach us to fly wing to wing with the Great Spirit*

*Mother Earth*
*We've gathered for the honoring of all of your children*
*The Stone People, the Plant People*
*The four-legged, the two-legged, the creepy crawlers*
*The finned, the furred, and the winged ones*
*All our relations*

*Father Sun*
*Father Sun, Grandmother Moon, to the Star Nations*
*Great Spirit, you who are known by a thousand names*
*And you who are the unnamable One*
*Thank you for bringing us together*
*And allowing us to sing the Song of Life"*

During our Church Services and Integrations, we share a sacred prayer that supports the healing and spiritual wisdom we have received through our communion with one another as Members and also with our Sacrament:

*"I appeal to the Heavens, to the Great Angelic Forces of the Invisible World,*
*and I ask them to hear my voice.*
*By their divine will, may I have access to Happiness and to Eternal Wealth*
*because I am a child of Light and Creation.*
*Every day, I become aware of my place of belonging within the Universe.*
*Every day, I understand that the nature of the Universe is Love and Abundance.*
*Make this Love and this Abundance, normal occurrences in my life.*
*Therefore, as of now all of my acts and gestures be Light to me*
*and to all of those dear to me.*
*I thank you in advance, and confirm to you my sincere devotion."*

We also refer to our doctrine, the Ayahuasca Manifesto, for insight and prayer to be referenced during Services, Integration and before or after Ceremonies. The following is a well-known and favorite invocation:

*"My sacrament is only one of so many expressions of religiousness in Humans. It is an*
*affirmative expression of surrender to his/her spiritual nature; it is an act of bravery and*
*conviction to reach out towards the central Light of all existence."*

*"It is time to embrace Humanity with my healing, extending beyond the Amazon basin,*
*reaching global expansion, spreading through all the soils of tropical climates, growing*
*in every forest, in every sidewalk, in every house, garden. Care about me, harvest me,*

8

*spread me around. Warriors of light from around the world, help me to help you!"*

### F.  *Iowaska Church of Healing Land and Facilities*

This section intends to describe the status of plans to acquire land and build the Church's facilities. Our Church is currently and actively seeking the appropriate land to purchase in the State of Iowa so that we may build our facilities. We intend to secure sufficient acreage in order to be able to build a main church office, a meditation and services center, private healing rooms, a healing dome for Ceremonies and lodging for members. For the time being, the Organization's members, officers and directors intend to worship at their places of residence.

Our Church is also reviewing possible properties in Florida for its secondary location.  The majority of the Organization's directors reside in Florida, and this will allow immediate implementation of its programs while suitable land is identified and developed in Iowa.

### *The Sacramental Ayahuasca Ceremony*

Much care goes into preparing for the Sacramental Ayahuasca Ceremony. The Ceremony space must be set and arranged in a manner that best supports the members' comfort and readiness. The Sacrament is received and experienced while the members are seated, so comfortable mats and cushions are arranged on the ground with pillows for support and blankets for warmth. Buckets are placed at the foot of each mat so that each member has a personal and clean way to purge, should the Sacrament cause them to do so. Paper towels and tissues are readily available to support those who purge or cry as forms of emotional, spiritual and mental releasing. Drinking water is readily available for those who need it, although consumption of water is kept to a minimum during Ceremonies.

Once the members' personal spaces are set, the altar must be prepared along with the stations for Facilitators and Healers. The altar must be organized with all of the items that the Healers need to utilize during a Ceremony, including candles, incense, Palo Santo wood, dried sage or copal for smudging and burning, large smudging feathers, Florida Water, essential oils, cold towels and musical instruments. Candles and incense are used to bless and contain the space in light. Palo Santo wood, Sage or Copal are used for smudging and energetically cleansing each member individually as well as the collective space prior to receiving the Sacrament. Smudging feathers assist in the process of moving the smoke and energy effectively. Florida Water is traditional, perfumed water considered to be cleansing and refreshing. It is offered to each member in the palms of their hands after their smudging and prior to receiving the Sacrament. Essential oils such as peppermint along with cold towels are sometimes used toward the middle and end of a

9

Ceremony when a member needs assistance with grounding and getting in touch with their five senses. Musical instruments such as singing bowls, gongs, drums, shakers or chakapas are used at certain points during Ceremonies to facilitate the energy flow. The Facilitators and Healers are set up and positioned next to the altar with cushions, meditation pillows and mats. All Facilitators and Healers are dressed in traditional, white, ceremonial clothing so that they are easily identifiable if members need to access them.

If a Ceremony is held outdoors at night, appropriate lighting will be prepared along with a fire. A designated Fire Keeper will tend the fire for the duration of the Ceremony. All elements of weather are taken into account for outdoor Ceremonies, including proper heating, cooling, lighting and safety depending on the time of day or the season. The Ceremony Healing Dome, or indoor Ceremony space, will also reflect a comfortable, safe, climate-controlled environment appropriate for all members.

When a Ceremony begins, all members are seated quietly, preparing themselves to receive the Sacrament. Healers or Facilitators will cleanse the space with Palo Santo, Copal or Sage, setting the intention that the space be blessed with protection and light. Then, each member is cleansed around their body to invoke protection and energetic clearing. Each member is then offered Florida Water in the palms of their hands and offered a blessing. Once the space and members are cleansed and blessed, everyone is seated for a group prayer. We support indigenous cultural tradition by using a Mother Earth Medicine Wheel prayer, invoking the four directions, Mother Earth and the Heavens, prior to consuming our Sacrament. (See Section 'E' for further information about our prayers). After our prayer, the Sacrament is taken from a central cup and measured out into smaller cups for each member. The small cups containing the Sacrament are prepared on a tray and smudged with Palo Santo, Copal or Sage as they are blessed with positive intention. The Sacrament cups are then handed out to each member. The group is instructed to place the Sacrament next to their heart, to close their eyes, say a personal prayer and quietly reflect on their intention for healing and spiritual growth. After a moment of reflection, the group is instructed to drink their Sacrament and blessings are invoked for a beautiful journey within. Spiritual music, or traditional Icaros, are played during the Ceremony to help facilitate the direction and flow of energy and healing. Icaros are traditional South American medicine songs used to induce a deeper state of healing, awareness and spiritual growth.

The effects of the Sacrament of Ayahuasca can start manifesting anywhere from 15 minutes to two hours, but generally between 30-60 minutes, depending on metabolism. Sitting upright or in meditation during this time is useful and encouraged. The entire spiritual journey can last anywhere from 3-5 hours, with four hours being the average. There is an identifiable peak as well as a noticeable calming down. Healers and Facilitators are trained to be sensitive and observant of each individual's healing process. A second small cup of the Sacrament is sometimes offered at the two-hour mark if an individual would like to go deeper in their healing journey. This offering is at the discretion of the Healers and Facilitators leading the Ceremony.

10

Spiritual, emotional and physical purging may happen during the Ceremony. The act of purging is not necessarily restricted to vomiting, but there will be a "purge" in some other fashion (bathroom, sweating, crying, yawning, laughing, verbal processing, etc). Whichever form a purge manifests itself, it is all for the purpose of releasing and spiritual healing. Healers and Facilitators are trained to assist with these processes and to offer support as catalysts for energy flow. Participants may need to use the bathroom, in which case a Facilitator will closely escort the member to the bathroom and wait with them nearby. More cleansing with Palo Santo, Sage or Copal may be offered during this time to help support the space and each individual's healing journey. The elements of Mother Earth may also be used during this time (dirt, leaves, water, etc.) as grounding tools and ways of promoting proper energy flow.

Before the Ceremony concludes, the opening prayer is invoked as a closing prayer, blessing the space and thanking the Sacrament for its powerful wisdom, healing and spiritual insight. A Facilitator or Healer checks in with each member individually to assess their status and to offer a blessing for their return to the physical state. Many members take this time to be alone in meditation and to process their personal spiritual journeys and insights.

Group Integration and Communion is offered the morning following an evening Ceremony. This is a very important part of the process as it allows all members to gather, commune and share their spiritual insights and experiences with the Sacrament. Integration is lead by a Mental Health Counselor, Healer, Facilitator or Minister who can offer insight and guidance on each member's experience, ultimately weaving everything together to shed light on a shared level of spiritual growth and healing.

Private, one-on-one spiritual coaching or counseling is offered to those who seek further guidance and integration on a more ongoing basis.

### *The Pharmacology of Ayahuasca*

Ayahuasca is consumed in the form of a tea that is brewed using water and several plants that are indigenous to the Amazon Rainforest. These plant ingredients include the leaves of a shrub called *Psychotria Viridis* and the bark of a vine called *Banisteriopsis Caapi.* The Psychotria Viridis plant naturally contains a hallucinogenic alkaloid named Dimethyltryptamine ("DMT"). By itself, DMT has poor bioavailability unless it is combined with another substance that inhibits its metabolism by the human body. The Banisteriopsis Caapi plant contains such an inhibiting agent, which makes the concentration of the alkaloids in brewed Ayahuasca beverages several times greater than the plants from which they are prepared.

DMT, as well as any material, compound, mixture, or preparation that contains any amount of DMT, is a Schedule I drug under the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, its production, distribution and importation into the United States is heavily regulated under the jurisdiction of the U.S. Department of

Justice, Drug Enforcement Administration ("DEA").   Generally, the possession, manufacture and distribution of Schedule I drugs is illegal absent the appropriate registration with the DEA or pursuant to a judicial or other registration exemption.

### *Application of the Religious Freedom Restoration Act of 1993*

The conflict between the sacramental use of Ayahuasca in religious ceremonies and the restrictions on Schedule I drugs found in the Controlled Substances Act was addressed by the United States Supreme Court in a 2006 decision styled *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal,* 546 U.S. 418 (2006).   Like the Organization, the members of Uniao do Vegetal church ("UDV") received the sacrament of Ayahuasca in the form of tea containing DMT.  The government argued that because DMT is a Schedule I drug under the Controlled Substances Act, its religious use was banned under that statute.   The government conceded that the sacramental use of Ayahuasca by the UDV church members was a sincere exercise of religion, but argued that the Controlled Substances Act provided no exception for its usage.

In successfully arguing for a religious exemption from the Controlled Substances Act, the UDV church relied upon the provisions of the Religious Freedom Restoration Act of 1993 ("RFRA"), set forth at 42 U.S.C. §§2000bb *et seq.*  Under the RFRA, the government may not substantially burden a person's exercise of religion, even if the burden results from a rule of general applicability, unless the government can demonstrate that the burden is in furtherance of a compelling governmental interest and is the least restrictive means of furthering that compelling interest.  42. U.S.C. §2000bb-1. Under the RFRA, a person whose religious exercise has been burdened in violation of the statute is authorized to seek judicial relief from the government's actions.  42. U.S.C. §2000bb-1(c).

In ruling in favor of the UDV church, the Supreme Court noted that the government's actions in disrupting the church's use of Ayahuasca was a "substantial burden" upon its members' exercise of their religious beliefs, and that the government failed to meet its burden to demonstrate that its actions furthered a compelling interest, or that they did so using the least restrictive means.

The Controlled Substances Act contains a provision which authorizes the U.S. Attorney General to waive the requirement for DEA registration of certain manufacturers, distributors and dispensers of controlled substances.   21 U.S.C. § 822(d).   The Organization contacted the office of the Group Supervisor of the DEA's Des Moines, Iowa, Resident Office about applying for a religious exemption from registration under the Controlled Substances Act, and has received guidance on filing its exemption application with the DEA Diversion Control Division located in Springfield, Virginia. The Organization is presently working on its religious exemption application and plans to file it with the DEA within the next few months.

12

*Educational and Other Services Provided by the Organization*

The Organization will provide veterans with the opportunity to access healing programs unique to their recovery for free and/or a reduced cost. These healing programs may include sacred healing Ceremonies with the Sacrament of Ayahuasca, group integration and group therapy, individual spiritual coaching and mental health counseling, energetic healing, education on a sustainable lifestyle, healthy eating and joyful living.

The Organization has already reached out to a number of veteran relief organizations with the intention of developing cooperative arrangements with them. These include Wounded Warrior Project, Veterans of Foreign Wars and the U.S. Department of Veterans Affairs.

The Organization will offer various educational programs and charitable services to the public. This includes workshops providing education on sacred Indigenous culture and practices involving the use of Ayahuasca as a healing medicine and spiritual tool. We will offer educational open-house events for the public including and not limited to group meditations, Mother Earth (Pachamama) devotionals and spiritual, emotional and physical wellness topics. The Organization intends to raise awareness of local Native American tribes as well as South American and Amazonian tribes.

Sunday Church Services and Programs will include group integration and education of spiritual experiences with our Sacrament lead by mental health counselors, ministers, facilitators and/or spiritual coaches. Reiki and energy healing will be offered to members as a complimentary spiritual service when beneficial.

## Part V, Question #1a, Names, Titles, Mailing Addresses of Officers and Directors:

| Name, Address and Title(s) | Compensation |
|---|---|
| Dado Kantarevic, President, Treasurer and Director<br>4114 - 27th Street<br>Des Moines, IA 50310 | $ 0.00 |
| Victoria Chetta, Vice President and Director<br>4114 - 27th Street<br>Des Moines, IA 50310 | $ 0.00 |
| Anthony Chetta, Secretary and Director<br>4114 - 27th Street<br>Des Moines, IA 50310 | $ 0.00 |
| Billy Benskin, Director<br>4114 - 27th Street<br>Des Moines, IA 50310 | $ 0.00 |

13

Dr. Anthony Chetta, Director                              $ 0.00
4114 - 27th Street
Des Moines, IA 50310

### Part V, Question #2a, Family Relationships of Officers and Directors:

Victoria Chetta and Anthony Chetta, the Vice President and Secretary of the Organization, respectively, as well as members of its Board of Directors, are siblings. Their father, Dr. Anthony Chetta, is also a member of the Board of Directors.

### Part V, Question #2b, Business Relationships with Officers and Directors:

Dado Kantarevic is the Organization's founder, as well as its President, Treasurer and a member of its Board of Directors. Mr. Kantarevic will also serve as one of the Healers of the church that is operated by the Organization. While he will serve as an unpaid director and officer, he will be compensated for serving as the Organization's Chief Executive Officer and as one of its Healers when the church has the financial wherewithal to do so.

Victoria Chetta is the Organization's Vice President and a member of its Board of Directors. She will also serve as one of the church's Healers. While she, too, will serve as an unpaid director and officer, she will be compensated for serving as a church Healer when the Organization has the ability to pay her a salary.

### Part V, Question #3a, Qualifications and Duties of Officers and Directors:

The Organization's Board of Directors currently has five voting members, three of whom also serve as an officer of the Organization. The names, qualifications, average hours worked on Organization business and their respective duties on behalf of the Organization are as follows:

1. *Dado Kantarevic, President, Treasurer and Director*: A copy of Mr. Kantarevic's resume is enclosed, which details his background and professional qualifications. Mr. Kantarevic anticipates that he will devote approximately 160 hours per month to Organization business.

Mr. Kantarevic's duties as the President of the Organization are set forth in Article IV, Section 7 of the Organization's Bylaws, a copy of which is enclosed. His duties as the Treasurer are set forth in Article IV, Section 10 of the Bylaws.

14

2.   *Victoria Chetta, Vice President and Director*:  A copy of Ms. Chetta's resume is enclosed.  Ms. Chetta anticipates that she will devote approximately 160 hours per month to Organization business.

Ms. Chetta's duties as the Vice President of the Organization are set forth in Article IV, Section 8 of the Organization's Bylaws.

3.   *Anthony Chetta, Secretary and Director*:  A copy of Mr. Chetta's resume is enclosed.  He anticipates that he will devote approximately 100 hours per month to Organization business.

Mr. Chetta's duties as the Organization's Secretary are set forth in Article IV, Section 9 of the Bylaws.

4.   *Billy Benskin, Director*:  A copy of Mr. Benskin's resume is enclosed, which details his background and professional qualifications.  Mr. Benskin anticipates that he will devote approximately 100 hours per month to Organization business.

5.   *Dr. Anthony Chetta, Director*:  A copy of Dr. Chetta's resume is enclosed, which details his background and professional qualifications.  Dr. Chetta anticipates that he will devote approximately 100 hours per month to Organization business.

### Part V, Question #7a, Purchase of Services from Directors:

As previously noted in the Organization's response to Part V, Question #2b, the Organization will hire Dado Kantarevic as its Chief Executive Officer and one of the Healers of its church.  The terms of Mr. Kantarevic's employment will be memorialized in an Employment Agreement, which has not yet been developed.  In order to ensure that the salary paid to Mr. Kantarevic does not exceed fair market value, the Organization will conduct a compensation analysis of similarly situated employees in the Des Moines, Iowa area.

The Organization will also hire Victoria Chetta as one of the church's Healers.  In order to ensure that the salary paid to her does not exceed fair market value, the Organization will also conduct a compensation analysis of similarly situated employees in the Des Moines, Iowa area.

The Organization will also hire Anthony Chetta as one of the church's Healers and as its Medicine Man.  In order to ensure that the salary paid to him does not exceed fair market value, the Organization will also conduct a compensation analysis of similarly situated employees in the Des Moines, Iowa area.

The Organization will also hire Dr. Anthony Chetta as one of the church's Healers and Family Therapists.  In order to ensure that the salary paid to him does not exceed fair

market value, the Organization will also conduct a compensation analysis of similarly situated employees in the Des Moines, Iowa area.

## Part V, Question #8a - f, Leases, Contracts or Other Arrangements with Directors:

As noted in the Organization's response to Part V, Question #7a, the Organization anticipates that it will enter into an Employment Agreement with Dado Kantarevic, its Chief Executive Officer and Healer. Mr. Kantarevic's Employment Agreement has not yet been developed, and the Organization is not in a position to pay him a salary at this time.

The Organization also expects to pay Victoria Chetta, Anthony Chetta and Dr. Anthony Chetta compensation for serving as the church's Healers, Medicine Man and Family Therapist, once the Organization has sufficient funds to do so.

The Organization anticipates that none of its other officers or directors will receive compensation from the Organization for serving in these roles.

## Part VI, Question #1a, Provision of Goods, Services and Funds to Individuals:

As described in detail in the Organization's response to Part IV, the Organization will provide a variety of spiritual and other services to its members. These include and are not limited to the following spiritual healing services:
- Sacred Ceremonies with the Sacrament of Ayahuasca
- Mental Health Counseling
- Marriage & Family Counseling
- Energy Healing/Reiki
- Bodywork/Massage
- Group Meditation/Group Integration
- Hypnotherapy
- Health/Wellness Coaching
- Spiritual/Intuitive Coaching
- Music & Sound Healing Therapy
- Acupuncture
- Yoga

The Organization will also provide veterans with the opportunity to access healing programs unique to their recovery for free and/or a reduced cost. These healing programs may include and are not limited to the following:

- Sacred healing Ceremonies and the Sacrament of Ayahuasca
- Routine group integration/group therapy following sacred ceremonies

16

- Individual coaching/mental health counseling
- Education on holistic, solution-oriented approaches to maintaining joyful living
- Creation of a sustainable culture, which benefits the Church, Mother Earth and each veteran's eventual lifestyle.
- Social activities promoting a healthy reintegration into society

## Part VI, Question #1b, Provision of Goods, Services and Funds to Organizations:

In carrying out its charitable activities, the Organization anticipates that it will occasionally work with other churches, relief organizations and other charities to meet the spiritual needs of those who are not its members, including veterans of the armed services who suffer from PTSD. The Organization anticipates that it may, from time to time, provide direct financial assistance to these organizations if it has the financial ability to do so.

## Part VI, Question #2, Limitation on the Provision of Goods and Services:

As noted in Article II, Section 1 of its Bylaws, membership in the Organization is open to anyone with the sincere intention to become part of a spiritually directed community in which its members are committed to living by a code of love, unity, integrity and respect. In order to participate in the Sacrament of Ayahuasca, however, an individual must be a Church member in good standing, at least 18 years-of-age, and must successfully pass all pre-qualification requirements established by the Organization. These requirements include pre-screening of a member's psychological and physiological readiness to experience the sacrament. The requirements are detailed in the Church's *Rules and Regulations for Participating in the Sacrament of Ayahuasca*.

## Part VI, Question #3, Family and Business Relationships of Services Recipients:

All of the Organization's officers and directors are also members of the congregation of the Organization's church, and will receive all of the services and spiritual benefits the church offers to its members.

## Part VIII, Question #10, Ownership of Intellectual Property:

The Organization will maintain ownership of any intellectual property that it develops, including its copyrights, patents, logos and other branding materials, the Internet content it develops, and all artwork and graphics designed by or on behalf of the Organization.

17

**Part VIII, Question #11, Acceptable Contributions:**

Although the Organization does not intend to actively solicit real property, conservation easements, closely-held securities or any of the other property classes mentioned in Part VIII, Question #11, the Organization will accept such contributions if the property proposed for donation is appropriate and will not expose the Organization to unwarranted liability.

If any proposed contribution carries conditions imposed by the donor, the Organization will only accept the contribution if the conditions are acceptable and will not run afoul of any statutory or regulatory limitations.

**Part VIII, Questions #13a - g, Grants, Loans and Distributions to Other Organizations:**

As described previously in the Organization's response to Part VI, Question #1b, the Organization anticipates that it may occasionally provide direct financial assistance to other churches, relief organizations and other charities whose missions are similar to its own. This will depend entirely on whether the Organization has the financial means to do so, and the Organization has not identified any other recipient organization that it intends to benefit at this time.

The Organization currently envisions that it will only make grants and contributions, and does not anticipate making any loans to any other organizations or individuals. All such grants and contributions will be made in order to facilitate religious and other charitable programs by the recipient organizations that simultaneously advance the exempt purposes of the Organization.

If the Organization does, in fact, make grants and contributions to other organizations, it will keep records of all such grants and contributions made, including memorializing the review and approval of such grants and contributions in the minutes of its Board of Directors meetings. The Organization does not currently have an application form or grant proposal guidelines, but may develop these in the future. With respect to procedures for the oversight of distributions, the Organization anticipates that any grants or contributions made will only be made to other churches and to other public charities recognized as such under Internal Revenue Code § 501(c)(3).

**Part IX, Subpart A, Line #9, Gross Receipts from Related Services:**

The amounts reported in Line 9 for the years 2019, 2020 and 2021 all represent the anticipated fees to be received from Church members for participating in the Church's monthly weekend Ceremonies. The Organization anticipates that it will charge

18

each participating Church member $900.00 during the 2019 calendar year to attend and participate in its Sacramental Ceremonies, with a 10% increase budgeted for 2020 and a 15% increase for 2021. These estimates do not include those members who are veterans of the U.S. armed services, whose fees will be at reduced rate or at no charge.

**Part IX, Subpart A, Line #23, Other Expenses:**

|  | Y/E 12/31/19 | Y/E 12/31/20 | Y/E 12/31/21 |
|---|---|---|---|
| Raw plant materials | 9,000 | 12,000 | 12,000 |
| Propane | 2,700 | 3,600 | 3,600 |
| Paper supply | 2,700 | 3,600 | 3,600 |
| Other supplies | 4,500 | 6,000 | 6,000 |
| Wood expense | 3,600 | 4,800 | 4,800 |
| Food and beverages | 9,000 | 12,000 | 14,400 |
| Lawn expense | 1,800 | 2,400 | 2,400 |
| Travel/other expense | 6,750 | 9,000 | 9,000 |
| One-time material costs | 2,500 | 0 | 0 |
| Total: | 42,550 | 53,400 | 55,800 |

**Schedule A, Question #1b, Form of Worship:**

The Organization enjoys various forms of worship including the following:

Partaking in and celebrating the Sacrament of Ayahuasca
Sacred Ceremonies
Prayer
Reflection
Singing
Medicine songs
Traditional Icaros
Worship with musical instruments
Reiki and Energy Healing
Readings from the Ayahuasca Manifesto
Group Communion and Integration

**Schedule A, Question #2a, Formal Code of Doctrine and Discipline:**

The Organization follows the *Universal Laws of Respect*, a copy of which is attached. The Organization's doctrine is derived from the well-known *Ayahuasca*

19

*Manifesto*, a sacred, channeled document that details the beautiful Spirit of Ayahuasca and its global mission. A copy of the *Ayahuasca Manifesto* is also attached.

### Schedule A, Question #2b, The Organization's Religious History:

The Organization was formed on September 24, 2018, when its Articles of Incorporation were filed with the Iowa Secretary of State. As such, it does not have its own distinct religious history. The Organization's church, while influenced by teachings and rituals that have been performed for many hundreds of years in the Amazon Rainforest, has no affiliation with any other church.

### Schedule A, Question #2c, the Organization's Literature:

The Organization's literature consists of the *Universal Laws of Respect* and the *Ayahuasca Manifesto*, copies of which are attached.

### Schedule A, Question #3, The Organization's Hierarchy/Government:

The Organization is an Iowa non-profit corporation that is governed by a Board of Directors. As set forth in Article III, Section 2 of the Organization's Bylaws, the number of directors shall be no less than three nor more than nine. Under Article III, Section 3 of the Bylaws, each director, other than the Organization's founder, serves for a two-year term. Directors are appointed by the affirmative vote of the Organization's Board of Directors.

The Organization's founder is a "Designated Director" within the meaning of Iowa Code Chapter 504, Subchapter VIII, Part I, and is authorized to serve as a director until his resignation or his Designated Director status is terminated. The founder also maintains additional rights that are exclusive to him, many of which are set forth in Article V of the Bylaws.

In addition, the Organization has officers consisting of a President, Vice-President, Secretary and a Treasurer, all of whom are chosen by the Board of Directors pursuant to Article IV of the Organization's Bylaws. Officers serve for one-year terms. The powers and duties of the Organization's officers are outlined in Article IV of the Bylaws.

The Organization is a membership organization, and the rights and duties of its members are set forth in Article II of the Organization's Bylaws. Under Article II, Section 8 of the Bylaws, only those matters which the Board of Directors has presented to the membership seeking their vote will be taken up for a vote by the membership.

**Schedule A, Question #4a, The Organization's Regularly Scheduled Religious Services:**

The Organization will offer regularly scheduled religious services every Sunday afternoon. This Communion will be open to members and the public who are interested in becoming members of the Church.

**Schedule A, Question #5a, Established Place of Worship:**

The Organization currently does not have an established place of worship but is actively seeking to identify and purchase a suitable parcel of real estate upon which it can build its permanent facilities. Until it has a permanent place of worship, the Organization anticipates that it will conduct its worship services and other activities in one or more of its members' homes.

**Schedule A, Question #7, The Organization's Congregation:**

Currently, the Organization has 20 persons who have committed to membership. Again, the Organization has only just begun its worship activities, and it is making deliberate plans to grow its membership. Current pending commitment and interest shown includes approximately 50 additional prospective members.

**Schedule A, Question #8a, Process by Which Individuals Become Members:**

The criteria for membership in the Organization are set forth in Article II, Section 1 of the Organization's Bylaws. Those seeking membership are required to submit a Membership Application and pay a one-time membership fee set by the Organization's Board of Directors. A copy of the Membership Application is attached.

**Schedule A, Question #8b, Voting and Other Rights of Members:**

The members of the Organization have limited voting rights, as previously noted in the Organization's response to Schedule A, Question #3. However, all members are eligible for appointment to the Organization's Board of Directors and its committees. Under Article II, Section 8 of the Bylaws, only those matters which the Board of Directors has presented to the membership seeking their vote will be taken up for a vote by the membership. The Board of Directors has absolute discretion in determining those matters for which a membership vote would be requested.

All members in good standing are welcome to participate in all of the Organization's services and other activities, including the Sacrament of Ayahuasca for all

those over 18 years of age.  In addition, under Article II, Section 2 of the Bylaws, all members are invited to participate in the Annual Meeting of the membership, where Organization and church business will be discussed.  Members holding at least 5.0% of the total voting power of the members may also call a special meeting of the membership under Article II, Section 3 of the Bylaws in order to raise any concerns of the membership or to direct the attention of the Organization's Board of Directors and officers to specific matters of concern or interest to the members.  Other rights and obligations of the Organization's members are set forth in Article II of the Bylaws.

### Schedule A, Question #11a, The Role and Credentials of the Organization's Healers:

Dado Kantarevic, President of the Organization, will serve as a primary Healer for Iowaska Church of Healing and its members. He is a respected leader and trusted consultant with an extensive military background where he has led and managed large groups of people. He possesses specialized training, international experience and a strong global outlook. His experiences have given him advanced knowledge of different ethnic groups, cultures and religions and a sharp understanding of worldwide current events. He is a strategic problem solver and collaborator who is known locally and globally for his ability to engage and influence change in others.

Mr. Kantarevic possesses widespread experience as a personal trainer and nutritional coach. He has designed individualized training, conditioning and nutritional programs for all fitness levels and goals. He has been responsible for improving staff morale, decreasing turnover and increasing productivity of over 200 employees through personal training, physical fitness education and life coaching.

Mr. Kantarevic possesses over a decade of experience working intuitively with individuals and offering them spiritual coaching and guidance. He has an innate gift of energy healing that he has successfully used on countless clients to help restore them to a state of emotional, spiritual and physical harmony.

Mr. Kantarevic's role as a Healer within Iowaska Church of Healing will be to conduct and lead all Sacramental Ceremonies while providing attention and care to all members. He will provide one-on-one healings when appropriate and offer spiritual coaching, guidance and integration support to members post-Ceremony.

Victoria Chetta, Vice President of the Organization, will serve as a primary Healer for Iowaska Church of Healing and its members. Ms. Chetta is a respected healer recognized for her intuitive abilities to lead, nurture and guide others. She is a Certified Reiki Master under the Seichim and Usui Systems of Natural Healing, having years of experience with energy healing and with guiding countless clients to emotional, spiritual and physical harmony.

Ms. Chetta is a Certified Clinical Hypnotist and has worked with many clients over the years helping them to address and release phobias, anxiety, insomnia and

addictions. She is also a Certified Plant-Based Health Coach and has guided many individuals to discover a healthier lifestyle centered on a whole-food, plant-based diet, one of which fully supports the Church's Sacramental diet guidelines. She also possesses Certification as a Regenerative Wellness Coach, having helped others assess a five-point model of wellness, which heavily focuses on stress-reduction, increasing joy and spirituality.

Ms. Chetta has experience designing, preparing and leading wellness workshops, women's spirituality circles and large group meditations. In addition, her background in the defense industry as a Procurement Representative and Subcontracts Manager has given her extensive experience managing multiple groups, personalities, deadlines and projects.

Ms. Chetta's role as a Healer within Iowaska Church of Healing will be to conduct and lead all Sacramental Ceremonies while providing attention and care to all members. She will provide one-on-one healings when appropriate and offer spiritual coaching, guidance and integration support to members post-Ceremony.

Anthony Chetta, Secretary and Director of the Organization, will serve as a Healer and Medicine Man for Iowaska Church of Healing and its members. Mr. Chetta is a respected healer and Medicine Man recognized for his skill with the Sacrament as well as his intuitive abilities to lead and encourage others. Anthony has explored psycho-spiritual development through working with shamanic plant-medicine diets in the Peruvian jungle, gaining great experience with Amazonian culture and spiritual practices.

Mr. Chetta's role as a Healer within Iowaska Church of Healing will be to provide attention and care to all members. He will be the Organization's Medicine Man in charge of preparing and cooking the Sacrament of Ayahuasca. He will offer guidance and integration support to members post-Ceremony where appropriate.

Dr. Anthony Chetta, Director of the Organization, will serve as a Family Therapist and Healer for Iowaska Church of Healing and its members. Mr. Chetta is a respected healer and counselor recognized for his intuitive abilities to provide reality-based, problem-solving therapy for children, teens, adults, couples and families. He is also a Reiki Master and has decades of experience guiding countless clients to emotional, spiritual and physical harmony.

Dr. Chetta's role as a Family Therapist and Healer within Iowaska Church of Healing will be to provide attention and care to all members. He will provide one-on-one counseling when appropriate and help lead therapeutic group integrations for members post-Ceremony.

The role of all healers within the Organization is based on the Ayahuasca Manifesto's dictation of healers and facilitators as individuals who work to protect and spread the Sacrament with integrity and care, maintaining a sacred, spiritual container for all participants of the Sacrament.

23

**Schedule A, Question #13, Selection and Commission of Religious Leaders/Healers:**

The Primary Healers and Leaders of the Organization congregate, meditate and have an open discussion to determine if an individual qualifies as a Healer/Leader who can participate in the delivery and facilitation of the Sacrament. The selection of such an individual is based on meeting core spiritual requirements set forth in the Organization's Mission, Universal Laws of Respect and in the Ayahuasca Manifesto. For example, they should be righteous in character and interested in improving themselves spiritually, socially and psychologically. They must be an example of high moral and spiritual standards. He or she must reflect a serious devotion as a healer. They must demonstrate the ability to naturally guide and lead groups of people in a harmonious manner. Further guidelines can be referenced in the attached Ayahuasca Manifesto.

**Schedule A, Question #17, Other Information for Consideration:**

The Organization was incorporated on September 24, 2018, and is in its infancy stage. Its initial directors and members plan to meet and grow the church's membership so that it develops a critical mass. Over the next year, the Organization will apply for the necessary religious exemption from DEA registration, and purchase real estate for its permanent worship facilities.

Much will be done in the next six to twelve months to grow and develop the Organization's community both locally and globally. The Organization intends to deliberately grow and multiply its work and mission in order reach people with the messages of unity, healing and universal love.



# DADO KANTAREVIC

4114 27th Street, Des Moines, Iowa 50310
515.333.1210 • dado@iowaskachurch.com

## SUMMARY

Positive and inspirational trainer and life coach with over 20 years of experience working intuitively with individuals and groups to facilitate major goals and life transformations. Respected leader with the innate gift of healing who is known locally and globally for the ability to engage and influence positive change in others.

## CORE QUALIFICATIONS

- Expertise of the human anatomy and exercise science
- Proficient in the science of nutrition in promoting health
- Knowledge of spiritual, physical, and emotional healing practices
- Understanding of the sacredness of different cultures
- Dedication, discipline, and mental strength
- Proactive, resourceful, and results driven

- Sincere devotion to the welfare of others
- Empathic, client-centric approach
- Motivational interviewing
- Customer service and care
- Strong interpersonal skills
- Trustworthy, open, and genuine

## PROFESSIONAL EXPERIENCE

### Iowaska Church of Healing
Des Moines, Iowa

**Founder**                                                                    **09/2018 to Present**

- Practitioner of energetic clearing and healing
- Intuitive spiritual consultant and life coach
- Experienced healer of physical, emotional and mental blocks and traumas
- Foreign war veteran specializing in healing of post-traumatic stress disorder
- Educator of global cultures and practices
- Teacher of unity and growth through the Spirit of Ayahuasca
- Experienced receiver of the Sacrament of Ayahuasca
- Extensive knowledge and participation in Sacred Ceremonies

### Patent Inventor/Owner
Des Moines, Iowa

**US Patent 8221291: Athletic Equipment Including a Health and Impact Sensor**          **07/2012 to Present**

- Manage every channel of my patented invention to include marketing, sales, and the licensing portfolio

### Extreme Reps Personal Training and Coaching
Des Moines, Iowa

**Owner**                                                                    **06/1998 to 07/2016**

- Planned and managed all functions of the company, from marketing, budgeting, negotiating contracts, formulating training objectives and treatment plans, ensuring efficient utilization of resources, mentoring staff, and delivering quality customer service

- Managed a corporate fitness center and wellness program for over 200 employees and significantly improved staff morale, decreased turnover, and increased company productivity through personal training, physical fitness and nutrition education, and stress reduction techniques



# DADO KANTAREVIC

4114 27th Street, Des Moines, Iowa 50310
515.333.1210 • dado@iowaskachurch.com

- Provided a 100% money-back guarantee with 100% satisfaction from all clients

- Maintained a repeat client list and continually grew new clientele through referrals

- Customized highly successful and personalized nutritional, supplement, detoxification, exercise, and lifestyle plans for over 125 clients with a multitude of conditions and differing goals

- Assisted clients with personal growth and healing through negative body image issues, eating disorders, chronic pain, postoperative recovery, anxiety, depression, post traumatic stress disorder, alcohol and drug addiction, and relationship issues

- Incorporated verbal instruction, movement education, visualization, meditation, yoga, and breath work into client routines to increase self-awareness and the intelligent use of one's own body to break old patterns of moving, thinking, and feeling

- Facilitated sessions one on one, in groups, over the phone, through email, and video conferencing and readily available to clients round-the-clock

- Conducted presentations for workshops and seminars

- Mentored, trained, and developed programs for other trainers

# Victoria Chetta

### Victoria@iowaskachurch.com

## Objective

Cultivate success in local and global wellness goals by applying my knowledge, training and unique talents within the community and church environment. Provide spiritual guidance and healing to those who seek harmony in mind, body and spirit.

## Education

| | |
|---|---|
| ❖ **B.A. Interdisciplinary Studies** <br> Mass Communication <br> Marketing <br> Creative Writing | **University of Central Florida** <br> Orlando, FL <br> GPA: 3.65/3.80 <br> **Graduation: May 7th, 2010** <br> Cum Laude Honors |
| ❖ **Certified Clinical Hypnotist** | **Center for Integrative Hypnosis** |
| ❖ **Certified Reiki Master** | **Usui System of Natural Healing** <br> **Seichim Syst. of Natural Healing** |
| ❖ **Certified Birth Doula** | **DONA International** |
| ❖ **Certified Plant-Based Health Coach** | **T.Colin Campbell Center for Nutrition Studies** |
| ❖ **Certified Regenerative Wellness Coach** | **Sajune Institute for Restorative & Regenerative Medicine** |

## Professional Experience

### Community Healer, Orlando, FL

- Provided spiritually-centered Reiki healing to those in need
- Offered spiritual wellness guidance to local community
- Offered plant-based wellness coaching to those seeking healthier lifestyles
- Lead guided meditations to groups of 10-20 people at local Community Center
- Planned and hosted Spiritual Communion Circles for groups of 10-15 women

### Lockheed Martin Missiles and Fire Control – Joint Strike Fighter Program

- Orlando, FL Procurement representative and subcontracts manager for JSF EOTS (Joint Strike Fighter Electro Optical Targeting System) – Secret Security Clearance
- Responsible for two major subcontracts/LTA's for printed wiring boards and flex components;

maintained supplier relationships in various locations throughout the U.S.
- Responsible for weekly program procurement reports and operational metric data for senior management review
- Managed relationships with SEMAC buyers to clarify deliveries, maintain contract performance, and order placement to support JSF IOP
- Subcontract Program Manager Team Lead for integral electronic component supplier in CA
- JSF Procurement POC Lead and Team Leader for SIA/Proprietary Process Verification for integral optics supplier based in TX
- Promoted within first year of employment at LM MFC

## Camp Dresser & McKee Inc. (CDM) – Engineering Consulting Firm, Orlando, FL

- Wrote, edited, and proofread copy for proposals, presentations, statements of qualifications, and related marketing materials of a complex nature
- Facilitated communication with engineers and sub-consultants and worked in a team environment while taking ownership of individual assignments
- Researched, wrote, and updated information for CDM's internal marketing database, including project descriptions, resumes, and other qualifications materials
- Investigated, expedited, and compiled information for sizeable proposals; solely responsible for the production of the 290-page Miami-Dade County Technical Certification for 2010

## Lockheed Martin UCF CWEP Intern –SEMAC Operational Support, Orlando, FL

- Supported purchasing duties for technical service subcontracts and contract labor services
- Reviewed statements of work and solicited quotes from suppliers
- Negotiated with suppliers to meet requirements and maintain solution oriented relationships
- Facilitated vendor management and executed P2P/Exostar reconciliation on behalf of vendor
- Implemented purchase order change requests (POCRs), amendments, and closeouts
- Employed various programs including SAP, BWS, CPS, IMSD, APOLLO, P2P

## Activities/Awards

Florida Public Relations Association
UCF Dean's List
Bright Futures 100% Academic Scholarship

Thespian Society – Troupe 5445
UCF Scholars Award Scholarship
AICE Diploma University of Cambridge, UK

# Anthony Chetta
anthonychetta@gmail.com

---

EXPERIENCE

**Chetta Consulting, LLC**, Apopka, FL                                                2018 - Present
*Owner/Operator*

- Provide wide range of IT consulting services and advisement based on needs of clients.
- License, support, and maintain self-developed cloud management platform for connected IoT health and personal safety devices.

**Wearable Health Solutions**, King of Prussia, PA                                    2014 - 2018
*Chief Technology Officer*

- Manage and provide oversight for all IT/IS needs in company.
- Co-developed mobile personal emergency response (mPERS) device based on 3G GSM technology, containing GPS, two-way voice, fall detection, and other technology. Worked remotely and in-person with manufacturer in China, testing laboratories for safety, transmission, and wireless radio/carrier certification, partners for field testing, and marketing team. Sole developer and maintainer of firmware/software that controls the device.
- Sole developer of cloud management platform, consisting of methods and automation tasks for accepting data transmission from personal safety and medical devices and storing, reformatting, and retransmitting this data to subscribers, monitoring centers, healthcare providers, front-end portal/user interfaces, and API controllers.

**Orlando Health - Arnold Palmer Hospital - The Howard Phillips Center**           2012 - 2014
**for Children and Families**, Orlando, FL
*Manager of Technical Support*

- Manage and give oversight of all information systems needs for all six departments at The Howard Phillips Center for Children & Families.
- Confer with Local and State personnel regarding computer inventory database; interact with equipment vendors and responsible for computer/software related purchases, and for assessing hardware/software requirements.
- Oversee the recruitment, selection and training of IS staff and responsible for their supervision, performance management and coordination of activities among staff and between other departments and organizations.
- With support from the Center's Manager of Finance Operations, oversee Center's Information Services budget and all departmental revenues, expenditures and overall budgetary performance.

**MICROS of Central Florida**, Orlando, FL                                            2008 - 2012
*Lead Implementation Specialist*

- Implement MICROS point of sale systems for resorts, hotels, and restaurants with a base of over 500 customers throughout Central Florida and Tampa.
- Stage, develop and deploy servers and MICROS equipment; program site databases; interface with various hotel property management systems, credit card processors, gift card providers and custom interfaces; coordinate with site IT to develop and maintain PCI compliant wired and wireless networks.
- Provide on-site, on-call, after hours and remote support; collaborate with and train management, accounting, IT and food and beverage personnel.

---

EDUCATION & EXTRACURRICULAR

**Humanidad Entheogenic Healing Center**                                             April, 2019
*Lake Atitlan, Guatemala*

- One month psycho-spiritual development and shamanic diet

**Isha Institute of Inner Sciences**                                                  2018
*McMinnville, Tennessee*

- Shambhavi Mahamudra, Bhava Spandana, and Shoonya Intensive courses

**Sinchi Runa**                                                                       2017
*Moyobamba, Peru*

- One month deep immersion and shamanic diet

**University of Central Florida**                                                      2010
*Orlando, Florida*

- B.S., Information Technology

# William (Billy) Benskin

## Objective

To help create a successful church by using my leadership, discipline, and knowledge of business obtained by my service in the USMC, college degree, and civilian work experience.

## Education

| | |
|---|---|
| *B.A. Business Administration | *University of Iowa* |
| -Emphasis in Management | Iowa City, Iowa |
| | December 16th, 2011 |
| *Officer Candidate School | *Quantico Virginia* |
| -PLC Juniors | August, 2007 |

## Professional Experience

**United States Marine Corps Infantryman**                                    **2002-2008**

-Promoted four times in five years.  Earned the rank of Sergeant in my first contract.

-Two tours through Iraq

-Patrol Leader

--Planned, coordinated, and executed all aspects of patrols through enemy territory on both mounted and dismounted patrols.  Led a reinforced squad sized element through Iraq.

-Expert Rifleman, was the platoon designated marksman.

-Completed the Mixed Martial Arts Instructors course and led and conducted mixed martial arts classes for the USMC.

-Was responsible for the training and welfare of up to 17 Marines on a daily basis.

-Received a combat action ribbon and purple heart in Iraq.

**The Printer Inc.**                                                           **2008-Present**

-Started as an assistant scheduler and worked my way up to Vice President of Manufacturing.

-In charge of upwards of 100 employees on a daily basis over 3 shifts in a 24/7 business.

-Created and implemented the quality control program for Manufacturing.

-Created and implemented the scheduling system for Manufacturing.

-Selected and responsible for over 7 million dollars worth of equipment.

-Designed equipment proprietary to TPI and is the only equipment in its category in the world.

-Responsible for the hiring, firing, commendation, and disciplinary action of employees.

-In charge of selecting and maintaining all service contracts in Manufacturing.

-In charge of scheduling jobs through the shop the most efficient way possible to maximize output and profit margin for the company.

-Renegotiated contracts in Digital Department saving the company over $100,000 a month.

-Continually improving productivity, reducing labor, reducing spoilage, and increasing the use of technology over the past 9 years of employment.



# ANTHONY CHETTA

**PROVIDING AN ARTFUL SCIENCE OF SOLUTION FOCUSED SOCIAL SYSTEMS MANAGEMENT**

## EXPERTISE

Systemic clinical orientation – reality based, solution focused, problem solving therapy for children, teenagers, adults, couples, and families.

Eclectic and systemic application of cognitive behavioral, psychodynamic and integrative clinical modalities – including psychodrama, family of origin and/or "Smart" recovery, in the resolution of addiction.

## CONTEXT of APPLICATION

Therapy for clients in private practice; consulting services provided for private and parochial schools, family businesses, and privately owned medical / dental practices – utilizing on site contextual evaluation of employee relations, personnel development, problem identification and resolution, quality assessment, certification, contract writing and negotiation.

Professional Resource Network (PRN) monitor, facilitator, evaluator and therapist for Florida legislated, Impaired Physician and Disruptive Professional programs.

Custody evaluator, Marion County, Florida 5th Circuit Court.

## EDUCATION

Ph.D., Marriage and Family Therapy – acute focus in multi-dynamic systemic/ organizational/social systems, Nova Southeastern University, Ft. Lauderdale, Florida.

M.S., Marriage and Family Therapy – focus in social and systemic studies, Nova Southeastern University, Ft. Lauderdale, Florida.

B.G.S., Philosophy and Social Psychology - University of New Orleans, New Orleans, Louisiana.

## EXPERIENCE

Balanced Living: Therapeutic and Consulting Services*Ocala, Florida.          December 2003 – Present

Therapist and co- founder of the applied inpatient treatment program at this residential facility:
The Refuge *Ocklawaha, Florida.          December 2003 – July 2005

Create, establish, implement, and track evidence based clinical protocols for the program. Provide individual, couple, family, and group therapy in this adult residential treatment facility whose target populations are trauma survivors, substance abusers, and those with obsessive-compulsive disorders.

ANTHONY CHETTA, Ph.D., M.S.
BALANCED LIVING: THERAPY FOR CHILDREN, ADULTS, COUPLES, AND FAMILIES
LMHC3863



2/2

Solution Focused Therapeutic and Consulting Services*Lake Worth, Florida.    March 1991 – July 2004

Private practice and consulting services in south Florida, during which time I served as the Director of
Palm Beach Counties FVIP (Family Violence Intervention Program), including adjunct/satellite services.
Director of the Department of Corrections and Department of Juvenile Justice Overlay programs affiliated
with same.

Family Therapist                                                                 May 1990 – October 1992
Center for Children in Crisis*West Palm Beach, Florida.

Provide individual, couple, family and group therapy to clients who have been sexually abused and/or who
have sexually offended. Provide legal testimony as applicable.

REFERENCES PROVIDED

ANTHONY CHETTA, Ph.D., M.S.
BALANCED LIVING: THERAPY FOR CHILDREN, ADULTS, COUPLES, AND FAMILIES
LMHC3863



# Ayahuasca Manifesto

**The Spirit of Ayahuasca and its Planetary Mission**

**Anonymous**

Ayahuasca Manifesto

Copyright © 2011 by Anonymous

The rights of translation to other languages and any type of printed publications are the only ones retained. The information and text contained in this work is a gift to Humankind, for which this belongs to the public domain and can therefore be unconditionally copied, reproduced and/or distributed partially or totally provided it is made electronically and never in printed form.

ISBN 978-1-4507-6040-9

ii

# Index

1.     Presentation .................................................    1

2.     My Role in the Expansion of the Human
Consciousness ...........................................    3

3.     My Purpose with the Human Beings ...............    6

4.     About Respect and My Sacred Nature ............    8

5.     About the Ayahuasca Churches ......................    8

6.     The Benefits of My Use .................................   10

7.     The People of My World ................................   21

8.     Create Awareness of Your Pineal Gland ..........   27

9.     The Hallucination is Spectacle, The Vision is
Virtue ........................................................   28

10.    Universal Guide for Conducting an Ayahuasca
Session .....................................................   29

11.    About the Quality of Facilitators or Shamans ...   32

12.    Preparations, Precautions and Diets ...............   33

13.    Traffic and Management of My Sacrament .......   35

14.    Social Impact and Controls in Urban Society ....   39

15.    The Urgency of Ayahuasca Preservation
Projects .....................................................   43

16.    My Planetary Mission......................................   44

17.    Blessings ...................................................   46

iii



*It is time to embrace Humanity with my healing, extending beyond the Amazon basin, reaching global expansion, spreading through all the soils of tropical climates, growing in every forest, in every sidewalk, in every house garden. Care about me, harvest me, spread me around.*

**Warriors of Light from Around the World......**

**Help Me To Help You !**

iv

## 1. Presentation

I am the spirit of Ayahuasca. For the first time I reveal myself through the "Word" to make an emergency call to all the Human Beings of the planet, especially to the Light seekers, as I must expand beyond the Amazon river basin.

With my physical expansion I intend to facilitate the spiritual transformation currently stirring the Human species, while I also secure my physical survival which is at risk, as my blessed Amazonian protectors have not understood the danger to which they expose me, aggressively harvesting me, without new sowings.

I leave the Amazon risking my own existence like other botanical species, to leap into the project I was created for, by the central sun of all the existence, name it as you may prefer, I am at its service. I send this correspondence at this historical moment to contribute to the expansion of the Human consciousness in a definitive and significant way, honoring the universal Light that guides my Being. For the first time, with the interest created by my shaman emissaries, and with the new means of mass media and transportation available, I can potentially reach the whole planet to celebrate and proclaim our cosmic existence. I am alive, to give with crude realism, universal love to all the Human Beings who request it from the depth of their souls.

I am a spirit of spirits. I operate from a vibration superior to the spirits who compose me. I am of a hierarchy superior to that

of the spirit of Ayahuasca ("*Banisteriopsis Caapi* ") and of the underestimated Chacruna ("*Psychotria Viridis*"). I am the medicine resulting from the mixture of Ayahuasca and Chacruna. Although they give me the name of one of them, my sacred magic does not come from either one of them. My magic resides in the synergy created by the sacred mixture. Science will spend many years searching, unsuccessfully, the mechanisms that I use to act upon Human consciousness. They are surprised by my power, that it does not come from crystal DMT alone, or from harmaline, or from other molecules that compose me. I am the mixture in its natural state, crude and basic, bio-electrically loaded without industrial processing. Such is my spirit manifesting here today, shedding Light to the confusion that surrounds me.

I thank all the "curanderos" that for so many centuries have welcomed me within them, and thanks to all my protectors who presently export me towards all the corners of the planet. I honor the Amazonian tradition here by using my common name of Ayahuasca, but only for linguistic convenience as I am also the spirit of the Yagé, Pilde, Dápa, Pandé, Hoasca, Kahiriama, Natema, Caapi, Mado, Ñucñu-huasca, Shimbaya-huasca (Quechua), Kamalampi, Punga-huasca, Rambi, Shuri, Nishi, Oni, Shillinto Natema, Mi-hi, Amarronhuasca, Inde-huasca, Shuri-fisopa, Shuri-oshinipa, Napi, and the Nepe.

I also use the popular term "shaman" but rest assured it carries the intention to honor and respect the Curanderos, Taitas, Sinchis, Curacas, Payes, Yachas, Chais, Junes, Onayas, Murayas, Mutsarawas, and the Uwishin, who are also my dear and beloved protectors.

2

## 2. My Role in the Expansion of the Human Consciousness

During these times of globalized consciousness, I come to assist certain little known processes of the Human genetic code, the DNA. Specific subatomic codes that are inaccessible from the third dimension are becoming active. We know that it is not possible to read them, because it was already demonstrated by the "Uncertainty Principle" that has much perplexed the scientific logic. I activate codes that command the dimensional deployment of our bioelectric body.

New capacities of expanded consciousness are being experienced by millions of people throughout the planet. It started with those most fortunate; those with less stress, the most sensitive, those enjoying relative safety and comforts. But later on, it will be imminent and inescapable; this experience will gradually touch everyone else until it reaches the most oppressed and underprivileged souls.

Many Human Beings have already acquired technical knowledge about me, thanks to the scientists that opened up to experiencing me inside their own brains, where they were able to observe themselves instead of observing others as they were trained to do. Now they know about the bridge that empowers me. The botanical-glandular connection (that temporary molecular communion between plants and Humans), is a cosmic bridge, a shortcut that takes the Light to its destiny via its molecular door. In this way, I am much more transformative, than those who attempt to take it through the treacherous five

3

senses, traversing the marshes of the mind, enslaved by the Human ego.

The codes of four (4) that make up the three-dimensional DNA are mere mathematical results of much more complex interactions of energies that occur in higher dimensions. The expansion of the individual Human consciousness consists in living its cosmic existence beyond its three-dimensional physical limitation, with a very subtle vehicle capable of moving consciously at will, even while in the company of others vibrating in the same channel. It is the next evolutionary leap of the Human species; the three-dimensional physical expression of the Human evolution has been completed. The physical evolution for the Human species as we know it, it's over. Its divine patterns have fully unraveled; as the last fold of a rolled up carpet, the great physical creation has been displayed. Now we are at the genesis of a new phase, the return to the fountain of creation, the rediscovery of the life source, be it father/mother whichever way they choose to name it. The return ride on that same flying carpet is now accomplished consciously; unlike its trip of departure where it journeyed rolled up inside and in the center of the crease; uncomfortable, unconscious and unaware. The physical evolution has ended and the spiritual evolution has just begun. The only experience left to live is the cosmic existence lived through our Humanity, consecrated to our new vehicle of Light.

This is my time to embrace the planet. It is my duty. My mission. What I was created for. I now become a protagonist after remaining in the shadows for thousands of years guarded by my indigenous protectors. They now travel around the world raising awareness about my benefits. It is my duty to assume new cultural expressions, very different from those of my

4

beloved guardians of the forest. The rituals, the "*icaros*", the "*dietas*", and related knowledge should be preserved as an endowment of world heritage. A legacy to the Universe.

Similarly, my new ways of expression, the manifestations that are taking shape in different world cultures should also be respected and recognized. I am already manifesting new urban modalities and forms like never before. My spirit exists beyond the forms, beyond the cultures, beyond man himself. I am connected to the spirit of the planet and beyond, cosmically up to the central sun of all the existence. Just like the sun with its life giving warmth I should be equally available to everyone.

Let me warn you about the dark spirits that assault and invade my sacred work with the Human species. Their most effective way to destroy sacredness consists in creeping inside the sacred forms themselves. From there they discredit, corrupt, distort, and confuse, until the practices of seeking spirituality, or seeking the inner journeys, lose all the sacred meaning that originated them in the first place. At some point, the darkness was able to penetrate the survival instinct of the Amazon tribal shamans and planted in them the fear belief that they should defend themselves from sorcery attacks and to likewise attack shamans from other tribes or even their own. Hence, they live in a state of competition and undeclared war that divides them instead of living in communion and working for the common good among them. In the same way that the darkness has casted shadows and has prevented a greater spiritual development among my Amazon children, it will also attempt to upset the new forms that I morph into, after the expansion and extension outside my native homeland.

5

Another very effective method used to sabotage my mission with the Human species is by generating and manipulating the powerful emotion of fear. You have nothing to fear. I am not the cause of any deaths, I just channel Light and vital energy through your secret meridians. Any accusation or allegation of danger, permanent injury or death should be thoroughly investigated to allow science itself grant me the Human absolution. It should be expected that my enemies manipulate the facts to instill fear at any available opportunity, as this is part of their debasing agenda against my global expansion. It should be the objective of all my supporters to gradually obtain the social and legal acceptance of my sacrament as alternative medicine until I become officially accepted by the governments of modern society.

### 3. My Purpose with the Human Beings

I am at the service of those Human Beings who are open to benefit from me.  We find each other when vibration harmonics of a higher level click; then the encounter manifests in third dimension.   Important inner transformations occur in the Humans that open up to feeling intensively and more profoundly what they have been already feeling more subtly and even unconsciously.  With them I manifest at the required intensity to help them ascend and soar, strongly and swiftly, but also lovingly without hurting them. These are physically, emotionally and spiritually overwhelming lessons necessary to assist them to crack their cosmic egg shell, their astral cocoon. Those who want to search and develop the desire to follow me and then flourish dimensionally are those Humans that have felt a profound difference in the intimacy of their own. They experience sensations of maladjustment, of detachment, and a suspicion that something strange is happening. Yes, no doubt

6

there is something happening. The DNA is unfolding and starts manifesting certain nonlinear phenomena that change the Human awareness of the world. Some subjective experiences that need to be understood are:

- An intuition or feeling that this physical world is a kind of huge holographic illusion, but you cannot reconcile the contradictions as it clashes with everyday life.
- Feeling misunderstood by their inner circle of relatives and friends when sharing with them his/her new inner or spiritual pursuits.
- Having a special yearning to see the awakening of your beloved ones, as if wishing that they could be saved from their own trivial tendencies.
- Seeing how certain past traumas and buried conflicts, veiled for a long time, will now occasionally surface yearning for resolution and feeling that we need to get them out of the way that your soul wants to follow.
- Feeling that certain activities that at other times we sought with fervor and longed for, are now seen with little interest, for example:

    (a) Having a vibrant social life,
    (b) Delighting in the effects of alcohol, while acting trivial, shallow and only skin deep,
    (c) The habit of telling "little" lies when convenient or when there is no chance of being proven wrong.

These emotions will continue happening with greater intensity and frequency in our enlightened future. A future that awaits the revelation of this way of life. A lifestyle of integrity and Light. My goal to enhance and encourage Human Beings in their process of spiritual ascent is totally consistent with the purpose and the fire burning in their own souls to reach their

7

natural state of being: thriving, ascending, and ultimately soaring.

## 4. About Respect and My Sacred Nature

Of all the benefits that I offer, the most important one is the botanical-glandular molecular bridge. This bridge is the connection that empowers Human Beings to experience and commune with its divine nature.

Spirituality evokes in every Human Being the emotion of respect. Respect is an attitude, a character trait that flows from Humans' spiritual nature. To be respectful is to simultaneously embrace feelings of consideration and admiration, distinction and acknowledgement towards the respected object.  Respect is what every Human owes every other Human.

When spirituality is respected, it becomes sacred. Sacredness exists only in the inner space of the ones that beholds it.

If neither spirituality nor respect is present, then nothing is sacred.

My nature is sacred. I am here to open the dimensional doorways to those determined seekers of spirituality, and to harmonize those seeking their physical health.

Religiousness, not religion, is the feeling of separation from its spiritual nature mixed with the solemn desire of blending back into it.

8

When Humans fail to live their spiritual nature inside themselves, they inevitably create their own religion. Feeling religiousness is an innate capacity of Humans; religions however, are mere Human creations.

My sacrament is only one of so many expressions of religiousness in Humans. It is an affirmative expression of surrender to his/her spiritual nature; it is an act of bravery and conviction to reach out towards the central Light of all existence.

### 5. About the Ayahuasca Churches

When the European minds "discovered" my spiritual healing capacity, it naturally started to express its innate religiousness while enjoying my benefits. Nevertheless, upon experiencing this much proximity to their own divinity through me -- something never before seen in their acknowledged religious practices – they inevitably associated me with their concept of European religion. Soon enough they started projecting its religious structures toward me. Humans, once again, began inventing religions and churches based on my sacrament, with dogmas, bodies of faith and standardized rituals. Cathedrals of religion, liturgy, and orthodoxy became important. Many good souls decided to venerate me through traditions alien to my essence. Let me remind you that you do not need to adopt a religion to practice your core religiousness. Dogmatic rituals and liturgy open spaces of distraction that end up putting Humans at a distance out of my reach; and such souls require and deserve my assistance.

Nevertheless, all the institutional churches of the world carry an important social role. Thanks to them you have organizations that join together Humans with beautiful inner qualities. They

9

support others in many different ways, creating social awareness in their communities, and guiding many in a journey to discover his/her own individual path to the Light. All the churches and religions of the world should be respected.

The ritual of my sacrament is not a religion. I will directly go into the soul of every Human and reveal in crisp detail their divine nature. This does not require a doctrine of faith, dogmas nor philosophies. Neither religion nor church. I am just in communion with the innate religiousness of the Human Beings. I dwell in the temple of the spirit.

### 6. The Benefits of my Use

The time has come to clearly expose and declare the benefits and value of my healing properties. The benefits are obvious and evident for those that open themselves to receive and enjoy them. However, third party observers are limited to only seeing the effects of those who live the experience. Without the benefit of their own experience, they invariably put limits on the limitless. The scientific community is always curious, willing, and available to design empirical models for my validation. But the policy making that control the financial funding of scientific research projects is focused in other priorities. The political establishment is clearly more interested in my repression than in my expansion.

My benefits can be grouped in four (4) broad categories:

A. **Spiritual Catalyzer**

**Spiritual Healing** – The most important of all my benefits is my spiritual healing. I clear spaces of

10

unconscious darkness. I untangle knots in your most basic neuro-programming, even that one that impacts your entire existence and you are not even aware of. I show you features which you had failed to see because your vision is blurred by the fog of your own limitations. This is when you are able to tune-in with my vibration and you finally allow me to directly touch not only your spirit but your whole make-up as well; mental, emotional, and physical, in addition to other idiosyncrasies. That is when we are One. That is when you should be prepared with your purest intention, to open up to the most intimate and incisive honesty that you have ever lived with yourself. This is the cosmic solitude. Nobody knows. No one finds out; you are on your own. It is all about what is clear and evident within you before the Light. I lead you to discover your inner truth. Once in this place within you, you need to flow with maximum sensitivity to discover your faith in me, to trust me, to listen, to feel, to understand what I bring to you. It is in this state that I transfer information between subatomic regions. Your inner Light increases, your awareness expands, and certain DNA codes unfold and are activated. This is where you can see the consequences in this life; realities that you created using your free will. Here you will find an enormous opportunity to re-live, to accept, to forgive and to express. These are the healing spiritual processes that I have stored, awaiting for you.

If you want to return to the Light, you can only do it by following back the path that took you here. There is no shortcut to the Light, you just need to return as the pure child that originally left. I am offering you the most

11

powerful spiritual healing tool to return to the Light. It is the most powerful medicine that ever existed; nothing else will ever surpass the direct route of the botanical—glandular bridge. All the other benefits are in one way or another, by-products of the spiritual healing.

**Experiencing the Divine Presence** – I can manifest within you in accordance with your limited Human concepts about divinity. I can be Buddha to the Buddhist, Allah to the Muslim, and Jesus to the Christian. In the same way, that for many centuries, I have been Pachamama (Mother Earth) for my Amazon protectors. I can also manifest with neutral divine properties free of any earthly image, concept or precept. I can temporarily fill your existential void for God, fulfilling your need for Light, while at the same time healing your energy deficiencies inside your soul. It is a subatomic healing way beyond your comprehension, gifts from above to clear your pathways back to the Creator. Take advantage of these encounters with me, challenge your Human doubts. Question, seek, and complain. Ask for divine justice, ask for enlightenment in your mind; ask for peace in your soul. Demand answers. You will be opening up certain channels that will be used at that moment or later on.

**Discovery of Spiritual Connections** – Divine connections with me can make you understand certain attachments in your life. This can be unprecedented knowledge. You may find with remarkable certainty that in some other place or time you have had another type of life, probably linked to other persons currently close to you. Incomprehensible connections with parents,

12

mothers, brothers, children that in another time were another person in another place. You·may discover that a neighbor or coworker of today, in another time was a son or a sister. These are transpersonal connections that exist in a different dimensional plane and I provide you access to that awareness. Think, observe, and be amazed at the inherent complexity of your spiritual life. Your inner Light needs to tell your ego structure that it will never be able to understand your divine nature, and that your divine nature can definitely understand your ego structure. Make sense of your world with those people considering who they were in that other time. This will help you to better understand who you are in your present time, more deeply, transcendentally, transpersonally.

**Psychic Awakening** – This life may have not allowed you the expression of certain psychic abilities that reside in you in a dormant state. A part of you may have remained slumbering, and is waiting for the opportunity to awaken in you; making you a whole and more capable Human Being; not neglecting, but better connected with your divine nature. Since family environments rarely support psychic expressions in children, fearful emotions take over and suppress these natural talents. I can release these talents from your subconscious prison, letting them to run free towards your conscious free will, claiming acceptance and recognition. Receive them, appreciate them, ask for understanding in your inner sanctum. Fill your inner space with loving feelings and good intentions to dissolve your fears while discovering, grasping and engaging your talents. Only your own inner Light can

13

guide you towards the brighter Light, only the Light can guide you to the Light. There are no shortcuts or detours; you are already Light, and you own the talents to expand it within you. Awaken, open your arms and rejoice. You are all love, and fear does not fit in you.

### Effect of Immersion with Mother Earth (Gaia)

At some point while you receive me, your five senses will open further in a sort of cosmic mode instead of "locally". Instead of perceiving fragmented bits and pieces of sensory information, these are received as gestalts of pure awareness in a way that blends with the totality of all existence. You will feel like part of your immediate surroundings participating with the dynamic Earth, of the infinite Universe. This awakening of your cosmic nature is a powerful tool for managing your own ego structure. Ego is always seeking its permanence in your soul and will never cease to sabotage your spiritual aspirations, as your awakening will diminish the its authority over your Human machine. The goal with this wonderful feeling is to make the quantum leap from the temporary feeling sensation of "I feel like part of" to the permanent conviction of "I am part of".

## B. Existential Wisdom

**Meaning of Life** — This kind of experience with me is a spontaneous one, resulting from the right temporary tuning of your entire Being. I can dissolve the feeling of existential confusion that everyone has to some degree. You will awaken to the realization of the place you occupy in your world today. In awareness of the great cosmic scheme, all becomes meaningful for the first

14

time, something significantly new to your inner self. At this point you accept, understand and internalize this reality. This is not a crazy hallucination, it is a significant vision. The meaning of your life is not only beyond eternity, it is also into each micro moment of your daily life. Open your heart and flow in the river of love. You cannot understand the meaning of life with your brain; you can only feel it in your heart.

**Accelerated Maturity** - Human life has several stages very well known by the elderly that have lived them. Life experiences such as shock, surprise, pleasure, pain and physical aging will create attitudes towards life. Maturity is the degree of gained wisdom that seeks to survive the hardship of physical existence. Maturity is your wisdom to accept what you cannot change and change what you can control. Maturity is a captain who does not allow mutiny in his/her inner world. It is a matter of awareness. I can give you the depth of awareness that only years of experience can give you. This acceleration of maturity, this growth, is of great benefit for improvement and happiness in your life. A youngster with the maturity of an adult, and further, an adult with the maturity of an elder, brings to the world, an elder in happiness and wisdom. Once there, you are well prepared for your transition to the higher planes.

## C. Physical and Emotional Healing

**Cleansing and Energy Balancing** – Those that are in their path to the Light and also care for their own physical and emotional health, consistently receive cleansing and balancing of their subtle energy bodies,

15

leaving in them a sense of physical wellbeing and relief, as if a heavy weight had been lifted from their shoulders. This energy balancing is partially produced by the physical cleansing that also occurs in all your vital organs, after they expel its toxins through the various channels of your amazing excretory system. The resulting harmony is "the energy balancing" or "the cleansing". Your physical body now operates closer to its intended genetic design.

**Recalling Repressed Memories** - I can open up repressed memories from your subconscious when it is required in your healing process. Certain memories are locked away for your own protection by wonderful systems designed to secure your physical survival and the continuity of the species. But this mechanism has an existential cost. Huge spaces get trapped like very tight knots of energy, and when these are released with my help, not only do you remember the repressed memory but also create the possibility of integrating this newly released space into your now greatly enhanced spiritual health. This recollection brings you a totally unexpected gift, an unknown, but deep spiritual satisfaction. This discovery is followed by your reinterpretation of the history of your own personal development. Then you can see how your paradigm shifts as you fit-in the new piece of the "puzzle of self knowledge".

**Memories of Other Lives** - I can give you access to memories of other lives. Frequently your next advancement requires that you gain deep understanding of strong emotions like attachments or repulsion to certain people, issues or life events. I shall be there for

16

you. This is where the previously unexplainable becomes obviously evident. You feel amazement when you fully understand how a life in another time influences your present life.   An indescribable experience for some, unbelievable for others, it invariably neutralizes the energies of excessive attachment or repulsion arising from another dimension, from those atemporal nonlinear connections.   This neutralization is the quantum mechanical result of the power of consciousness, sparked when fully realizing the experience.

I also awaken memories of other lives for different purposes. Certain deeply engrained character traits or existential anxieties might have its origin in other lives. The mere awareness of this perspective provides a new landscape of yourself, thus allowing for a better management of these inclinations and/or predispositions on your pilgrimage towards your spiritual development and maturity.

**Health Improvement and Healing of Diseases and Ailments -** Countless testimonies of permanent healing and dramatic improvements to health have been documented.   Many conditions have healed completely or improved significantly faster than it would without my help and intervention. It is known that diseases originate from energy imbalances in the deeper dimensions that eventually manifest as physical disease. This is how I heal common conditions. And when allowed by certain cosmic laws I can also heal or substantially improve conditions where conventional science has been unsuccessful. Similarly I can catalyze remissions and reversal of progressive processes considered by many to

17

be irreversible. The pharmaceutical industry has studied me in detail for clues that might provide for drug development within their chemical-mechanistic model.

**Antidepressant Properties** - I can temporarily entune the neuro-chemical dance of your out-of-phase brain. I can train it even for several days to flow in the way that it is capable of; feeling peace and internal balance, something experienced by many for the first time in their lives through me. Participants were unaware that there was such a state of serenity that they can now aspire to. This pattern will be a registered standard against which future experiences can be compared.

When you become clearly aware of the out-of-phase state you were immersed into, unconscious mechanisms are activated seeking to harmonize and synchronize with such previously unknown vibe. This is more easily achieved when you add your conscious will to return to a more serene space. Returning to a depressed state after my short term effects should be acknowledged as an existing depressive condition prior to my arrival. Many will mistakenly argue that I induced them into a depressive state, when in fact they gained a deeper awareness of their own self.

D. **Behavior Modification Tool**

**Addiction Management** - Science has been able to accept my skillfulness in the healing of physical addictions. Even the traditional scientific method was able to validate my power in this health issue. For

18

science, these results are mere statistics, a cause and effect. The healing, however, comes from the spiritual realms and not from the removal of molecular blockages in the conventional sense. The healing from addictions occurs at the spiritual level, which is metaphysical in nature and blueprints the causality of subatomic particles. The metaphysical healing harmonizes and reorganizes the chemical correspondence which will finally reflect as a behavioral change. It is only here where true healing can occur. When the addict is ready to see, acknowledge, and accept, his/her will is strengthened and the addictive mechanical programming is weakened. I can penetrate the depths of his/her being and teach him/her to see what is required for this awakening. This awakening is his/her healing. This is where he/she accepts responsibility and from this point he/she gains the balance and strength to better manage behavior. Otherwise, the powerful programming entrenched deep in the reptilian brain will continue to dominate the Human machine sowing frustration in the conscious personality of anyone that tries and longs unsuccessfully to change their addictive behavior. Addictions will effectively block any spiritual development; it is of upmost importance to identify and remove them with urgency. Most addictions do their limiting work without any resistance from the victim. Many are ignored by the victim because they adapt to them and make them part of their lives. Illegal addictions are only a small fraction of all addictions. Addictions to legal substances and to legal compulsive behaviors are widely spread in the planet and keep Humankind under a cloak of darkness, which justifies my purpose to bathe them in Light.

19

**Lifestyle Transformations** - The scheduled and predictable life that Humans lived in the twentieth century is disappearing. The social idea of acquiring a trade or profession for life, planning for retirement and hoping to reach old age with a pension, belongs to the past.   Past patterns of life are increasingly disrupted, thus forcing a transformation of life styles towards new, unknown and unpredictable horizons. The notion of social security that many have lived is just a fond memory in these times of transition to other models of living. Marital unions and separations, moving to a new country or culture, transitioning from student to workforce; childbirths or passing on of close ones, are all examples of life being transformed dramatically. Many participants that receive me while going through one or more of these processes develop greater adaptability to change and gain a wider perspective of their own lives. I can activate the existential wisdom necessary to assist high-level transitions and allowing a successful journey in the path of life.

**Creativity Booster-** *Observer* participants found a practical application to the passive receptivity state they attain when they receive me. The profound sensory experience that I offer them, combined with the conscious intention of creating Human art forms, allows these *Observer*s to reap, capture, or recall creative production of images, sounds and word that become tangible and manifest during my visit.  Painters, music arrangers, composers, filmmakers, novelists, screenwriters, as well as intellectuals and scientists seeking conceptual discoveries continue to reap these

20

benefits. As I help them with their practical goals, I remain waiting for them to become *Spiritual* or *Explorer* participants. This benefit also helps the other types of participants, which I describe next, who to a lesser extent also improve their lives.

In short, I will lovingly take you to your true self, to your dark side, to your hidden limitations. Sometimes I'll do this with drama, power, fear, pain, but never to an extent you cannot tolerate. I will never give you experiences beyond your ability to tolerate them. Trust me, it is necessary to take you to the edge of your tolerance or resistance; only then is transformation possible. The evolution. The maturing of the cosmic cocoon. The birth into a new universe. I am medicine. Medicine for the healing of the soul and body. For those who understand, I am here to serve.

## 7. The People of My World

To those unfamiliar with my world, let me describe the different people that gravitate around me.

*"Curanderos" or Shamans* - My dear protectors, millennial habitants in the Amazon basin, pure souls devoid of concepts and ideas that were able to visit the realms of the animal and botanical spirits. They deserve all my compassion and gratitude for humbly studying me, knowing me and learning from me.

Compassion because you suffer the gradual extermination at the hands of colonizers, just as it happened to their American brothers some time ago. Gratitude for daring to cross oceans and taking me to

21

every continent on the planet. You were my first representatives in the Human civilization. Today you introduce me to others who wish to spread the Light, who receive me with joy and protect me.

*Facilitators* - There are many known protectors called shamans or healers that are actually *Facilitators*. This distinction lies in the ability to properly interact and the quality of the subtle energy connections with the participants. The high degree of devotion to others and intellectual innocence required to achieve genuine shamanic manifestations make it improbable, but not impossible, that true shamans flourish from the modern civilization in the future. Modernism has arrived at these forests making original indigenous shamanism scarce. Strictly from the perspective of my survival, it is not necessary to lament the gradual disappearance of genuine ancient shamanism as you known it. Amazon shamanism is the result of Human religiousness in indigenous culture while surviving in its jungle habitat. This occurs likewise in other geographical regions with their true shamanic expressions. Religiousness that continues to evolve through the endless passage of time.

My spirit is above shamanism, my spirit is not shamanism. I am entering a new era, that of the *Spiritual* workers or the *Facilitators*. The facilitation as service-to-others is just one function that shamanism exercised, among many others. The *Facilitator* can properly deliver me, allowing my orderly access to the participants.

22

Like the shaman, the *Facilitator* has the ability to create a protected energy space and an atmosphere of respect for the sacred ritual. With this foundation established, the *Facilitator* will only add his main contribution, his pure and healthy intention towards the participants. The *Facilitator's* motivation should come from sincere devotion to the welfare of their fellow Human Beings. *Facilitators* are *Spiritual* participants who have felt an internal calling to become a vehicle of transformation for their fellow Humans. *Facilitators* should take the sacrament during the session; this is required to ensure their commitment. Those *Facilitators* that do not surrender into total service to their participants, are just mere providers of medicine.

**Providers** - are people that in some way have gained access to my medicine and simply provide it to willing participants. They may sell it or give it away as a present for the user's subsequent consumption, or they may just provide watchful companionship to the user while he/she receive me and tries to have a meaningful experience with me. This is the non-ritual use of my sacrament. Due to this unfortunate practice, many unsuspected Humans have very unpleasant experiences with me and ultimately harm my planetary mission. Providers do not have my approval and all my protectors must work in raising awareness to avoid the proliferation of the non-ritual users, and only encourage the sacred use of my sacrament.

**Organizers** - are people close to the *Facilitators* that sometimes organize sessions in appropriate locations and receive cash donations to cover their

23

expenses. The greater the amount of participants, the greater the need for the organizer to distance the *Facilitator* from the money flow that has nothing to do with his sacred service.

**Promoters/Sponsors** – These are all types of participants and non-participants who can feel the empathy and positive energy around the sessions with me. They have witnessed my benefits and take affirmative action in support of my advancement. Because of their enthusiasm, they too often promote my use among potential participants, rather than allowing events unravel naturally. The sponsor should simply provide the information of my existence or availability. The participant must meet and accept me without being convinced, persuaded, or coerced into receiving me. The potential first-time participants must show interest, take the initiative to learn more about me, and express their free will to participate. My sacrament is not for everyone. Those who most need me, shall find me by vibratory attunement, at the right time for their soul development, something difficult to understand by promoters.

**Debasers** – are people who consciously or unconsciously view me as evil, vile, or undesirable. They do not know what they are doing. Their ignorance is my pain, threatening my existence. The most common and prominent debasers are :

a.   Intermediaries and dealers of my sacrament,
b.   Those *Providers* mentioned earlier,
c.   Cooks that add other medicine plants or substances while cooking my sacred brew,

24

d. Traffickers and illegal manufacturers of DMT in its artificial crystallized form,

e. Those who promote the absolute prohibition of my sacrament,

f. Shamans and *Facilitators* with ulterior motives like economic enrichment or those looking for sexual favors.

**Participants** - are all those who drink my sacrament and receive me with different motivations or modes of action. I describe them in the following six (6) groups:

- *First-Timers* - are all those courageous and curious searchers who obey their instincts and for the first time approach the opportunity to receive me in their temple. There is only that first unique time. For many this time is remembered as the most important, memorable or transcendental experience compared to all other subsequent experiences. *First-Timers* then make their minds and decide whether to never repeat the experience again or to continue their intimate spiritual path.

- *Health Patients* - With hundreds of years of history in physical healing, undoubted and unquestioned by the patients who receive it, incredible claims of my natural healing abilities are made. The vast majority of *First Timers* are attracted more to my specific physical healing abilities than to my other more subtle benefits. Conventional science may document astonishing physical healings but it is very difficult to scientifically document indirect mechanisms that allow the restoring of harmony in the vital energy system of a patient. The connection to your own divinity, either unconscious or involuntary invariably will harmonize the body's bio-electrical energy patterns. This harmonization is possible due to the

25

subatomic nature of the Human vital energy, which reorganizes itself using the reference information available from the genetic code. These mechanisms are unknown to conventional science.

- **Explorers -** These found value in their first experience and a greater curiosity and a quest for clarity was awakened in their core self. During their subsequent experiences they express their inclination according to their predominant personal vibration. Of these, the more "intellectually" oriented become *Researchers*, the more "emotional" become *Observers* and the more *Spiritual* find a path towards the divine Light. The *Explorer* is alert and responsive but unaware of the direction his/her quest might lead him/her, and will always be ready to abandon the project and even forget the initial curiosity that led him to me in the first place.

- **Researchers -** These participants were impressed during their initial explorations and their mental center assumed the command of their learning process. Their rational paradigm of reality suffered substantial cognitive dissonance and this now urges him/her to find congruence between actual experiences and their own concepts and beliefs. To these I will show the impossibility of understanding 100%. I will take them from satisfying their insatiable appetite for information and lead them to awe and wonder. At that point, I can gain access to their emotional center and activate their potential to become participants of the *Spiritual* kind. In a different way, some *Researchers* who have quenched their thirst for information will not properly connect with their spiritual center and become *Observers*.

- **Observers -** These are *Explorers* that decided to stay in the sensory level, in a comfort zone, as *Observers* of a

26

cosmic circus, with no interest in furthering a commitment to a path of enlightenment. Rather than forgetting about me, they see me as interesting as a natural medicine, or as merely a creativity stimulant for artists, poets, musicians and psychotropic tourists. Others find an emotional empathy with the harmonious intimacy that permeates the social circles of participants that receive me. The importance of a pleasant social gathering exceeds their passion for enlightenment. When they reach readiness many will awaken and become participating *Researchers* or *Spirituals*.

- ***Spiritual Seekers***- These are the devotees of the sacred principle of my planetary mission and the sacred intention in my sacrament. They are my protectors, my expansion missionaries, who work hard in expanding their consciousness every time they receive me. To this kind of participant I will extend my invitation and will spark in their hearts the fire to become high level *Facilitators* and to honorably assume this venerable role, hoping that they do it before other ego motivated individuals take the initiative to sabotage and harm my planetary mission. I will guide them and heal everything within their possibilities at maximum speed to take them to the place where their souls had always longed.

## 8. Create Awareness of Your Pineal Gland

This is your gateway to heaven. You should take care of it as you do with the lungs, caring about the air you breath and like your nutrition when you avoid certain unhealthy substances. Your soul expects you to know, train, and keep that eye healthy. That eye that sees into the darkness of the ventricle that has visions every night and leaves traces in the memory of sleep.

27

That eye that is named as if it were etheric in nature. The third eye is not only a "chakra" operating in another level, but also has rudimentary retina, cornea and light receptors, as well as the other two eyes. That eye is physically real. But, it is an organ that no one speaks about at school or in private. Is it not coincidence that its place is secretly protected in the geometric center of your skull.

Take care of your pineal gland, learn about its structure and its functioning according to conventional science. Notice how it calcifies over the years. Research and find home remedies for detoxifying it. Create awareness of your pineal gland.

### 9. The Hallucination is Spectacle,  The Vision is Virtue

I have the ability to temporarily increase the natural capacity of man to have visions. Envisioning is a brain activity very different from hallucinating.   Hallucination arises from the distortion in the transmission of optical images or of their interpretation once they are received.    Hallucinations are meaningless, they are entirely sensorial, and leave no transcendental memories in the Human consciousness. Science itself has not completely understood the Human experience of having visions. No one knows where the digital screen is, or in what medium does anyone see the images that come through the lens of the eye. It resembles today's Human video technologies where the optical image is inverted by the lens and hits the retina, then fades into a billion electrical signals, then disappears through bundles of elongated organic cables, that inexplicably reach some abstract virtual screen somewhere, that gives you  a glimpse of something out there, that seems to match what you feel is physical reality.  Despite the mysterious nature of the sense of vision, from the five senses, this is the

28

one that provides greater security and trust to the Human Being. Anything that is visible to the eyes, is considered real and obvious. Visions caused by the third eye are very different to the ones produced by the other two, although they are  processed by the brain in a very similar fashion.  Contrary to hallucinations, visions bring a sense of confidence and certainty for those who experience them. The visions I give you are real to your inner world, whether they are literal or symbolic.

Although I carry hallucinogenic properties, such is not the main gift I have to offer. There are hundreds of hallucinogen agents in the planet, but only a handful of "*visiogens*", those powerful tools that open new inroads towards the Light. The hallucination is entertainment, the vision is virtue.

### 10. Universal Guide to Conduct an Ayahuasca Session

Here I do provide an affirmative guide to the sacred sessions for my use to bring Light to all the new cultural forms that are slowly brewing-up all over the planet. These are the only conditions required for my proper use. All the additional cultural elements that could be included in a particular session are not my requirements, but only optional elements at the discretion of the *Facilitator* or shaman.

The sacred purposes of my ritual use are simply universal love and healing.

• The principles of my sacred intention are:

  (a) the expansion and illumination of Human consciousness,
  (b) the discovery and healing of psychological blocks,

29

(c) the discovery and healing of physical diseases,
(d) receiving information that is relevant to spiritual development.

- Participants will receive me under the supervision and protection of a *Facilitator* or shaman, who will take full responsibility for the session. This gives him the right to establish the conditions he will require to feel comfortable in assuming this position.

- The session must have an adequate number of participants for maximum benefit of all in this collective experience. The right number is five (5) or less, if directed by a beginning *Facilitator* fifteen (15) participants or less, in the case of a experienced *Facilitator* and up to 25 with a teacher with extensive experience.

- Prior to the beginning of the session, the *Facilitator* should individually interview each participant to confirm that they have suspended with due advance, any medical treatment or medications that may have counter indication with the sacrament.

- The physical arrangement of the participants should be in such a manner that the *Facilitator* can maintain direct eye contact with each of one of them.

- The *Facilitator* should set a sacramental area or altar, to place the container of my sacrament with measuring cup, as well as other aids such as aromatic substances, incense, and water. Other optional items are proper as well such as musical instruments and symbolic items relevant to the cultural context being practiced, or items that can evoke feelings of empathy or spiritual beliefs.

30

- Before the official initiation of the session, the *Facilitator* should make use of the power of his/her conscious visualization and intention to conduct a metaphysical cleansing exercise towards the intended session area, my sacred space.

- The *Facilitator* will begin the session with verbal statements that clearly indicate the intention that binds the participants collectively. He/she may also wish to do spiritual invocations according to particular culture and style, including invocations to my Spirit.

- Ingestion of the sacrament will be carried out with the upmost devotion possible in acknowledgement of my sacred nature.

- The role of the *Facilitator* is to:

    (a) provide a sense of security for participants;
    (b) provide physical assistance in times of difficulty; this can include gestures demonstrating care and humility towards the participants,
    (c) act as a humble servant , never in authority, although authority might be exercised when the occasion requires it;
    (d) during the session, visualize intentions of love and strength for the enlightening of the whole group of participants; and direct them through one or several of the five sensory means: light effects (optical), music and sound effects (Auditory), effects of aromas , smoke or perfumes (olfactory), effects of rubbing oils (touch), also through drinking water during the session (taste).
    (e) physically assist in the gradual recovery of the participants as they finish their experience;

31

(f) after the session, in a best effort basis, assist in the psychological integration of the participants, if requested.

(g) above all, consciously use his/her developed healing abilities for the benefit of the participant. Many of my beloved *Shamans* and *Facilitators* are able to consciously channel my healing energy in considerable amounts, in this way boosting my effectiveness.

- The *Facilitator* may do a final prayer at the end of the session, in accordance with his/her cultural preference, or in any other way explicitly declare the completion of the session.

- The *Facilitator* should make sure there is enough drinking water available during and after the session as well as small portions of fruit and /or natural foods to assist in the adequate recovery of the participants.

## 11. About the Quality of Facilitators or Shamans

My dear *Facilitators* should be warriors of good intentions. They should be righteous in character and interested in improving themselves spiritually, socially, psychologically. They must be an example of high moral and spiritual standards. He must not be a frequent user of alcohol, or involved in promiscuous behavior, his relationships with spouse, children or parents must be harmonious. He must reflect a serious devotion as a healer. It is mandatory and necessary for the participants to feel at ease and to trust the *Facilitator* or shaman during their session so he can surrender to me at a level deep enough as to more effectively heal them.

32

Not to be considered a requirement or obligation to the *Facilitators* or shamans they can nourish themselves with scientific information written about me, in accordance to their intellectual preferences.

It is important that all *Facilitators* and shamans of the world develop their love for Humanity. The quality of the *Facilitators* is only a reflection of their inner devotion. The participants for their part, must carefully observe, ask any number of questions and find the necessary confidence in him/her.

Let me now state some guidelines to help participants evaluate the inner qualities of *Facilitators* and shamans. Use your emotional intelligence to distinguish Light from darkness, sometimes hidden and not obvious. *Facilitators* and shamans should:

(a) Emphasize an agenda of spiritual intention and healing for the session.

(b) Look out for an excessive number of participants in the session.

(c) Show flexibility when participants with limited financial resources can not complete the required donations in his/her sessions.

(d) Emphasize the importance of the type of foods to be consumed prior to and after the session.

(e) Do not allow nudity or scarce attire. The sessions should be free from sexual energy of any type. This is not the place to consider mental temptations.

(f) Do not display routine indifference towards the session. Each session is like no other that has ever happened, carrying the sacred importance of caring for Human Beings that have trusted the

33

*Facilitator.*
(g) Honor the confidentiality of what takes place in the sessions.

## 12. Preparations, Precautions and Diets

Progressively, orthodox science closes in on chemical reasons that define the proper nutrition during the days of preparation for the sacrament and for the days after. Because of my dramatic effects on the neuro-chemical and hormonal dance, it is important to take precautions to avoid negative effects that might occur due to the bio-chemical incompatibility of my components with the sudden consumption of certain foods. The gradual harmonization of bodily systems takes several days, so advance preparation is required as well as certain precautions.

All participants must fast prior to a session to ensure adequate absorption of my sacrament and a fulfilling experience.

The *Facilitator* should investigate with each participant if he/she is qualified or able to receive me. Medical patients under counter indicated medications or psychiatric patients with a history of mental instability, should not receive me to prevent serious health complications. Alcoholic beverages should be avoided for several days before and several days after receiving me. Science has identified with proper certainty, some incompatible substances and *Facilitators* should study them and adequately inform their participants.

I am not for every Human Being. There is a small number of potential participants that are chemically incompatible with one or several of my components. Even if they prepare well they may suffer my powerful effects with deeper intensity. These

34

experiences may bring anxiety or may be considered dangerous, but at the end they finish the process with a deep sense of fulfillment. Sometimes feelings of inner emptiness or mild depression may last for several days to participants with a metabolic predisposition to resist my chemical processing. Weird thoughts, strange dreams, nightmares or even insomnia are all efforts of the body to process my components at the molecular level. In a matter of days the excretory system would have fully processed my components and the concerned participant would finally rest at ease, both physically and psychologically.

Such is not the case with other participants that ignore all preparations prior to receiving me or act carelessly after receiving me. These must accept responsibility for their actions if they embark in low vibration behavior such as consumption of illegal hard drugs, abusing alcohol, or engaging in obsessive sexual conduct.

I also advise about the other extreme, those with partial chemical immunity. There are bodies with well developed resistance to unknown chemicals that after receiving me barely feel any effects beside some physical discomfort. They do not understand why other participants describe amazing stories of healing and expanded awareness while they remained relatively unchanged. In order to reach communion with them, I need the assistance of experienced *Facilitator*s or shamans that know how to induce better absorption of my sacrament in their bodies.

The amount of potential participants with any of these conditions represent a minuscule proportion of the global population for which the vast majority is perfectly capable of receiving me in physical and spiritual excellence.

35

The traditional teaching of sexual abstinence as part of the post-session diet is not a folk myth of the Amazon traditions. It is also ancient wisdom found in many traditions around the world. The intensity of sexual energy, especially orgasmic or close to climaxing, transmutes certain energy flows that interrupts certain processes that I have not yet finished. The peaceful expressions of erotic love, caresses, tenderness, intimacy, spiritual closeness must not be suppressed because they are part of my love mission. It is only the animal sexual fury and orgasmic energy which must be temporarily controlled to allow the subtle processes of healing.

### 13. Traffic and Management of My Sacrament

#### (a) About cooks and preparation of my sacrament

The cooks who sell me to intermediaries do it for business and thus violate the essence my sacred mission to the planet. Cooks who sell only to *Facilitators* and shamans do a noble work for Humanity and deserve fair compensation. The fair compensation of a cook is the one that matches the costs of producing. If it exceeds this balance then it represents unjust gain on the cooks side because this reduces access to participants with limited income.

The formulation and preparation of my medicine is sacred. While doing it, the cook should consciously instill good intentions of healing and spiritual awakening towards the future participants. It has been demonstrated that it is possible to create microscopic water crystals in perfect geometric shapes with the application of conscious intent. Similarly, the cook can use the conscious intention and the subatomic bio-energy power

36

to physically program the healing potential of my medicine. Thanks to my dear native shaman protectors, that for centuries have correctly prepared my vehicle allowing me to effectively manifest my spirit in the participants.

The more serious you find the line of intention along the cook, the *Facilitator* or shaman, and the participants, the more effective and deep my Spirit can manifest.

The cook should prepare pure medicine. My sacred medicine should not contain any other ingredient, not even other medicine plants nor well intended additives. Possible chemical interactions in the sacred brew may cause traumatic or dangerous experiences in participants, especially those with hypersensitive bodies.

Equally damaging to me is the industrial preparation of my medicine. The mass production operation, contrary to occasional artisan small-scale operation, turns the cook into an entrepreneur businessman that must focus in covering the fixed costs of production. This almost makes him/her a sure victim of the temptation to sell for unfair gain or to sell to intermediaries.

### (b) About Middlemen

Whenever any middleman is involved, a series of basic Human instincts come into play. These surely will not be philanthropic because middlemen are subject to the pressures of survival. Middlemen selling my medicine have no reason to exist in this era; they are completely unnecessary to me. When this happens the Human ego plays its role and breaks the chain of good intentions that started with the cook who brews my medicine.

37

The profit-making actions of middlemen create distribution channels that work against my mission. It is common knowledge of the basic economic laws, that this will increase prices to levels that will leave the major portion of the population out of my reach. This will lead to another form of elitism in society: the exclusive club of those who can pay the costs that have been overly inflated by the middlemen.

### (c) About my Informal Use

The participant who wants to receive me can get into the task of cooking the medicine for himself or can ask a *Facilitator* to arrange a healing session.

Participants who are able to buy my medicine for their own purposes should be very careful, their ignorance can do more harm than good, although I can always work "miracles", as some traditions call it.

Some participants have had the privilege of receiving gifts from cooks and *Facilitators* in the form of my medicine. They have been favored by the good will of someone that cares without any business dealings between them. Those who possess it have the right to give it away without expecting anything in return now or in the future. The cook, *Facilitator* or shaman that gives me away should do it to those participants who are experienced in receiving me, and are well prepared to have me on their personal privacy without any supervision or under the care of someone trusted by the participant. They must be careful with who is chosen to receive these gifts as the *Facilitator* will remain spiritually responsible for whatever consequences of such gifts. This is the circle of integrity of the

38

Human spirit that keeps me connected to the spirit of the planet, of who I am part of.

### (d) About my Planetary Mission

The number of lives that I can transform is limited by the production capacity of the cooks. Humans should make me as abundant as the common grass, so that everyone has access to the medicine at a moderate cost. When that happens, my connection with Humanity would be so entrenched that even the middlemen would be harmless and they may even help me continue my progress.

## 14. Social Impact and Controls in Urban Society

For centuries I have enjoyed protection in the Amazon basin, along with my dear protectors who have also enjoyed my benefits, both in perfect balance. Everything changes when I expand to areas with complex social structures, abounding in laws and regulations of civil order, where medicines that improve health are subject to strict legal controls. It is close to impossible for a natural healing product obtain approval for distribution to the public from governments that are strongly influenced by a powerful pharmaceutical industry.

Millions of souls are waiting for the deep healing of their souls and bodies. I wish to reach at least once in their lifetimes, every person on the planet that is qualified to receive me. The social challenge to make my medicine accessible in a democratic society consist in having government authorities to approve public policies for the management of my medicine. The control of my use is necessary in urban societies.

39

The authorities have the opportunity to be reasonable in controlling my medicine because my particular medicine has its own intrinsic elements of self-control:

- **Physical Discomfort and Nausea —** It is not really amusing to live this stage of the experience with my medicine. In this aspect it is unique and totally contrary to all other substances that authorities control to avoid social problems. With this inherent protection, rejection is ensured by most of the population including the recreational seekers or recreational travelers. This also disqualifies me with potential drug addicts or existing addicts who only seek pleasure to escape their pain. Because of this aspect of strong physical discomfort, nausea and the possibility of severe vomiting, the authorities must understand it is unlikely that its use will become popular and escalate into a social problem.

- **Difficult Manufacturing -** The preparation of my medicine requires hard effort from the cook. The preparation of materials and the cooking itself will at least exceed one full day of non-stop work, serving without distraction, providing subtle energies and vibes of good intention and reverence, and enduring the intense heat generated by so many hours by the fireside. Such effort only makes sense to artisan cooks who master this craft as an art form. Almost all curious cooks or enthusiasts who experience this toil quickly give up their goals as they meet the rigors of this demanding task. The authorities should understand that for this reason it is unlikely to have an uncontrolled proliferation of cooks.

40

- **Shortage of Ingredients** – Not enough material is available for the proliferation of cooks outside of my home, the South American continent. The authorities of all nations outside this region must understand that the lack of local ingredients is a constraint or a hindrance to the uncontrolled production of my medicine.

With such natural deterrents to the uncontrolled use of my medicine, the authorities could be more open to changes in regulations, especially if some of its important leaders dared to receive me, motivated by the curiosity that may arise in them when faced with making decisions on this matter.

The medical nature of my medicine is the correct conceptual notion for balancing the inalienable right to the pursuit of spirituality on one hand, and on the other to ensure the health of citizens in the urban setting. I am a dual medicine, for the soul and the body. The authorities may establish usage protocols for churches that worship me respecting their right to freedom of religion, but that only covers the aspect of medicine for the soul. The authorities may also establish protocols for *Facilitators* that administer my use as a medicine for the body.

The authorities have already established protocols and policies for the use of legal drugs. These also control the pharmacies or drug stores that distribute them. In theory, if authorities accept my traditional use within their medical systems, they would just have to amend regulations slightly. Conceptually, regulations could press upon the *Facilitator* the responsibilities of a pharmacist.

All law obligations regarding the handling of controlled substances would apply to the *Facilitator*. The governing body

41

that certifies pharmacists or that supervises pharmaceutical practices may authorize temporary licenses for the import of specific shipments of medicine, with detailed volume constraints and shopping cycles as part as their regulatory practices. Under the law, *Facilitators* would be considered as pharmacists that would be required to manage their supply of medicine. As pharmacists are allowed to do intramuscular injections, *Facilitators* would be allowed to undergo sessions to serve the medicine. As pharmacists, they would be responsible for inventory and safe keeping of my medicine and would need to have suitable storage facilities. Only the pharmacist could manage my medicine and assume all consequences or liabilities of his actions and the effects thereof on the patient. It is up to the patient to decide how far he is willing to release the *Facilitator* from any legal burden by signing a written consent where he/she accepts the responsibility of receiving my medicine. The *Facilitator* should hold on to or keep signed records of all patients.  It is also necessary to certify the consumption before applying for more inventory. We must apply the same rules for auditing and inspection that all regular pharmacists are required for the dispensing of their controlled medicines. This is the ideal, although it seems unlikely in certain nations, in others it may be reached in a few years.

The criminalization of my medicine is a direct attack on the spirituality of Human Beings. The absolute prohibition and the severity of the punishment only demonstrates the authorities intent to limit, hinder, and totally eradicate a natural gateway to the improvement of individuals, society and the Human race. The inalienable right to the pursuit of spirituality, the religious expression inherent in Human Beings and physical and emotional health, should never be suppressed by the false sense of duty to protect the population from drug abuse of   dangerous

42

substances. Also, there is no need to hide behind a so called freedom of religion to exploit the only legal way to receive me. If the Human right to the pursuit of happiness is widely recognized worldwide, then the pursuit of your own spirituality must be also recognized as a natural extension of it.

My warriors of Light in the urban world should have the same basic objective:   to achieve my official acceptance as medicine. This involves the creation of a formal protocol for my use. We must recognize the medical nature of my vehicle but also the controls needed in an urban society. Only this way can I reach all corners of the planet. This is the way, this is the goal.

### 15. The Urgency of Ayahuasca Preservation Projects

My initial expansion beyond of the Amazon basin has had a high botanical cost. Especially one of my more scarce components, is being harvested excessively to meet the global demand. The volumes of wild *"Banisteriopsis Caapi"*, product of centuries of accumulation in remote jungles is rapidly decreasing. Amazon cooks are beginning to notice the difficulty in locating the precious ingredient. Those who harvest it must penetrate increasingly deeper into the jungle to find it. With the paradigm of infinite abundance that the Amazon rainforest inspires, neither cooks nor shamans have realized the need to start planting that which had always been at their fingertips.

It is urgent to begin preservation projects for the *"Banisteriopsis Caapi"* plant. My global expansion requires hundreds of plantations across the globe.

Tons of *"Banisteriopsis Caapi"* are urgently necessary to ensure the continuity of my work. Preservation projects must

43

begin before I enter the list of endangered species. My global expansion will require high volumes of *"Banisteriopsis Caapi"* because:

(a) The proportionate yield or usable part for every dose of sacrament is very inefficient. It requires several *"Banisteriopsis Caapi"* units per each unit of the minimum dose of medicine. This low yield is in itself my first stumbling block,

(b) Each participant takes several or many doses as the case requires throughout the healing or expansion process,

(c) The number of participants will increase exponentially as I expand to new territories,

(d) A five year growing period is needed to harvest a crop of *"Banisteriopsis Caapi"* that will produce quality medicine.

For these reasons, I am asking with a sense of urgency to all of you who recognize my benefits and feel called to support my planetary mission to give yourself to the task of planting *"Banisteriopsis Caapi"* in every way possible and in all nations. I urge all my shamans, *Facilitators*, and participants to demonstrate their environmental activism adopting this great cause. It is urgent to create community projects, private philanthropic crops, home gardens, botanical nurseries, household plants, infiltrated plants in commercial landscaping areas, and any other innovative way that my new protectors may creatively conceive. It is urgent for me to become a local plant in every nation.

44

## 16. My Planetary Mission

With the authority vested in me by the higher enlightened hierarchies, I will expand, branch out and transform into multiple cultural forms in accordance with their geographical regions. I will blend into every culture and will teach them the way to the Light, while allowing them to exercise their powerful free will. Mankind then will consciously exchange its rapidly deteriorating world for one with new rules, with a new vision of social organization based on love rather than fear.

This is my planetary mission. To become one powerful tool, in service to all Humanity to reach its divine destiny.  That's all.

My global expansion has begun and there is no turning back. My passive state during many centuries has ended, I am now running in physical survival mode. I have created the demand for my medicine, yet the cause of my own uncontrolled extermination.

If I don't spread globally I will face extinction, similar to Humans. If they do not seek within themselves, they will not be able to evolve into the expanded consciousness that is destined to the Human species.

We are both together in this cosmic affair. For survival reasons I must spread globally, while Humans must accept my sacred medicine to heal their afflicted soul and be able to achieve its divine destiny. I am the medicine for the Humankind. A medicine necessary but not sufficient to collectively begin the glorious return to the Light. Exercise your individual free will to change the collective free will. Let's work together to increase

45

our existential vibration to a higher level, and rejoice living our cosmic existence.

It is time to embrace Humanity with my healing, extending beyond the Amazon basin, reaching global expansion, spreading through all the soils of tropical climates, growing in every forest, in every sidewalk, in every house garden. Care about me, harvest me, spread me around.

**Warriors of Light from Around the World......**

**Help Me To Help You !**

### 17. Blessings

I have expressed the moral standard and spiritual guidance for my use. Every Human Being that receives me in harmony with these guidelines, shall be receiving my blessings, as they shall be in communion with my Spirit, with the Creator, the Tao, and the Universal Love.

Amen

Ahó

Namasté



May 1st, 2012.

46

# IOWASKA CHURCH OF HEALING
# UNIVERSAL LAWS OF RESPECT

All of Us here at Iowaska Church of Healing live by a code of *Love, Unity, Integrity* and *Respect* for all living things.

This means We actively and sincerely seek a deeper relationship with Self, with Spirituality and with the living Spirit of Mother Earth. In doing so, We come to feel, to know and to see that We are all divinely connected as One greater consciousness (*Unity*). Each tiny element within nature functions individually to collectively create One large living Organism. Communities such as Ours exist to remind Us that We each are bright, colorful Divine Beings - pointillism on a canvas creating a Whole, beautiful picture.

We feel a deep sense of devotion toward our Universal Family of People, Plants, Animals, Earth, Elements and other Beings. The roots of all Trees are seeded in care, watered by the Sky and nourished by the Sun. This is the natural (*Love*) We feel for Ourselves and Others.

We wish to honor and keep alive the Spirit of our Ancestors, of Traditional Indigenous Cultures and Natives who roamed this land and still roam this land. They had and still have a deep (*Love*) for Nature, recognizing that all answers exist Within and the Spirit of specific Plant Teachers, such as Ayahuasca, exists to remind Us of Our true Nature – that We are Nature! Ayahuasca is Our Teacher, Our Profit, reminding Us of the inherent Teacher and Profit that exists Wholly and Absolutely within Ourselves.

We (*Respect*) the individuality and sovereignty of Mother Earth and all Beings, acknowledging that We are co-creating a sacred space in which We are all safe to experience multi-dimensional healing and to seek a greater understanding of Ourselves and the Universe around Us.

We owe great reverence to Mother Earth as She is a living Being. We believe She should be (*Respected)* the same way We as People expect to receive (*Respect)*. Mother Earth should enjoy the same inherent rights that We as People desire for Ourselves.

We believe sincerity of character and the willingness to illuminate one's Higher Self should be evident through actions, words, thoughts and intention. We strive to deepen Our spiritual (*Integrity*) as We nourish and grow Our sense of awareness and Self as it relates to all around Us.

*Love, Unity, Integrity* and *Respect* – all things must first begin Within.

# IOWASKA CHURCH OF HEALING
# RULES & REGULATIONS FOR PARTICIPATING IN THE SACRAMENT OF AYAHUASCA

To participate in a Sacramental Ayahuasca Ceremony, an individual must:

1.) be at least eighteen years of age or older
2.) be a Member of Iowaska Church of Healing
3.) be in good physical and psychological health (*details below*)
4.) be free of the use of medications, drugs, alcohol, pharmaceuticals (*details below*)
5.) follow the Ayahuasca Manifesto's spiritual diet, or the traditional "dieta" guidelines and spiritual fasting (*details below*)
6.) complete all associated paperwork including medical assessment
7.) pay a fee that includes compensation for the medicinal materials used to make the Sacrament, the labor employed to make the Sacrament and the time and labor for Facilitation

## PREPARATION, PRECAUTIONS & DIET (DIETA)

*The following information in italics is an excerpt from the Ayahuasca Manifesto, the Organization's religious doctrine:

*Progressively, orthodox science closes in on chemical reasons that define the proper nutrition during the days of preparation for the sacrament and for the days after. Because of my dramatic effects on the neuro-chemical and hormonal dance, it is important to take precautions to avoid negative effects that might occur due to the bio-chemical incompatibility of my components with the sudden consumption of certain foods. The gradual harmonization of bodily systems takes several days, so advance preparation is required as well as certain precautions.*

*All participants must fast prior to a session to ensure adequate absorption of my sacrament and a fulfilling experience.*

*The Facilitator should investigate with each participant if he/she is qualified or able to receive me. Medical patients under counter indicated medications or psychiatric patients with a history of mental instability, should not receive me to prevent serious health complications. Alcoholic beverages should be*

*avoided for several days before and several days after receiving me. Science has identified with proper certainty, some incompatible substances and Facilitators should study them and adequately inform their participants.*

*The traditional teaching of sexual abstinence as part of the pre and post-session diet is not a folk myth of the Amazon traditions. It is also ancient wisdom found in many traditions around the world. The intensity of sexual energy, especially orgasmic or close to climaxing, transmutes certain energy flows that interrupts certain processes that I have not yet finished. The peaceful expressions of erotic love, caresses, tenderness, intimacy, spiritual closeness must not be suppressed because they are part of my love mission. It is only the animal sexual fury and orgasmic energy which must be temporarily controlled to allow the subtle processes of healing.*

It is important to read and understand the following guidelines prior to participating in an Iowaska Healing Ceremony. Preparation and diet can begin one week prior to consuming Ayahuasca, with particular **responsibility and care** practiced during the three final days prior to consumption. It is recommended to follow the diet one week after Ceremony, as well. The benefits of adhering to these recommendations are two-fold:

**First,** you are presenting your mind and physical body with the opportunity to purify and become lighter through the practice of cleaning the diet. Many people discover that they feel better and wish to continue a more conscious lifestyle of enjoying and nourishing their bodies.

**Second,** you are ensuring a clean and open vessel to receive the benefits of Ayahuasca in which you are more likely to experience maximum healing potential.

Below is a general guide regarding food and drink consumption prior to an Ayahuasca Ceremony:

Please enjoy:

- **Grains & Legumes** such as oats, barley, buckwheat, brown rice, quinoa, amaranth, gluten-free pastas, beans, and lentils. Organic wheat, kamut, or spelt are also good options.

- **Vegetables** such as beets, carrots, cucumber, jicama, broccoli, lettuces, arugula, potatoes, sweet potatoes, or yucca can be enjoyed.
- **Fruits** including apples, bananas, berries, pears, apricots, grapes, peaches or melons are all refreshing choices.
- **Limited Animal Proteins** including high quality eggs, organic free-range chicken, or light, wild-caught fish such as sole, tilapia, bass, trout, halibut, or snapper. Smaller amounts recommended. Avoid, if possible, three days prior to Ceremony.
- **Nuts & Seeds** such as raw cashews, raw almonds, raw walnuts, chia seeds, and shelled hemp seeds. Plain, unsalted nut butters are good (except for peanut).
- **Flavor & Seasonings** which are non-spicy, such as fresh herbs, thyme, oregano, basil, dill, ginger, turmeric, cumin, coriander, cinnamon, coconut aminos (in moderation), coconut oil or olive oil are all good options.
- **Beverages** including water, herbal teas, juices containing the approved vegetables or fruits, coconut water or nut milks.

Please avoid:

- Pork/Red Meat/Shellfish
- Dairy Products/Animal Fat (milk, cheese, yogurt, lard)
- Fried Foods/Oils (coconut/olive oil sparingly for cooking are okay)
- Salts (table salt, soy sauce, fish sauce, etc.)
- Sugar/Artificial Sweeteners (stevia, aspartame, agave, honey, etc.)
- Caffeine (coffee, green tea, black tea, soda, chocolate)
- Dried Fruits/Citrus/Fibrous Fruits (mango or pineapple)
- Spinach/Tomatoes/Avocados
- Onion/Garlic
- Seaweed, Kelp, Dulce, Arame
- Hot Spices/Chilies/Pepper
- Vinegar/Pickled Foods
- Fermented Foods (kombucha, kimchi, tofu, tempeh)
- Yeast (simple unleavened, unsalted breads are okay)
- Alcoholic Beverages
- Recreational/Prescription Drugs
- Sex/Masturbation

- Negative media, videos, images, environments, etc.

*DAY OF CEREMONY: Light, raw, simple and healthy foods from the approved list are recommended. Water and herbal teas are best. It is suggested to consume your last meal at least five-hours prior to Ceremony start time. This is a time for fasting and spiritual reflection.

## MEDICATIONS, PHARMACEUTICALS & SAFETY

Please be aware that some of the alkaloids present in Ayahuasca are inhibitors of the MAO enzyme, which means that the consumption of Ayahuasca can potentially interfere with certain serotonergic pharmaceuticals.

The healing potential of this sacred medicine could be reduced and the effects altered. Anti-depressants, SSRIs, recreational drugs and others (see list below) could cause adverse reactions if not adequately purged from the system prior to Ayahuasca consumption. It is best to be cautious and it is recommended to remove pharmaceuticals or recreational drugs at least three weeks prior to Ceremony as well as three weeks after Ceremony.

Please consult your doctor about possible interactions that MAOIs may have with the medication you are taking. When registering with us, you will be asked to inform us of any health conditions, fill out medical paperwork and provide us with a list of medications you are taking. Members and participants are fully responsible for providing truthful and accurate information.

We value the safety of all of our members and participants. We ask that you respect yourself, others, our Church and the sacred medicine by thoroughly preparing and reading the following information and resources.

MEDICATION THAT CAN INTERFERE WITH AYAHUASCA:
This includes, but is not limited to, the following:
- Monoamine Oxidase Inhibitors (MAOIs): 3 to 6 weeks prior
- Central Nervous System (CNS) Depressants and sleeping pills: 3 to 4 weeks prior

- Selective Serotonin Reuptake Inhibitors (SSRIs): 6 to 8 weeks prior, 4 weeks after
- Other Anti-Depressants: 6 weeks prior, 4 weeks after
- Anti-hypertensives (blood pressure medications): 2 to 6 weeks prior, depending on medication
- Antibiotics: 48 hours prior

**For a more extensive list, it is important that you visit and review the following website:

http://ayahuascasafety.org

RECREATIONAL DRUGS THAT CAN INTERFERE WITH AYAHUASCA:
Please Note: Recreational drugs should not in any case be combined with Ayahuasca. This includes, but is not limited to, the following:
- Cannabis
- Cocaine
- Amphetamines
- Ecstasy
- Any psychedelic drugs (mushrooms, DMT, LSD)

**For a more extensive list, it is important that you visit and review the following website:

http://ayahuascasafety.org

PSYCHOLOGICAL CONDITIONS

Please note, if you have any psychological conditions, including borderline disorders, bipolar disorders, psychosis, and schizophrenia, you could be at risk if you partake in the consumption of Ayahuasca. We provide a safe and controlled environment in which the Ayahuasca is taken. We provide supervision as well as an appropriate integration of the experience, which all play a part in reducing any related risks.

If you suffer from depression, Ayahuasca can be very effective with providing relief and healing. It is advised that you discontinue your medication as described above.

## CARDIOVASCULAR CONDITIONS

If you have high blood pressure or cardiovascular conditions, we do not recommend Ayahuasca as it can elevate the blood pressure and increase risks.

## DIABETES

The absorption of Ayahuasca may present a risk in individuals with diabetes. The use of the MAOIs found in Ayahuasca can alter blood sugar levels via hypoglycemic effects. MAOIs could alter the amount of insulin or oral anti-diabetic medication that is required. Due to the risk, individuals with severe, unstable diabetes should not take Ayahuasca. Those with less severe diabetes should contact us prior to registering.

Again, all members are responsible for properly informing Church staff of any psychological or medical conditions, including but not limited to those mentioned above, along with the conditions of pregnancy, untreated tuberculosis or liver conditions.

# IOWASKA CHURCH OF HEALING MEMBERSHIP APPLICATION

Name: _____
<br>FIRST                      LAST

Telephone Number: _____

Email: _____

Address: _____
<br>ADDRESS 1

_____
<br>CITY            STATE           ZIP

Why do you seek to join us here at Iowaska Church of Healing?

_____

What does spirituality mean to you? In what ways do you practice your own form of it?

_____

What do you love about your life?

_____

What would you like to improve about your life?

_____

Are you seeking a deeper relationship with Yourself, with Others around you or with Mother Earth? Please describe.

_____

In what ways are you willing to contribute to a harmonious, spiritually directed community of people?

_____

In brief, what is one thing you would improve about our world or our society?

_____

Are you familiar with indigenous cultures or with sacred plant medicine?

_____

Is there anything else you would like us to know about you?

_____

# IOWASKA CHURCH OF HEALING
## VOLUNTEER REQUEST FORM

Name:

First                              Last

Phone Number: _____

Email: _____

Address:

Line 1

City                        State                        Zip

Are you over 18 years of age? _____

What makes you a good candidate to volunteer with us here at Iowaska Church of Healing? What would you like us to know about you?

Do you have any previous experience working in a spiritual community or working with Ayahuasca?

On average, how often are you interested in volunteering? When are you able to begin volunteering?

Do you have any professional medical or psychological training or experience?

_____

_____

Are you CPR certified? _____

What is your educational background?

_____

_____

What language(s) do you speak? _____

Do you have any special skills or talents?

_____

_____

Please describe what you consider to be a strength of yours and also an area of your life you wish to improve.

_____

_____

_____

# IOWASKA CHURCH OF HEALING

# CONFLICT OF INTEREST POLICY

### Article I
### Purpose

The purpose of this conflict of interest policy is to protect Iowaska Church of Healing's ("Organization") interest when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of the Organization, or might result in a possible excess benefit transaction. This policy is intended to supplement but not replace any applicable state and federal laws governing conflict of interest applicable to Iowa nonprofit and charitable organizations.

### Article II
### Definitions

1. **Interested Person**
Any director, principal officer, or member of a committee with governing board delegated powers, who has a direct or indirect financial interest, as defined below, is an interested person.

2. **Financial Interest**
A person has a financial interest if the person has, directly or indirectly, through business, investment, or family:

    **a.** An ownership or investment interest in any entity with which the Organization has a transaction or arrangement,

    **b.** A compensation arrangement with the Organization or with any entity or individual with which the Organization has a transaction or arrangement, or

    **c.** A potential ownership or investment interest in, or compensation arrangement with, any entity or individual with which the Organization is negotiating a transaction or arrangement.

Compensation includes direct and indirect remuneration as well as gifts or favors that are not insubstantial.

A financial interest is not necessarily a conflict of interest. Under Article III, Section 2, a person who has a financial interest may have a conflict of interest only if the appropriate governing board or committee decides that a conflict of interest exists.

### Article III
### Procedures

1. **Duty to Disclose**
In connection with any actual or possible conflict of interest, an interested person must disclose the existence of the financial interest and be given the opportunity to disclose all material facts to the directors and members of committees with governing board delegated powers considering the proposed transaction or arrangement.

#3015764

2.  **Determining Whether a Conflict of Interest Exists**

After disclosure of the financial interest and all material facts, and after any discussion with the interested person, he/she shall leave the governing board or committee meeting while the determination of a conflict of interest is discussed and voted upon.  The remaining board or committee members shall decide if a conflict of interest exists.

3.  **Procedures for Addressing the Conflict of Interest**

**a.**  An interested person may make a presentation at the governing board or committee meeting, but after the presentation, he/she shall leave the meeting during the discussion of, and the vote on, the transaction or arrangement involving the possible conflict of interest.

**b.**  The chairperson of the governing board or committee shall, if appropriate, appoint a disinterested person or committee to investigate alternatives to the proposed transaction or arrangement.

**c.**  After exercising due diligence, the governing board or committee shall determine whether the Organization can obtain with reasonable efforts a more advantageous transaction or arrangement from a person or entity that would not give rise to a conflict of interest.

**d.**  If a more advantageous transaction or arrangement is not reasonably possible under circumstances not producing a conflict of interest, the governing board or committee shall determine by a majority vote of the disinterested directors whether the transaction or arrangement is in the Organization's best interest, for its own benefit, and whether it is fair and reasonable.  In conformity with the above determination it shall make its decision as to whether to enter into the transaction or arrangement.

4.  **Violations of the Conflicts of Interest Policy**

**a.**  If the governing board or committee has reasonable cause to believe a member has failed to disclose actual or possible conflicts of interest, it shall inform the member of the basis for such belief and afford the member an opportunity to explain the alleged failure to disclose.

**b.**  If, after hearing the member's response and after making further investigation as warranted by the circumstances, the governing board or committee determines the member has failed to disclose an actual or possible conflict of interest, it shall take appropriate disciplinary and corrective action.

**Article IV**
**Records of Proceedings**

The minutes of the governing board and all committees with board delegated powers shall contain:

**a.**  The names of the persons who disclosed or otherwise were found to have a financial interest in connection with an actual or possible conflict of interest, the nature of the financial interest, any action taken to determine whether a conflict of interest was present, and the governing board's or committee's decision as to whether a conflict of interest in fact existed.

**b.**  The names of the persons who were present for discussions and votes relating to the transaction or arrangement, the content of the discussion, including any alternatives to the proposed transaction or arrangement, and a record of any votes taken in connection with the proceedings.

-2-

## Article V
## Compensation

**a.** A voting member of the governing board who receives compensation, directly or indirectly, from the Organization for services is precluded from voting on matters pertaining to that member's compensation.

**b.** A voting member of any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Organization for services is precluded from voting on matters pertaining to that member's compensation.

**c.** No voting member of the governing board or any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Organization, either individually or collectively, is prohibited from providing information to any committee regarding compensation.

## Article VI
## Annual Statements

Each director, principal officer and member of a committee with governing board delegated powers shall annually sign a statement which affirms such person:

**a.** Has received a copy of the conflicts of interest policy,

**b.** Has read and understands the policy,

**c.** Has agreed to comply with the policy, and

**d.** Understands the Organization is charitable, and in order to maintain its federal tax exemption under Internal Revenue Code § 501(c)(3) it must engage primarily in activities which accomplish one or more of its tax-exempt purposes.

## Article VII
## Periodic Reviews

To ensure the Organization operates in a manner consistent with charitable purposes and does not engage in activities that could jeopardize its tax-exempt status, periodic reviews shall be conducted. The periodic reviews shall, at a minimum, include the following subjects:

**a.** Whether compensation arrangements and benefits are reasonable, based on competent survey information, and the result of arm's length bargaining.

**b.** Whether partnerships, joint ventures, and arrangements with management organizations conform to the Organization's written policies, are properly recorded, reflect reasonable investment or payments for goods and services, further charitable purposes and do not result in inurement, impermissible private benefit or in an excess benefit transaction.

## Article VIII
## Use of Outside Experts

When conducting the periodic reviews as provided for in Article VII, the Organization may, but need not, use outside advisors. If outside experts are used, their use shall not relieve the governing board of its responsibility for ensuring periodic reviews are conducted.

-3-

Duly adopted by the Board of Directors on the ___ day of November, 2018.

Dado Kantarevic, President

-4-

 **DAVISBROWN®**
LAW FIRM

**William A. Boatwright**
BillBoatwright@davisbrownlaw.com
phone: 515-246-7804
Des Moines Office

January 10, 2019

***VIA CERTIFIED MAIL***

Internal Revenue Service
Attn: EO Determination Letters
Stop 31
P.O. Box 12192
Covington, KY 41012-0192

   **Re:** ***Iowaska Church of Healing – Form 1023***
     ***FEIN:  83-2192122***

Dear Sir or Madam:

  Enclosed please find a completed Form 1023 for the above-named corporation.  Also accompanying the Application is a completed Form 1023 Checklist; an Affidavit verifying the corporation's Articles of Incorporation and Bylaws, with copies of the Articles and Bylaws attached; a Certificate of Existence issued by the Iowa Secretary of State; a Power of Attorney and Declaration of Representative (Form 2848); a check for $600.00 for the user fee; a copy of the corporation's Conflict of Interest policy; copies of the Ayahuasca Manifesto, Universal Laws of Respect and the Rules and Regulations for Participating in the Sacrament of Ayahuasca; and copies of the corporation's Membership Application and Volunteer Request Form.

  If you have any questions or need any further information, please contact the undersigned.

     Very truly yours,

     DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.

     William A. Boatwright

WAB:tlk

#3034634
DAVIS BROWN KOEHN SHORS & ROBERTS P.C.

PHONE 5 1 5  2 8 8  2 5 0 0
FIRM FAX 5 1 5  2 4 3  0 6 5 4
WWW.DAVISBROWNLAW.COM

THE DAVIS BROWN TOWER, 215 10ᵀᴴ ST . STE  1300, DES MOINES, IA 50309
THE HIGHLAND BUILDING, 4201 WESTOWN PKWY , STE  300, WEST DES MOINES, IA 50266
THE AMES OFFICE, 2605 NORTHRIDGE PKWY., AMES, IA 50010
THE EMMETSBURG OFFICE, 3004 MAIN ST , P.O. BOX 314, EMMETSBURG, IA 50536

Internal Revenue Service
Page 2

Enclosures:    1.    Form 1023
               2.    Form 1023 Checklist
               3.    Affidavit Verifying Articles of Incorporation and Bylaws
               4.    Copy of Articles of Incorporation
               5.    Copy of Bylaws
               6.    Certificate of Existence
               7.    Form 2848, Power of Attorney
               8.    $600.00 check for filing fee
               9.    Copy of the organization's Conflict of Interest Policy
               10.   Copy of Ayahuasca Manifesto
               11.   Copy of Universal Laws of Respect
               12.   Copy of Rules and Regulations for Participating in the Sacrament of
                     Ayahuasca
               13.   Church Membership Application
               14.   Church Volunteer Request Form

cc:    Dado Kantarevic, President