

**Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities**
PO Box 2508
Cincinnati, OH 45201

IOWASKA CHURCH OF HEALING
4114 27TH ST
DES MOINES IA  50310

Date:
July 3, 2019
Employer ID number:
83-2192122
Person to contact / ID number:

Contact telephone number:
513-
Contact fax number:
855-775-7261
Response due date:
July 31, 2019

Dear Applicant:

**Why you are receiving this letter**

We need more information to consider your determination letter request.

**What you must do**

Please provide the information requested and follow the submission instructions. You must submit your response by the due date above.

**If you don't respond**

If you don't respond to the Information Request by the due date, or don't provide all the requested information, we may close your case without making a determination. If so, we won't refund any user fee you paid, and you'll need to submit a new request and any applicable user fee payment if you want us to reconsider your request. Alternatively, if you haven't established that you meet the requirements for exemption for the subsection requested, we may make an adverse determination.

In addition, if you don't provide the requested information by the due date, you may lose your rights to get a declaratory judgment. Under Internal Revenue Code (IRC) Section 7428(b)(2), you must exhaust all administrative remedies available to you within the IRS before a court will issue a declaratory judgment about your exempt status. This requirement means you must take all reasonable steps in a timely manner to secure a determination under IRS procedures, including providing the information we need to act on your request. If you fail to timely provide the requested information, you may lose your rights to obtain a declaratory judgment under Section 7428.

**Additional information**

Letter 1312 (Rev. 4-2017)
Catalog Number 35163W

IOWASKA CHURCH OF HEALING
83-2192122

If you have questions or need additional time to respond, call me at the number at the top of this letter. If you have concerns after speaking with me, you can call my supervisor ▮▮▮▮▮▮ at 513-▮▮▮▮▮▮.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit taxpayeradvocate.irs.gov or call 1-877-777-4778.

                                                                         Sincerely,

                                                      Exempt Organizations Specialist

Enclosure:
Information Request

IOWASKA CHURCH OF HEALING
83-2192122

## Information Request
## First Request

**Information we need to make our determination**

Include the following declaration with your response, signed and dated by an officer, director, trustee, or other governing body member (not an authorized representative). You can sign and date the statement below or reproduce it in the body of your signed response. The declaration must accompany responses per Revenue Procedure 2018-5 (updated annually).

*Under penalties of perjury, I declare that I have examined this information, including accompanying documents, and, to the best of my knowledge and belief, the information contains all the relevant facts relating to the request for the information, and such facts are true, correct, and complete.*

1. Please submit a representative sample of the content on your website.

2. The copy of your Articles of Incorporation submitted with your application does not show evidence of being filed with the State of Iowa, please submit a filed copy.

3. List each activity that you conduct along with the percentage of time devoted to the activity. The total percentages should equal 100%.

4. You stated in Form 1023 that you are actively seeking property to build a permanent facility, have you located a permanent location for your activities? Explain in detail.

5. You indicated in Form 1023 that the income listed on line 9 of Form 1023 is derived from fees paid by church members to participate in your monthly weekend ceremonies. Each member will pay $900 in 2019 with increases of 10% and 15% in subsequent years. Are only formal members permitted to participate in the weekend church ceremonies? Explain in detail.

6. You stated in Schedule A of Form 1023 that you hold church services every Sunday afternoon, are these services different from the monthly weekend ceremonies referenced in item #5 above? Please explain in detail.

7. What is your average attendance at the Sunday services?

8. You stated that you plan to operate in Iowa and have a second location in Florida because all of your officers/directors live in Florida. Are your Sunday services held in Florida? Do members attend services in person or virtually? Explain in detail.

9. Provide a schedule of activities for your planned weekend ceremonies/retreats.

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W

IOWASKA CHURCH OF HEALING
83-2192122

4

10. Submit a fee schedule for the retreats that you offer.

11. Have you conducted any retreats to date? If so, please list the number of retreats, the number of participants in each retreat and the fees paid by the participants.

12. Article II of your Bylaws state that prospective members must submit an application and other paperwork to be reviewed and approved by designated Church staff, who are the designated Church staff? Also, describe the review/approval process including the criteria applied in the decision.

13. Your Founder, Dado Kantarevic, is classified as a designated director. Under the provisions of Bylaws, he cannot be removed from his position unless the Bylaws are amended. However, under Article X of the Bylaws, he would have to approve any amendments. Therefore, for all practical purposes he cannot be removed from his position. In addition, under Article V, he has approval authority over a wide range of your activities. Why has been Mr. Kantarevic been granted such broad powers over your operations?

14. What is the status of your religious exemption application with the DEA?

**How to submit the requested information (do's and don'ts)**

- **Don't include** any personal identifying information like bank account or social security numbers that could result in identity theft or other adverse consequences if publicly disclosed. If we approve your application for exemption, we're generally required by law to make the application and the information you submit in response to this letter available for public inspection. If you have questions about the public inspection of your request or other documents, please call me.

- **Do include** the following declaration with your response, signed by one of your principal officers or directors:

    **Under penalties of perjury, I declare that I have examined this request, or this modification to the request, including accompanying documents, and to the best of my knowledge and belief, the request or modification contains all the relevant facts relating to the request, and such facts are true, correct, and complete.**

- **Do attach** a copy of the cover letter to your response. This enables us to quickly and accurately associate your response with your case file.

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W

IOWASKA CHURCH OF HEALING
83-2192122

- **Do fax or mail** your response to:

| **Fax:** | **US Mail:** | **Street Address (delivery service):** |
|---|---|---|
| 855-775-7261 | Internal Revenue Service | Internal Revenue Service |
| ATT: Diane Gentry | Exempt Organizations | Exempt Organizations |
| Room 6403 | P. O. Box 2508 | 550 Main Street |
| Group 7821 | Cincinnati, OH 45201 | Cincinnati, OH 45202 |
| | ATT: Diane Gentry | ATT: Diane Gentry |
| | Room 6403 | Room 6403 |
| | Group 7821 | Group 7821 |

- **Don't provide** multiple copies of your response. Providing more than a single response may result in unnecessary delays in processing your response. We must process, assign, and review each piece of correspondence submitted (whether fax or mail).

- **Do allow** adequate processing time if you want to call to verify we received your response. If you fax your response, allow a minimum of three workdays from the day you fax it. If you mail your response, allow a minimum of seven workdays from the day you mail it.

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W