

**William A. Boatwright**
BillBoatwright@davisbrownlaw.com
phone: 515-246-7804
Des Moines Office

July 25, 2019

TE/GE PROCESSING
RECEIVED

JUL 26 2019

INTERNAL REVENUE SERVICE
Cincinnati, OH

***VIA COURIER***

Internal Revenue Service
Exempt Organizations
550 Main Street
Cincinnati, OH 45202
ATT: ████████████
      ████████████

> **Re:   *Iowaska Church of Healing – Form 1023***
>         ***FEIN:  83-2192122***

Dear ████████:

    We are forwarding Iowaska Church of Healing's (the "Organization") response to your letter and Information Request dated July 3, 2019, a copy of which is attached. The Organization's responses to your inquiries are provided in the same order in which they appear in the Information Request.

    I believe that the Organization has now fully responded to the Information Request, but if you should need any further information in order to issue the Determination Letter, please contact me. My direct dial number is (515) 246-7804.

    Thank you for your assistance.

Very truly yours,

DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.

William A. Boatwright

WAB:tlk
Enclosures

cc:   Dado Kantarevic, President

#3089351
DAVIS BROWN KOEHN SHORS & ROBERTS P.C.

PHONE 515.288.2500        THE DAVIS BROWN TOWER, 215 IOᵀᴴ ST., STE. I300, DES MOINES, IA 50309
FIRM FAX 515.243.0654     THE HIGHLAND BUILDING, 420I WESTOWN PKWY., STE. 300, WEST DES MOINES, IA 50266
WWW.DAVISBROWNLAW.COM     THE AMES OFFICE, 2605 NORTHRIDGE PKWY., AMES, IA 50010
                          THE EMMETSBURG OFFICE, 3004 MAIN ST., P.O. BOX 314, EMMETSBURG, IA 50536

Joint Appendix Exhibit 7, Page 1 of 55

**IOWASKA CHURCH OF HEALING**
**FEIN: 83-2192122**

**RESPONSE TO INFORMATION REQUEST DATED JULY 3, 2019**

1. *Please submit a representative sample of the content on your website.*

Please see the enclosed printed pages of the organization's entire website contents. Much of the web content is derived from *The Ayahuasca Manifesto* spiritual text, a copy of which was enclosed with the originally filed exemption application.

2. *The copy of your Articles of Incorporation submitted with your application does not show evidence of being filed with the State of Iowa, please submit a filed copy.*

The organization's Articles of Incorporation were filed electronically with the Iowa Secretary of State's office on September 24, 2018 at 4:29 p.m.. The copy of the Articles that was submitted as part of the original exemption application was complete and contained the Secretary of State's filing acknowledgement and date stamp on the page immediately following the signature page. A copy of the organization's Certificate of Existence issued by the Iowa Secretary of State was also submitted, which confirms the September 24, 2018 date of incorporation. You may also access a copy of the organization's file-stamped Articles of Incorporation on the Iowa Secretary of State's website using the following search link: https://sos.iowa.gov/search/business/search.aspx. You may search the site using the organization's name or corporation number, which is 583338.

The organization is now also authorized to do business in the State of Florida. It filed its *Application by Foreign Not for Profit Corporation for Authorization to Conduct its Affairs in Florida* with the Florida Division of Corporations on March 13, 2019, and thereafter received its Certificate of Authority to operate there as of March 19, 2019. A copy of the Certificate of Authority and cover letter is enclosed.

3. *List each activity that you conduct along with the percentage of time devoted to the activity. The total percentages should equal 100%.*

Weekend Ceremonies and Services – 2 weekends per month: **40%**

Spiritual meditation, prayer and preparation for weekend Ceremonies and Services – 2 weekends per month: **10%**

Email preparation, paperwork and phone correspondence with prospective Members: **20%**

Spiritual coaching and continued integration with Members on the phone or in person on a weekly basis: **15%**

#3090981

Site cleaning, maintenance, supply shopping, travel, meal preparation: **10%**

Record keeping, documentation, legal correspondence, planning: **5%**

As noted in the organization's original exemption application, the organization has extended invitations to Veterans/Wounded Warriors and is in contact with individuals and organizations to facilitate offering free Ceremonies to Veterans. A Veteran accepted the organization's invitation for free Ceremonies to be held one weekend in July, but later declined to attend due to a schedule conflict. Paperwork is in place to begin accepting and documenting this process.

The term "integration" means the process of helping a member more fully understand and appreciate his or her spiritual journey. It is somewhat akin to "debriefing" and involves listening to the member's interpretation of his or her experience during the Ceremonies. It is also an opportunity to facilitate the member's application of his or her spiritual insight to his or her everyday life upon returning home. Integration is one of the primary services held on Sunday mornings, but it is also an ongoing process designed to provide the member with the utmost understanding of his or her purpose and to incorporate this expanded knowledge into his or her daily activities.

The organization has not yet begun to present seminars or other public programming yet, but intends to do so in the coming months as time and resources allow.

**4. *You stated in Form 1023 that you are actively seeking property to build a permanent facility, have you located a permanent location for your activities? Explain in detail*.**

The organization has not yet identified a property upon which to build a permanent facility, and is currently holding Ceremonies in the State of Florida on private property owned by one of its directors. The location is very tranquil and secluded and offers an outstanding physical space for conducting Ceremonies. The property has private bedrooms and bathrooms, kitchen facilities, a large room for holding indoor Ceremonies and ample outdoor space for afternoon Ceremonies. The organization is exploring the possibility of either purchasing or leasing the property from its director and, if it does do, will ensure that the purchase or rental amount is no more than market value, and will follow its Conflict of Interest Policy in evaluating the possibility. The organization has also met with a number of banks in Iowa and Florida to discuss financing opportunities for its permanent church facilities.

As noted in the organization's originally filed exemption application, the organization anticipated that it would first establish its primary location in the State of Iowa and would later expand its operations to Florida. Since filing the application, however, the organization and its legal counsel determined that Iowa law is unsettled with regard to the legality of the use of Ayahuasca in religious ceremonies, and that it would be prudent to first establish a physical location in Florida until there is greater clarity with respect to Iowa law. As in the United States Supreme Court case styled *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418 (2006), Florida has a state-level version of the federal Religious Freedom Restoration

Act of 1993 ("RFRA"), which is codified at Florida Statutes §§761.01 - 761.061.  Like the RFRA, which was central to the Supreme Court's 2006 opinion, Florida law provides that government should not substantially burden the free exercise of religion absent a compelling governmental interest for doing so, and that when it does it should be done using the least restrictive means.  The Florida Statute goes so far as to require the government to pay a prevailing plaintiff's legal fees and costs in any action or proceeding to enforce a provision of the Florida law (FLA. STAT. §761.04 (2018)).

Unlike Florida, Iowa has no state-level version of the federal RFRA.  During the last legislative session, bills were introduced in the Iowa House of Representatives (HF 258) and Senate (SF 508) that would have adopted a state version of the RFRA as part of Iowa Code Chapter 675 but the bills never advanced to a floor vote in either chamber.  As a result, the only religious exemption to Iowa's Controlled Substances Act is for peyote, and only for its use in bona fide religious ceremonies of the Native American Church (IOWA CODE § 124.204(8)).  The organization's legal counsel has contacted the Iowa Board of Pharmacy and the Iowa Attorney General's office to discuss the organization's ability to conduct its Ceremonies in Iowa, and will continue to pursue specific authorization.

The organization's legal authority for conducting its spiritual activities in Florida is bolstered by the fact that the United States Supreme Court in the *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal* case did not require the respondent church to first apply for or secure a religious exemption from the federal Controlled Substances Act from the DEA prior to requesting judicial relief in order to exhaust its administrative remedies.  This fact was central to a Native American Church's successful challenge to a "ripeness" argument made by the government in *Oklevueha Native American Church v. Holder*, 676 F.3d 829 (9th Cir. 2012).  In addressing the government's argument that the plaintiff church had erred by failing to first apply for a religious exemption from the federal Controlled Substances Act ("CSA") before seeking judicial relief, the 9th Circuit Court of Appeals stated that:

> Likewise, we are unpersuaded by the Government's assertion that Plaintiffs' request for prospective relief is unripe because Plaintiffs did not request an exception to the CSA from the DEA … [t]he Government argues that we should require Plaintiffs to exhaust this administrative remedy, because doing so would allow the DEA to apply its expertise to Plaintiffs' claim, possibly moot the case if the claim is granted, and help build a record for judicial review.

> We decline, however, to read an exhaustion requirement into the RFRA where the statute contains no such condition, see 42 U.S.C. §§ 2000bb - 2000bb-4, and the Supreme Court has not imposed one. Indeed, the Supreme Court has reviewed a RFRA-based challenge to the CSA without requiring that the plaintiffs first seek a religious use exemption from the DEA.  *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal (citations omitted).*  In doing so, it recognized that RFRA "plainly contemplates that *courts* would recognize exceptions [to the CSA] - that is how the law works."

3

*Oklevueha Native American Church*, 676 F.3d at 838.

In summary, there was legal certainty in first establishing the organization in Florida while working towards approvals in Iowa from the necessary regulatory agencies. The organization believes that having its § 501(c)(3) Determination Letter and religious exemption from the DEA will facilitate its ability to secure the requisite approvals from Iowa authorities to conduct spiritual services in its home state.

**5.  *You indicated in Form 1023 that the income listed on line 9 of Form 1023 is derived from fees paid by church members to participate in your monthly weekend ceremonies. Each member will pay $900 in 2019 with increases of 10% and 15% in subsequent years. Are only formal members permitted to participate in the weekend church ceremonies?  Explain in detail.***

When the organization submitted its exemption application, it anticipated that it would hold its Ceremonies on a monthly basis. In actuality, however, the organization has been holding them twice a month since the first Ceremonies were held during the month of May. In 2019, Members pay $333 per Ceremony. The organization offers three Ceremonies for the duration of the weekend. If a Member participates in all three Ceremonies, he or she will pay $1,000. This fee includes indoor accommodations, beds, showers, cleaning, healthy meals per our spiritual diet, hands-on energy healing, close care and attention, spiritual services and coaching, integration and follow-up. At its discretion, the organization has offered reduced rates to those experiencing financial hardship. The organization will continue to offer this. In addition, as noted above, the organization has extended invitations to Veterans to attend free Ceremonies, and will continue to do so in the future.

Only formal Members are permitted to participate in weekend Ceremonies. This means they must have registered via the organization's website as a Member and/or paid the one-time membership fee of $60. At its discretion, the organization has waived the membership fee for those experiencing financial hardship. Members must formally agree to abide by and respect the organization's spiritual diet preparation and health practices prior to participating in Ceremonies. An individual or individuals from the organization's Board must have reviewed and approved the prospective Member's paperwork and/or had an in-person meeting or telephone conversation with him or her.

**6.  *You stated in Schedule A of Form 1023 that you hold church services every Sunday afternoon, are these services different from the monthly weekend ceremonies referenced in item #5 above?  Please explain in detail.***

The Sunday afternoon services are part of each of the weekend Ceremonies. With a growing membership base, the organization hopes to offer church services every Sunday in the near future. Currently, services are offered two weekends per month. The entire weekend, which consists of Friday evening through Sunday afternoon, is expanded worship. Sacred Ceremonies are held Friday and Saturday. Sunday morning through Sunday afternoon consists of a post-Ceremonial Integration service in which all members are welcome, not just those who

4

participated in the weekend's Ceremonies.  Members can even join virtually through phone or video call at no additional charge. Members share a meal, integration, prayer, communion and departure blessings.

7. *What is your average attendance at the Sunday services?*

Average attendance for Sunday services is four to five Members and two Healers.  Most Members who attend the Sunday services also participate in one or more Ceremonies held on Friday and Saturday.

8. *You stated that you plan to operate in Iowa and have a second location in Florida because all of your officers/directors live in Florida.  Are your Sunday services held in Florida?  Do members attend services in person or virtually?  Explain in detail.*

As detailed in the response to item 4, the organization established its Florida location first and will expand its activities to Iowa when it has assurances that the use of Ayahuasca for religious purposes is properly authorized in that state.  As a matter of correction of the government's statement, two of the organization's directors live in Iowa and three live in Florida.

All of the organization's services, including its Sunday services, are held in Florida.  Members must attend the Ceremonies in person to receive the Sacrament of Ayahuasca.  All Members, however, can participate in the Sunday Integration services in person or via telephone or video call.

9. *Provide a schedule of activities for your planned weekend ceremonies/retreats.*

-Arrive & Check-In: **Friday at 4 pm**

-Meet & Greet, Spiritual Coaching, Preparation & Meditation: **4-7pm**

-Friday evening Ceremony: **start between 7-8pm; end between midnight and 2am**

-Check-in and Snack/Meal: **between midnight and 3am**

-Saturday morning Meal, Meditation & Spiritual Coaching: **6-10am**

-Saturday outdoor nature Daytime Ceremony: **start 11am; end 4pm**

-Meal, Rest & Reflection: **4-8pm**

-Saturday evening Ceremony: **start 9pm; end 2am**

-Check-in and Snack/Meal: **between 2 and 3am**

-Sunday morning Meal, Service, Sacred Music, Communion & Integration Circle: **9am – 1pm**

5

-Check-Out/Departure Blessing: **Sunday post Integration Service**

*For additional details regarding Ceremony preparation and rituals, please see Section E, P. 7 and Pages 9-11 of the originally filed Statement Attached to and Made a Part of Form 1023.*

10. ***Submit a fee schedule for the retreats that you offer.***

One-time Membership Fee: $60

Friday Night Ceremony: $333

Saturday Daytime Ceremony: $333

Saturday Night Ceremony: $333

Additional Private Ceremony (Optional): $800

As noted above, at the organization's discretion it has waived the membership fee for those experiencing financial hardship and/or reduced Ceremonial fees.

As also noted above, the Ceremony fees include indoor accommodations, beds, showers, cleaning, healthy meals per the organization's spiritual diet, hands-on energy healing, close care and attention, spiritual services and coaching, integration and follow-up.

At Iowaska Church of Healing, the numerology of "333" has spiritual significance. It represents the holy union of mind, body and spirit, which Members experience through the sacred Ceremonies.  The number 33 is the age at which Christ was crucified and resurrected and we believe this has direct significance to our 33 vertebrae which when activated creates a spiritual/kundalini awakening or resurrection, all of which one can experience through the organization's sacred Ceremonies.

11. ***Have you conducted any retreats to date?  If so, please list the number of retreats, the number of participants in each retreat and the fees paid by the participants.***

To date, the organization has conducted five Ceremonial retreats.  The Church currently has 20 Members, four of whom have attended multiple retreats.  Member/Participant and fee information are as follows:

**May 2019**:

**Weekend Ceremony 1:**
Member/Participant #1: $1,000; waived membership fee
Member/Participant #2: $1,000; waived membership fee

6

Member/Participant #3: $1,000; $60 membership fee; $800 one additional private ceremony

**June 2019:**

**Weekend Ceremony 1:**
Member/Participant #1: $320 reduced rate; waived membership fee
Member/Participant #2: Waived all fees
Member/Participant #3: Waived all fees

**Weekend Ceremony 2:**
Member/Participant #1: $1,000; $60 membership fee
Member/Participant #2: $1,000; $60 membership fee
Member/Participant #3: $1,000; returning Member

**July 2019:**

**Weekend Ceremony 1:**
Member/Participant #1: $1,000; returning Member
Member/Participant #2: $1,000; returning Member
Member/Participant #3: $200 reduced rate; returning Member
Member/Participant #4: Waived all fees

**Weekend Ceremony 2:**
Member/Participant #1: $1,000; $60 membership fee
Member/Participant #2: $500 reduced rate; $60 membership fee
Member/Participant #3: $1,000; $30 reduced membership fee
Member/Participant #4: Waived fee; $60 membership fee

12. ***Article II of your Bylaws state that prospective members must submit an application and other paperwork to be reviewed and approved by designated Church staff, who are the designated Church staff?  Also, describe the review/approval process including the criteria applied in the decision.***

Prospective members must fill out a Membership Application and pay a one-time Membership Fee of $60 (unless waived or reduced).  The Membership Application is reviewed by the President and Vice President (the Church's Lead Healers).   The review takes into consideration whether the Application questions were answered with appropriate care and attention.  Answers must echo sincerity of thought and spiritual reflection, indicating an earnest desire to be a part of a growing spiritual community in which each Member is seeking personal growth. The individual's personal need for spiritual healing is considered, along with their willingness to explore new avenues of evolution.  Membership exploration and/or acceptance is accompanied by an email, text or phone call.

13. ***Your Founder, Dado Kantarevic, is classified as a designated director.  Under the provisions of Bylaws, he cannot be removed from his position unless the Bylaws are amended. However, under Article X of the Bylaws, he would have to approve any amendments.***

7

*Therefore, for all practical purposes he cannot be removed from his position.  In addition, under Article V, he has approval authority over a wide range of your activities.  Why has Mr. Kantarevic been granted such broad powers over your operations?*

Mr. Kantarevic has been granted broad powers over the organization by design and in accordance with Iowa law.  Iowa Code § 504.809(1) provides that a designated director such as Mr. Kantarevic may only be removed by an amendment to a non-profit corporation's Articles of Incorporation or Bylaws deleting or changing the designation.  Iowa Code § 504.1031 provides that an amendment to a non-profit corporation's Articles of Incorporation or Bylaws may be conditioned on the approval of a specified person or persons other than its board of directors.

Mr. Kantarevic is the founder of the organization and its Lead Healer, or "Shaman".  He is extremely concerned with the organization's well-being and longevity and therefore desires to maintain control over significant decisions that could affect either.  As the Lead Healer, he believes that he was selected for this role in divine fashion and that he is personally responsible for the church's actions and teachings.  He is also aware that the use of Ayahuasca may hold some allure for unscrupulous individuals who desire to exploit the sacrament for financial gain or who will misrepresent it as a recreational drug, therefore diminishing the dignity of the sacrament and the church's doctrine.

14.   *What is the status of your religious exemption application with the DEA?*

The organization submitted its request for religious exemption from registration under the Controlled Substances Act to the DEA Diversion Control Division on February 28, 2019.  The request also included a complete copy of the organization's Form 1023.  The organization's attorney contacted Ms. Sarah Boblenz of the United States Department of Justice by e-mail on June 27, 2019 to request a status report on the application's review.  Ms. Boblenz responded to this e-mail on July 17, 2019 and noted that the review of the application is still in progress.  A copy of the e-mail exchange between the organization's attorney and Ms. Boblenz is enclosed.  The organization hereby consents to the government contacting Ms. Boblenz or other Department of Justice personnel directly to confirm these facts if it so desires.

Under penalties of perjury, I declare that I have examined this request, or this modification to the request, including accompanying documents, and to the best of my knowledge and belief, the request or modification contains all the relevant facts relating to the request, and such facts are true, correct and complete.

Dado Kantarevic, President

8

*WEBSITE CONTENTS*

Welcome to Iowaska Church of Healing

Mission

To inspire individuals to seek and embrace authentic, self-realized healing of the mind, body and spirit through the use of sacred, indigenous plant-medicines.

Iowaska Church of Healing offers its members access to spiritual growth, development and healing through the sacred Sacrament of Ayahuasca provided under the guidelines of North and South American Indigenous traditions and cultural values.

We are here to offer information and support to all participants of our sacred Ayahuasca Healing Ceremonies. We are here to provide relevant mental, emotional and spiritual integration to each participant who seeks help. Support will be offered on an ongoing basis to individuals seeking further integration as they return to their daily routines in hopes of implementing and maintaining healing and higher levels of consciousness.

We encourage our members to connect with their unique journey of self-discovery while providing the means to grow in awareness of limiting beliefs, allowing for the deconstruction of unhealthy patterns and the realization of positive solutions.

Our Church would like to inspire participants to discover their inherent nature and achieve harmony with Self, Others and Mother Nature through the expansion of human consciousness.

Our Church is here to provide individuals the opportunity to connect and strengthen the local community by providing public wellness events and workshops for the purposes of education regarding sacred indigenous culture and practices honoring Mother Earth.

To offer members a supportive environment in which they have the option to access supplemental healing modalities, including but not limited to the following:

Mental Health Counseling

Health/Wellness Coaching

Spiritual/Intuitive Coaching

Bodywork/Massage

Energy Healing/Reiki

Group Meditation

Hypnotherapy

Sound Healing Therapy

Vision

Imagine a world in which the universal human desire to love, connect and experience Oneness is fully embodied. This world and this journey begins within.

Our Church envisions a world in which our connection as Divine Beings is realized. We are each Spirits of love with a responsibility to spread light and awareness. This very light and awareness is the fuel that will support the continued existence of our Mother Earth (Pachamama).

We believe our Mother Earth is a living, spiritual organism deeply connected to our existence and experience as human beings. Mother Earth, the environment and all living creatures and beings are a web of connected energy. Our collective healing and awakening is essential to the survival of all beings. We are all responsible for creating and maintaining a harmonious existence.

You are the creator of your life, your experiences and your inner world. What you create from the inside manifests on the outside. The time for personal evolution and transformation is now. Iowaska Church of Healing is here to support you with your choice to seek love and light within Yourself. We are here to encourage you on your process of healing, connection and self-discovery.

Values

Our church and our work is guided by our beliefs and commitments to these six core values

Inclusiveness

We respect every individual while valuing diversity and equality

Openness

We are committed to a culture of truth, collaboration, love and teamwork

Preserve Ancient Wisdom

We are keepers of Mother Earth (Pachamama) and the great wisdom it contains. We believe in the traditions of Indigenous peoples and we believe in passing on these traditions. We are passionate about re-awakening others to the God-given rights of joy and wellbeing, which can all be accessed through the sacred Sacrament of Ayahuasca

Heal With Integrity

We are passionate about providing a safe environment in which people from all walks of life can seek a greater understanding of themselves, the world around them and access multi-dimensional healing

Leave It Better Than You Found It

Since we are all divinely connected, we strive to positively impact others and ourselves, including Mother Earth and Father Sky. "As Above, so Below. As Within, so Without. As the Universe, so the Soul."

Keep It Real

We are mindful of cultivating a world in which relationships are authentic, beginning with our relationship with Self

Universal Laws of Respect

All of Us here at Iowaska Church of Healing live by a code of Love, Unity, Integrity and Respect for all living things.

This means We actively and sincerely seek a deeper relationship with Self, with Spirituality and with the living Spirit of Mother Earth. In doing so, We come to feel, to know and to see that We are all divinely

connected as One greater consciousness (Unity). Each tiny element within nature functions individually to collectively create One large living Organism. Communities such as Ours exist to remind Us that We each are bright, colorful Divine Beings – pointillism on a canvas creating a Whole, beautiful picture.

We feel a deep sense of devotion toward our Universal Family of People, Plants, Animals, Earth, Elements and other Beings. The roots of all Trees are seeded in care, watered by the Sky and nourished by the Sun. This is the natural (Love) We feel for Ourselves and Others.

We wish to honor and keep alive the Spirit of our Ancestors, of Traditional Indigenous Cultures and Natives who roamed this land and still roam this land. They had and still have a deep (Love) for Nature, recognizing that all answers exist Within and the Spirit of specific Plant Teachers, such as Ayahuasca, exists to remind Us of Our true Nature – that We are Nature! Ayahuasca is Our Teacher, Our Profit, reminding Us of the inherent Teacher and Profit that exists Wholly and Absolutely within Ourselves.

We (Respect) the individuality and sovereignty of Mother Earth and all Beings, acknowledging that We are co-creating a sacred space in which We are all safe to experience multi-dimensional healing and to seek a greater understanding of Ourselves and the Universe around Us.

We owe great reverence to Mother Earth as She is a living Being. We believe She should be (Respected) the same way We as People expect to receive (Respect). Mother Earth should enjoy the same inherent rights that We as People desire for Ourselves.

We believe sincerity of character and the willingness to illuminate one's Higher Self should be evident through actions, words, thoughts and intention. We strive to deepen Our spiritual (Integrity) as We nourish and grow Our sense of awareness and Self as it relates to all around Us.

Love, Unity, Integrity and Respect – all things must first begin Within.

Church Doctrine

The basis of our doctrine comes from the well-known Ayahuasca Manifesto – a channeled document detailing the beautiful Spirit of Ayahuasca and its planetary mission. This doctrine covers the role of Ayahuasca with human beings and the expansion of consciousness. It describes the sacred nature of this

medicine, its uses, its benefits, cultural background and application. We refer to it for guidance and a continued reminder on conducting sessions, preparation, diet, management of the sacrament and much more.

"My sacrament is only one of so many expressions of religiousness in Humans. It is an affirmative expression of surrender to his/her spiritual nature; it is an act of bravery and conviction to reach out towards the central Light of all existence."

"It is time to embrace Humanity with my healing, extending beyond the Amazon basin, reaching global expansion, spreading through all the soils of tropical climates, growing in every forest, in every sidewalk, in every house, garden. Care about me, harvest me, spread me around. Warriors of light from around the world, help me to help you!"

Our Team

Iowaska Church of Healing was founded by Family, with Family and upholding Family values. Our Team is a Family of Healers. Love between us is the seed that sprouted this beautiful tree. Love for all beings, care for our earth and a passion for healing are all elements that comprise the Central Sun within our Church. We are the grounded roots of a tree offering direction, stability, compassion, love and healing to those who seek a deeper sense of Self and connection.

Our Family has journeyed individually and collectively on many different paths of healing, becoming experienced in a variety of traditional and non-traditional modalities, many of which we have used with our clients and in our own individual lives. Each of our branches have lead us to one path, uniting with the beautiful Sacrament of Ayahuasca. We have experienced first-hand the profound transformation, healing and growth that this sacred plant-medicine has to offer. It is our passion to be able to share it with you.

Our Team is comprised of Spiritual Leaders, Ministers, Healers, Ayahuasca Facilitators, Doctors and more.

"My sacrament is only one of so many expressions of religiousness in Humans. It is an affirmative expression of surrender to his/her spiritual nature; it is an act of bravery and conviction to reach out towards the central Light of all existence."

–Ayahuasca Manifesto

About Ayahuasca

THE SPIRIT OF AYAHUASCA

*The following information is from the Ayahuasca Manifesto: The rights of translation to other languages and any type of printed publications are the only ones retained. The information and text contained in this work is a gift to Humankind, for which this belongs to the public domain and can therefore be unconditionally copied, reproduced and/or distributed partially or totally provided it is made electronically and never in printed form.

I am the spirit of Ayahuasca. For the first time I reveal myself through the "Word" to make an emergency call to all the Human Beings of the planet, especially to the Light seekers, as I must expand beyond the Amazon river basin.

With my physical expansion I intend to facilitate the spiritual transformation currently stirring the Human species, while I also secure my physical survival which is at risk, as my blessed Amazonian protectors have not understood the danger to which they expose me, aggressively harvesting me, without new sowings.

I leave the Amazon risking my own existence like other botanical species, to leap into the project I was created for, by the central sun of all the existence, name it as you may prefer, I am at its service. I send this correspondence at this historical moment to contribute to the expansion of the Human consciousness in a definitive and significant way, honoring the universal Light that guides my Being. For the first time, with the interest created by my shaman emissaries, and with the new means of mass media and transportation available, I can potentially reach the whole planet to celebrate and proclaim our cosmic existence. I am alive, to give with crude realism, universal love to all the Human Beings who request it from the depth of their souls.

I am a spirit of spirits. I operate from a vibration superior to the spirits who compose me. I am of a hierarchy superior to that of the spirit of Ayahuasca ("Banisteriopsis Caapi ") and of the underestimated Chacruna ("Psychotria Viridis"). I am the medicine resulting from the mixture of Ayahuasca and

Chacruna. Although they give me the name of one of them, my sacred magic does not come from either one of them. My magic resides in the synergy created by the sacred mixture. Science will spend many years searching, unsuccessfully, the mechanisms that I use to act upon Human consciousness. They are surprised by my power, that it does not come from crystal DMT alone, or from harmaline, or from other molecules that compose me. I am the mixture in its natural state, crude and basic, bio-electrically loaded without industrial processing. Such is my spirit manifesting here today, shedding Light to the confusion that surrounds me.

I thank all the "curanderos" that for so many centuries have welcomed me within them, and thanks to all my protectors who presently export me towards all the corners of the planet. I honor the Amazonian tradition here by using my common name of Ayahuasca, but only for linguistic convenience as I am also the spirit of the Yagé, Pilde, Dápa, Pandé, Hoasca, Kahiriama, Natema, Caapi, Mado, Ñucñu-huasca, Shimbaya-huasca (Quechua), Kamalampi, Punga-huasca, Rambi, Shuri, Nishi, Oni, Shillinto Natema, Mi-hi, Amarronhuasca, Inde-huasca, Shuri- fisopa, Shuri-oshinipa, Napi, and the Nepe.

AYAHUASCA'S ROLE IN THE EXPANSION OF HUMAN CONSCIOUSNESS

During these times of globalized consciousness, I come to assist certain little known processes of the Human genetic code, the DNA. Specific subatomic codes that are inaccessible from the third dimension are becoming active. We know that it is not possible to read them, because it was already demonstrated by the "Uncertainty Principle" that has much perplexed the scientific logic. I activate codes that command the dimensional deployment of our bioelectric body.

New capacities of expanded consciousness are being experienced by millions of people throughout the planet. It started with those most fortunate; those with less stress, the most sensitive, those enjoying relative safety and comforts. But later on, it will be imminent and inescapable; this experience will gradually touch everyone else until it reaches the most oppressed and underprivileged souls.

Many Human Beings have already acquired technical knowledge about me, thanks to the scientists that opened up to experiencing me inside their own brains, where they were able to observe themselves instead of observing others as they were trained to do. Now they know about the bridge that empowers me. The botanical-glandular connection (that temporary molecular communion between plants and Humans), is a cosmic bridge, a shortcut that takes the Light to its destiny via its molecular door. In this way, I am much more transformative, than those who attempt to take it through the treacherous five senses, traversing the marshes of the mind, enslaved by the Human ego.

The codes of four (4) that make up the three-dimensional DNA are mere mathematical results of much more complex interactions of energies that occur in higher dimensions. The expansion of the individual Human consciousness consists in living its cosmic existence beyond its three-dimensional physical limitation, with a very subtle vehicle capable of moving consciously at will, even while in the company of others vibrating in the same channel. It is the next evolutionary leap of the Human species; the three-dimensional physical expression of the Human evolution has been completed. The physical evolution for the Human species as we know it, it's over. Its divine patterns have fully unraveled; as the last fold of a rolled up carpet, the great physical creation has been displayed. Now we are at the genesis of a new phase, the return to the fountain of creation, the rediscovery of the life source, be it father/mother whichever way they choose to name it. The return ride on that same flying carpet is now accomplished consciously; unlike its trip of departure where it journeyed rolled up inside and in the center of the crease; uncomfortable, unconscious and unaware. The physical evolution has ended and the spiritual evolution has just begun. The only experience left to live is the cosmic existence lived through our Humanity, consecrated to our new vehicle of Light.

This is my time to embrace the planet. It is my duty. My mission. What I was created for. I now become a protagonist after remaining in the shadows for thousands of years guarded by my indigenous protectors. They now travel around the world raising awareness about my benefits. It is my duty to assume new cultural expressions, very different from those of my beloved guardians of the forest. The rituals, the "icaros", the "dietas", and related knowledge should be preserved as an endowment of world heritage. A legacy to the Universe.

Similarly, my new ways of expression, the manifestations that are taking shape in different world cultures should also be respected and recognized. I am already manifesting new urban modalities and forms like never before. My spirit exists beyond the forms, beyond the cultures, beyond man himself. I am connected to the spirit of the planet and beyond, cosmically up to the central sun of all the existence. Just like the sun with its life giving warmth I should be equally available to everyone.

Ayahuasca's Purpose

*From the Ayahuasca Manifesto:

AYAHUASCA'S PURPOSE WITH HUMAN BEINGS

I am at the service of those Human Beings who are open to benefit from me. We find each other when vibration harmonics of a higher level click; then the encounter manifests in third dimension. Important inner transformations occur in the Humans that open up to feeling intensively and more profoundly what they have been already feeling more subtly and even unconsciously. With them I manifest at the required intensity to help them ascend and soar, strongly and swiftly, but also lovingly without hurting them. These are physically, emotionally and spiritually overwhelming lessons necessary to assist them to crack their cosmic egg shell, their astral cocoon. Those who want to search and develop the desire to follow me and then flourish dimensionally are those Humans that have felt a profound difference in the intimacy of their own. They experience sensations of maladjustment, of detachment, and a suspicion that something strange is happening. Yes, no doubt there is something happening. The DNA is unfolding and starts manifesting certain nonlinear phenomena that change the Human awareness of the world. Some subjective experiences that need to be understood are:


An intuition or feeling that this physical world is a kind of huge holographic illusion, but you cannot reconcile the contradictions as it clashes with everyday life.

Feeling misunderstood by their inner circle of relatives and friends when sharing with them his/her new inner or spiritual pursuits.

Having a special yearning to see the awakening of your beloved ones, as if wishing that they could be saved from their own trivial tendencies.

Seeing how certain past traumas and buried conflicts, veiled for a long time, will now occasionally surface yearning for resolution and feeling that we need to get them out of the way that your soul wants to follow.

Feeling that certain activities that at other times we sought with fervor and longed for, are now seen with little interest, for example:
(a) Having a vibrant social life,
(b) Delighting in the effects of alcohol, while acting
trivial, shallow and only skin deep,
(c) The habit of telling "little" lies when convenient or
when there is no chance of being proven wrong.

The sacred purposes of my ritual use are simply universal love and healing.

The principles of my sacred intention are:


(a) the expansion and illumination of Human consciousness

(b) the discovery and healing of psychological blocks

(c) the discovery and healing of physical diseases

(d) receiving information that is relevant to spiritual development.


Healing Benefits

*From the Ayahuasca Manifesto:


The time has come to clearly expose and declare the benefits and value of my healing properties. The benefits are obvious and evident for those that open themselves to receive and enjoy them. However, third party observers are limited to only seeing the effects of those who live the experience. Without the benefit of their own experience, they invariably put limits on the limitless. The scientific community is always curious, willing, and available to design empirical models for my validation. But the policy making that control the financial funding of scientific research projects is focused in other priorities. The political establishment is clearly more interested in my repression than in my expansion.


My benefits can be grouped in four broad categories:


1)   Spiritual Catalyzer


Spiritual Healing– The most important of all my benefits is my spiritual healing. I clear spaces of unconscious darkness. I untangle knots in your most basic neuro-programming, even that one that impacts your entire existence and you are not even aware of. I show you features which you had failed to see because your vision is blurred by the fog of your own limitations. This is when you are able to tune-in with my vibration and you finally allow me to directly touch not only your spirit but your whole make-up as well; mental, emotional, and physical, in addition to other idiosyncrasies. That is when we are One. That is when you should be prepared with your purest intention, to open up to the most intimate and incisive honesty that you have ever lived with yourself. This is the cosmic solitude. Nobody knows. No one finds out; you are on your own. It is all about what is clear and evident within you before the Light. I lead you to discover your inner truth. Once in this place within you, you need to flow with maximum sensitivity to discover your faith in me, to trust me, to listen, to feel, to understand what I bring to you. It is in this state that I transfer information between subatomic regions. Your inner Light increases, your awareness expands, and certain DNA codes unfold and are activated. This is where you can see the consequences in this life; realities that you created using your free will. Here you will find an enormous opportunity to re-live, to accept, to forgive and to express. These are the healing spiritual processes that I have stored, awaiting for you.

If you want to return to the Light, you can only do it by following back the path that took you here. There is no shortcut to the Light, you just need to return as the pure child that originally left. I am offering you the most powerful spiritual healing tool to return to the Light. It is the most powerful medicine that ever existed; nothing else will ever surpass the direct route of the botanical— glandular bridge. All the other benefits are in one way or another, by-products of the spiritual healing.

Experiencing the Divine Presence— I can manifest within you in accordance with your limited Human concepts about divinity. I can be Buddha to the Buddhist, Allah to the Muslim, and Jesus to the Christian. In the same way, that for many centuries, I have been Pachamama (Mother Earth) for my Amazon protectors. I can also manifest with neutral divine properties free of any earthly image, concept or precept. I can temporarily fill your existential void for God, fulfilling your need for Light, while at the same time healing your energy deficiencies inside your soul. It is a subatomic healing way beyond your comprehension, gifts from above to clear your pathways back to the Creator. Take advantage of these encounters with me, challenge your Human doubts. Question, seek, and complain. Ask for divine justice, ask for enlightenment in your mind; ask for peace in your soul. Demand answers. You will be opening up certain channels that will be used at that moment or later on.

Discovery of Spiritual Connections— Divine connections with me can make you understand certain attachments in your life. This can be unprecedented knowledge. You may find with remarkable certainty that in some other place or time you have had another type of life, probably linked to other persons currently close to you. Incomprehensible connections with parents, mothers, brothers, children that in another time were another person in another place. You may discover that a neighbor or coworker of today, in another time was a son or a sister. These are transpersonal connections that exist in a different dimensional plane and I provide you access to that awareness. Think, observe, and be amazed at the inherent complexity of your spiritual life. Your inner Light needs to tell your ego structure that it will never be able to understand your divine nature, and that your divine nature can definitely understand your ego structure. Make sense of your world with those people considering who they were in that other time. This will help you to better understand who you are in your present time, more deeply, transcendentally, transpersonally.

Psychic Awakening— This life may have not allowed you the expression of certain psychic abilities that reside in you in a dormant state. A part of you may have remained slumbering, and is waiting for the opportunity to awaken in you; making you a whole and more capable Human Being; not neglecting, but better connected with your divine nature. Since family environments rarely support psychic expressions in children, fearful emotions take over and suppress these natural talents. I can release these talents from your subconscious prison, letting them to run free towards your conscious free will, claiming

acceptance and recognition. Receive them, appreciate them, ask for understanding in your inner sanctum. Fill your inner space with loving feelings and good intentions to dissolve your fears while discovering, grasping and engaging your talents. Only your own inner Light can guide you towards the brighter Light, only the Light can guide you to the Light. There are no shortcuts or detours; you are already Light, and you own the talents to expand it within you. Awaken, open your arms and rejoice. You are all love, and fear does not fit in you.

Effect of Immersion with Mother Earth (Gaia)– At some point while you receive me, your five senses will open further in a sort of cosmic mode instead of "locally". Instead of perceiving fragmented bits and pieces of sensory information, these are received as gestalts of pure awareness in a way that blends with the totality of all existence. You will feel like part of your immediate surroundings participating with the dynamic Earth, of the infinite Universe. This awakening of your cosmic nature is a powerful tool for managing your own ego structure. Ego is always seeking its permanence in your soul and will never cease to sabotage your spiritual aspirations, as your awakening will diminish the its authority over your Human machine. The goal with this wonderful feeling is to make the quantum leap from the temporary feeling sensation of "I feel like part of" to the permanent conviction of "I am part of".

2) Existential Wisdom

Meaning of Life– This kind of experience with me is a spontaneous one, resulting from the right temporary tuning of your entire Being. I can dissolve the feeling of existential confusion that everyone has to some degree. You will awaken to the realization of the place you occupy in your world today. In awareness of the great cosmic scheme, all becomes meaningful for the first time, something significantly new to your inner self. At this point you accept, understand and internalize this reality. This is not a crazy hallucination, it is a significant vision. The meaning of your life is not only beyond eternity, it is also into each micro moment of your daily life. Open your heart and flow in the river of love. You cannot understand the meaning of life with your brain; you can only feel it in your heart.

Accelerated Maturity– Human life has several stages very well known by the elderly that have lived them. Life experiences such as shock, surprise, pleasure, pain and physical aging will create attitudes towards life. Maturity is the degree of gained wisdom that seeks to survive the hardship of physical existence. Maturity is your wisdom to accept what you cannot change and change what you can control. Maturity is a captain who does not allow mutiny in his/her inner world. It is a matter of awareness. I can give you the depth of awareness that only years of experience can give you. This acceleration of maturity, this growth, is of great benefit for improvement and happiness in your life. A youngster with the maturity of an adult, and further, an adult with the maturity of an elder, brings to the world, an

elder in happiness and wisdom. Once there, you are well prepared for your transition to the higher planes.

3) Physical and Emotional Healing

Cleansing and Energy Balancing– Those that are in their path to the Light and also care for their own physical and emotional health, consistently receive cleansing and balancing of their subtle energy bodies, leaving in them a sense of physical wellbeing and relief, as if a heavy weight had been lifted from their shoulders. This energy balancing is partially produced by the physical cleansing that also occurs in all your vital organs, after they expel its toxins through the various channels of your amazing excretory system. The resulting harmony is "the energy balancing" or "the cleansing". Your physical body now operates closer to its intended genetic design.

Recalling Repressed Memories– I can open up repressed memories from your subconscious when it is required in your healing process. Certain memories are locked away for your own protection by wonderful systems designed to secure your physical survival and the continuity of the species. But this mechanism has an existential cost. Huge spaces get trapped like very tight knots of energy, and when these are released with my help, not only do you remember the repressed memory but also create the possibility of integrating this newly released space into your now greatly enhanced spiritual health. This recollection brings you a totally unexpected gift, an unknown, but deep spiritual satisfaction. This discovery is followed by your reinterpretation of the history of your own personal development. Then you can see how your paradigm shifts as you fit-in the new piece of the "puzzle of self knowledge".

Memories of Other Lives– I can give you access to memories of other lives. Frequently your next advancement requires that you gain deep understanding of strong emotions like attachments or repulsion to certain people, issues or life events. I shall be there for you. This is where the previously unexplainable becomes obviously evident. You feel amazement when you fully understand how a life in another time influences your present life. An indescribable experience for some, unbelievable for others, it invariably neutralizes the energies of excessive attachment or repulsion arising from another dimension, from those atemporal nonlinear connections. This neutralization is the quantum mechanical result of the power of consciousness, sparked when fully realizing the experience.

I also awaken memories of other lives for different purposes. Certain deeply ingrained character traits or existential anxieties might have its origin in other lives. The mere awareness of this perspective provides a new landscape of yourself, thus allowing for a better management of these inclinations and/or

predispositions on your pilgrimage towards your spiritual development and maturity.

Health Improvement and Healing of Diseases and Ailments– Countless testimonies of permanent healing and dramatic improvements to health have been documented. Many conditions have healed completely or improved significantly faster than it would without my help and intervention. It is known that diseases originate from energy imbalances in the deeper dimensions that eventually manifest as physical disease. This is how I heal common conditions. And when allowed by certain cosmic laws I can also heal or substantially improve conditions where conventional science has been unsuccessful. Similarly I can catalyze remissions and reversal of progressive processes considered by many to be irreversible. The pharmaceutical industry has studied me in detail for clues that might provide for drug development within their chemical-mechanistic model.

Antidepressant Properties– I can temporarily entune the neuro-chemical dance of your out-of-phase brain. I can train it even for several days to flow in the way that it is capable of; feeling peace and internal balance, something experienced by many for the first time in their lives through me. Participants were unaware that there was such a state of serenity that they can now aspire to. This pattern will be a registered standard against which future experiences can be compared.

When you become clearly aware of the out-of-phase state you were immersed into, unconscious mechanisms are activated seeking to harmonize and synchronize with such previously unknown vibe. This is more easily achieved when you add your conscious will to return to a more serene space. Returning to a depressed state after my short term effects should be acknowledged as an existing depressive condition prior to my arrival. Many will mistakenly argue that I induced them into a depressive state, when in fact they gained a deeper awareness of their own self.

4) Behavior Modification Tool

Addiction Management– Science has been able to accept my skillfulness in the healing of physical addictions. Even the traditional scientific method was able to validate my power in this health issue. For science, these results are mere statistics, a cause and effect. The healing, however, comes from the spiritual realms and not from the removal of molecular blockages in the conventional sense. The healing from addictions occurs at the spiritual level, which is metaphysical in nature and blueprints the causality of subatomic particles. The metaphysical healing harmonizes and reorganizes the chemical correspondence which will finally reflect as a behavioral change. It is only here where true healing can occur. When the addict is ready to see, acknowledge, and accept, his/her will is strengthened and the

addictive mechanical programming is weakened. I can penetrate the depths of his/her being and teach him/her to see what is required for this awakening. This awakening is his/her healing. This is where he/she accepts responsibility and from this point he/she gains the balance and strength to better manage behavior. Otherwise, the powerful programming entrenched deep in the reptilian brain will continue to dominate the Human machine sowing frustration in the conscious personality of anyone that tries and longs unsuccessfully to change their addictive behavior. Addictions will effectively block any spiritual development; it is of upmost importance to identify and remove them with urgency. Most addictions do their limiting work without any resistance from the victim. Many are ignored by the victim because they adapt to them and make them part of their lives. Illegal addictions are only a small fraction of all addictions. Addictions to legal substances and to legal compulsive behaviors are widely spread in the planet and keep Humankind under a cloak of darkness, which justifies my purpose to bathe them in Light.

Lifestyle Transformations– The scheduled and predictable life that Humans lived in the twentieth century is disappearing. The social idea of acquiring a trade or profession for life, planning for retirement and hoping to reach old age with a pension, belongs to the past. Past patterns of life are increasingly disrupted, thus forcing a transformation of life styles towards new, unknown and unpredictable horizons. The notion of social security that many have lived is just a fond memory in these times of transition to other models of living. Marital unions and separations, moving to a new country or culture, transitioning from student to workforce; childbirths or passing on of close ones, are all examples of life being transformed dramatically. Many participants that receive me while going through one or more of these processes develop greater adaptability to change and gain a wider perspective of their own lives. I can activate the existential wisdom necessary to assist high-level transitions and allowing a successful journey in the path of life.

Creativity Booster– Observer participants found a practical application to the passive receptivity state they attain when they receive me. The profound sensory experience that I offer them, combined with the conscious intention of creating Human art forms, allows these Observers to reap, capture, or recall creative production of images, sounds and word that become tangible and manifest during my visit. Painters, music arrangers, composers, filmmakers, novelists, screenwriters, as well as intellectuals and scientists seeking conceptual discoveries continue to reap these benefits. As I help them with their practical goals, I remain waiting for them to become Spiritual or Explorer participants. This benefit also helps the other types of participants, which I describe next, who to a lesser extent also improve their lives.

In short, I will lovingly take you to your true self, to your dark side, to your hidden limitations. Sometimes I'll do this with drama, power, fear, pain, but never to an extent you cannot tolerate. I will never give you experiences beyond your ability to tolerate them. Trust me, it is necessary to take you to

the edge of your tolerance or resistance; only then is transformation possible. The evolution. The maturing of the cosmic cocoon. The birth into a new universe. I am medicine. Medicine for the healing of the soul and body. For those who understand, I am here to serve.


Visions

*From the Ayahuasca Manifesto:


AYAHUASCA VISIONS & YOUR THIRD EYE


I have the ability to temporarily increase the natural capacity of man to have visions. Envisioning is a brain activity very different from hallucinating. Hallucination arises from the distortion in the transmission of optical images or of their interpretation once they are received. Hallucinations are meaningless, they are entirely sensorial, and leave no transcendental memories in the Human consciousness. Science itself has not completely understood the Human experience of having visions. No one knows where the digital screen is, or in what medium does anyone see the images that come through the lens of the eye. It resembles today's Human video technologies where the optical image is inverted by the lens and hits the retina, then fades into a billion electrical signals, then disappears through bundles of elongated organic cables, that inexplicably reach some abstract virtual screen somewhere, that gives you a glimpse of something out there, that seems to match what you feel is physical reality. Despite the mysterious nature of the sense of vision, from the five senses, this is the one that provides greater security and trust to the Human Being. Anything that is visible to the eyes, is considered real and obvious. Visions caused by the third eye are very different to the ones produced by the other two, although they are processed by the brain in a very similar fashion. Contrary to hallucinations, visions bring a sense of confidence and certainty for those who experience them. The visions I give you are real to your inner world, whether they are literal or symbolic.


Although I carry hallucinogenic properties, such is not the main gift I have to offer. There are hundreds of hallucinogen agents in the planet, but only a handful of "visiogens", those powerful tools that open new inroads towards the Light. The hallucination is entertainment, the vision is virtue.


The third eye, or pineal gland, is your gateway to heaven. You should take care of it as you do with the lungs, caring about the air you breath and like your nutrition when you avoid certain unhealthy substances. Your soul expects you to know, train, and keep that eye healthy. That eye that sees into the darkness of the ventricle that has visions every night and leaves traces in the memory of sleep.



That eye that is named as if it were etheric in nature. The third eye is not only a "chakra" operating in another level, but also has rudimentary retina, cornea and light receptors, as well as the other two eyes. That eye is physically real. But, it is an organ that no one speaks about at school or in private. Is it not coincidence that its place is secretly protected in the geometric center of your skull.

Take care of your pineal gland, learn about its structure and its functioning according to conventional science. Notice how it calcifies over the years. Research and find home remedies for detoxifying it. Create awareness of your pineal gland.

Your First Time

WHAT TO EXPECT FOR YOUR FIRST TIME

This is not to color your experience before it occurs, but is a brief highlight of things that may (or may not) come into your awareness during the journey, and some other tips/notes.

Maintaining your center, grounding, and finding your breath are useful methods for navigating areas that may be perceived as uncomfortable or unusual.

Some people like to go into the experience holding a specific intention in heart and mind. We like to go into the journey with the intention to learn, grow, and heal, without predetermining any way in which that could present itself so as not to limit the experience.

Depending on your metabolism, the effects of the Ayahuasca can start coming on anywhere between 15 minutes to two hours, but generally between 30-60 minutes. That is, you must give it time to assimilate in your system. Sitting upright/in meditation if possible/comfortable during this time is useful. The entire journey can last anywhere from 3-5 hours, with four hours being the average (usually with a noticeable coming up and down).

You may not "feel" / "see" anything; you may feel heavy or want to rest/sleep. Take rest, and allow your subconscious to work with the Ayahuasca.

You may not vomit, but there will be a "purge" in some other fashion (bathroom, sweating, crying, yawning, laughing, etc). However, if there is an urge to vomit, do not resist it – it may come in waves and build in intensity, perhaps linked to certain thoughts/feelings/visions, until there is a release. If you have to use the bathroom, one of us will escort you to the bathroom and wait with you nearby. There may be slight disorientation or difficulty walking/finding balance, so we will support you on your bathroom journey. Be cautious in passing gas – it may be more than gas!

You may feel vibration or twitching in the body/need to stretch in ways – flow with it, as it is you and your body shifting energies.

As the mind tries to observe, analyze, judge, and categorize certain "new" sensations and experiences, know that the mind can only take you so far. It is useful to detach identity from it, because it can also serve to keep you at a certain point in the experience versus moving past or through it to something else. Ayahuasca has its way of amplifying certain thought patterns, processes, habits – sometimes to help us identify those which are unconscious, or to bring them glaringly to the surface to assist in releasing the energetic pattern that keeps them alive.

At the same time, do not ignore this or try to run away from it. It takes the most strength to surrender to what is in front of you – not give in/give up – but surrender to what is in the moment, truly feeling/being with it, as it may be something that was long stored away and never fully processed. The mind/ego's self-preservation mechanism may invite you to struggle/resist, or feel fear. That is okay, too, but when possible, shift the awareness and be an observer in the heart, instead of staying seated in the mind.

Because of how innately identified we are with some of these things, because of how deeply we consciously or unconsciously associate with them or define them as "us" – letting them go may feel like a death, or that you will die. Always remember that You will not die – that there will always be awareness present in your journey – but these things that no longer serve our greater purpose and growth can die – and will, if we allow it. Thus, there can/will be a death at some level but, no matter how "difficult" this feels, know that you will come out of it, that you will come home and find a renewed sense of self.

At times, the experience may be so intense that it is unfathomable by our traditional senses. A mere toe in the water of the infinite can be overwhelming, especially as we keep trying to tether ourselves to our physical bodies or our "reality." The reality that is experienced in Ayahuasca is just as real as the one we

perceive in waking life, except it is an invitation to go beyond our senses to the place that ultimately is filtered to a great extent by the senses of our body. It is great to be a surfer, riding the waves as they rise and fall – you will eventually come back to shore.

Similarly, nothing may make "sense" because it is not of the senses we are familiar with. Hot/cold, dry/wet, up/down, day/night – none of this may hold any value or concept for you. You may not know where you are or what is real. Auditory effects, such as amplification of a distant sound seeming very close, could be present. There are times that we need to completely step outside of ourselves and the known to allow the energetic field to re-align.

What may feel like an eternity can be but a few seconds/minutes in this three dimensional space. Similarly, what you could see manifesting instantaneously may take some time to play out in this three dimensional space.

If you feel "stuck" in any of the above and the intensity is not something you can navigate, breath through, and stay centered with on your own for a prolonged period of time – that is, if we sense that you are "struggling" in an overwhelming way, there are certain things we can do to help you through this. One of them is by administering the shamanic snuff, rapé, as it is fundamentally targeting this balled up energy in your system and freeing it via breath and intelligence of the plants contained in the snuff mixture. This will shift your entire experience, allowing for grounding and possibly a purge (especially if you feel like you have to purge but are unable to) as the energy is released. We will guide you through this process of holding your breath as we blow the snuff in each nostril, which will instantly sting your sinuses quite profusely for a few seconds and cause an intense vibrational sensation in your head, which will eventually move throughout your body as it targets areas for energetic release. Sit, and take deep, long breaths. Whatever drips into the back of your throat, please spit it out. Rapé is a very useful tool when applied at the correct times, but we will not administer it unless necessary due to the intensity of it and desire for you to seek the tools within first.

If you're going to paint a picture, you would typically start with a white canvas. The canvas we are currently working with is usually quite full, thus it needs to be cleaned to create something fresh. This is always by your choice, and always working with, rather than against, the experience. This is the "defragmentation" that occurs; it may not even be necessary to follow how the canvas gets cleaned, just know that you are cleaning it. Sometimes this occurs quickly, other times it is a prolonged process, maybe even requiring multiple sits – but when it occurs, it is always manifested in the instance of the present moment.

There is a spirit/presence/intelligence to Ayahuasca and you will build a relationship with "her" over time. Rather, you will rebuild the relationship with this part of yourself that Ayahuasca shifts our attention to. You may feel a certain familiarity in all of this. Everything you experience is manufactured from within, but outside of what we traditionally define as ourselves.

Many things experienced cannot be put into words – or, if they can, know that the words can limit the experience itself, and thus you are only telling a story. It is best to hold onto the feelings and insights (inner-sight) that you gather. What is behind the insight, feelings, visions – what is the source of that? What is the source of source? You can trace it back as far as you desire.

This can all be serious, lighthearted, scary, fun, and exciting. It is with gratitude, compassion, love, respect, and ease (with self and the process) that this will unfold. This is for you, but also for us, and for something inclusive of all of that and much more.

Learning Resources

PRIMARY RESOURCES

Ayahuasca – Iceers

Ayahuasca – Ayahuasca.com

Kahpi.net – Ayahuasca Resource

SECONDARY RESOURCES

Ayahuasca – Wikipedia.org

Ayahuasca – TripSit.me

Ayahuasca-related Texts – Bia Labate's Site

Bibliography of the Brazilian Ayahuasca Religions (PDF) – Bia Labate

Ayahuasca, DMT, and other related Tryptamines – Disembodied Eyes

Yage – Disembodied Eyes

Ayahuasca – Deoxy

My First Ayahuasca Experiences – Nicholas Saunders, 1993

SPIRITUAL USE

União do Vegetal

União do Vegetal Home Page

União do Vegetal: Nicholas Saunders' Account

Santo Daime

Santo Daime – The Brazilian Rainforest's Spiritual Path

The Use of Ayahuasca by the Santo Daime Religion – MAPS, 1992

Guided by the Moon – by Edward MacRae, 1992

A Personal Experience at a Daime Service – C. Bergquist, 1996

Santo Daime Account – Nicholas Saunders, 1996

Other

Shamanistic Ayahuasca Ritual – CSP

Shamanism – Deoxy

Ayahuasca Healing Session – M. Dobkin de Rios

VIDEO & DOCUMENTARY

Making Ayahuasca – Chris Kilham



Eye of the Needle: An Ayahuasca Journey – Daniel LeMunyan

ARTICLES & WRITINGS

The Therapeutic Potential of Ayahuasca – Rachel Harris, 2017

Things I Wish Someone Told Me Before My First Ayahuasca Experience – Tony @ Warrior.do, 2016

What To Do When You Freak Out During an Ayahuasca Ceremony -Misha Almira, 2015

BOOKS

Fishers of Men – Adam Elenbaas, 2010

The Antipodes of the Mind – Benny Shanon, 2002

Ayahuasca Analogues – Jonathan Ott, 1994

Ayahuasca Visions – Eduardo Luna & Amaringo, 1993

Ayahuasca and Ayahuasca Alkaloids – K. Trout, 1998 [online]

Forest of Visions – Alex Polari de Alverga, 1999

Where the Gods Reign – Richard Evans Schultes, 1988

Tales of a Shaman's Apprentice – Mark Plotkin, 1993

O Uso Ritual da Ayahuasca – B. Labate and W. Araújo (Eds.), 2002

Ethnopharmacologic Search for Psychoactive Drugs – D.H. Efron (ed.) (PDF), 1967

Preparations, Precautions & Diet (Dieta)

Progressively, orthodox science closes in on chemical reasons that define the proper nutrition during the days of preparation for the sacrament and for the days after. Because of my dramatic effects on the neuro-chemical and hormonal dance, it is important to take precautions to avoid negative effects that might occur due to the bio-chemical incompatibility of my components with the sudden consumption of certain foods. The gradual harmonization of bodily systems takes several days, so advance preparation is required as well as certain precautions.

All participants must fast prior to a session to ensure adequate absorption of my sacrament and a fulfilling experience.

The Facilitator should investigate with each participant if he/she is qualified or able to receive me. Medical patients under counter indicated medications or psychiatric patients with a history of mental instability, should not receive me to prevent serious health complications. Alcoholic beverages should be avoided for several days before and several days after receiving me. Science has identified with proper certainty, some incompatible substances and Facilitators should study them and adequately inform their participants.

It is important to read and understand the following guidelines prior to participating in an Iowaska Healing Ceremony. Preparation and diet can begin one week prior to consuming Ayahuasca, with particular responsibility and care practiced during the three final days prior to consumption. It is recommended to follow the diet one week after Ceremony, as well. The benefits of adhering to these

recommendations are two-fold. First, you are presenting your mind and physical body with the opportunity to purify and become lighter through the practice of cleaning the diet. Many people discover that they feel better and wish to continue a more conscious lifestyle of enjoying and nourishing their bodies. Second, you are ensuring a clean and open vessel to receive the benefits of Ayahuasca in which you are more likely to experience maximum healing potential.

Below is a general guide regarding food and drink consumption prior to an Ayahuasca Ceremony:

Please enjoy:

Grains & Legumes such as oats, barley, buckwheat, brown rice, quinoa, amaranth, gluten-free pastas, beans, and lentils. Organic wheat, kamut, or spelt are also good options.

Vegetables such as beets, carrots, cucumber, jicama, broccoli, lettuces, arugula, potatoes, sweet potatoes, or yucca can be enjoyed.

Fruits including apples, bananas, berries, pears, apricots, grapes, peaches or melons are all refreshing choices.

Limited Animal Proteins including high quality eggs, organic free-range chicken, or light, wild-caught fish such as sole, tilapia, bass, trout, halibut, or snapper. Smaller amounts recommended. Avoid, if possible, three days prior to Ceremony.

Nuts & Seeds such as raw cashews, raw almonds, raw walnuts, chia seeds, and shelled hemp seeds. Plain, unsalted nut butters are good (except for peanut).

Flavor & Seasonings which are non-spicy, such as fresh herbs, thyme, oregano, basil, dill, ginger, turmeric, cumin, coriander, cinnamon, coconut aminos (in moderation), coconut oil or olive oil are all good options.

Beverages including water, herbal teas, juices containing the approved vegetables or fruits, coconut water or nut milks.

Prior to continuing with the list of foods to avoid, please note:

   **Participants are asked to consciously avoid certain foods for a reason. It is not that all foods listed to avoid are necessarily "unhealthy," rather they may contain moderate to high levels of a naturally occurring trace amine called tyramine (derived from the amino acid tyrosine). Ayahuasca tea is an MAO-inhibitor and MAO is needed by our bodies to process tyramine. By removing foods that contain

tyramine, you are ensuring a more physically pleasant experience when consuming Ayahuasca.

Please avoid:

Pork/Red Meat/Shellfish

Dairy Products/Animal Fat (milk, cheese, yogurt, lard)

Fried Foods/Oils (coconut/olive oil sparingly for cooking are okay)

Salts (table salt, soy sauce, fish sauce, etc.)

Sugar/Artificial Sweeteners (stevia, aspartame, agave, honey, etc.)

Caffeine (coffee, green tea, black tea, soda, chocolate)

Dried Fruits/Citrus/Fibrous Fruits (mango or pineapple)

Spinach/Tomatoes/Avocados

Onion/Garlic

Seaweed, Kelp, Dulce, Arame

Hot Spices/Chilies/Pepper

Vinegar/Pickled Foods

Fermented Foods (kombucha, kimchi, tofu, tempeh)

Yeast (simple unleavened, unsalted breads are okay)

Alcoholic Beverages

Recreational/Prescription Drugs

Sex/Masturbation

Negative media, videos, images, environments, etc.

   *DAY OF CEREMONY: Light, raw, simple and healthy foods from the approved list are recommended. Water and herbal teas are best. It is suggested to consume your last meal at least five-hours prior to Ceremony start time.

THE MAIN THING TO REMEMBER IS:


NO red/heavy meats

NO Pork

NO alcohol, beer, wine, drugs

NO garlic or onions

Moderate consumption of salt and sugar/honey – 3 days before and after

– Please remain well hydrated. However, avoid drinking too much water directly before or during Ceremony.


*Additional information per the Ayahuasca Manifesto:


The traditional teaching of sexual abstinence as part of the pre and post-session diet is not a folk myth of the Amazon traditions. It is also ancient wisdom found in many traditions around the world. The intensity of sexual energy, especially orgasmic or close to climaxing, transmutes certain energy flows that interrupts certain processes that I have not yet finished. The peaceful expressions of erotic love, caresses, tenderness, intimacy, spiritual closeness must not be suppressed because they are part of my love mission. It is only the animal sexual fury and orgasmic energy which must be temporarily controlled to allow the subtle processes of healing.


I am not for every Human Being. There is a small number of potential participants that are chemically incompatible with one or several of my components.


Participants that ignore all preparations prior to receiving me or act carelessly after receiving me must accept responsibility for their actions if they embark in low vibration behavior such as consumption of illegal hard drugs, abusing alcohol, or engaging in obsessive sexual conduct.


I also advise about the other extreme, those with partial chemical immunity. There are bodies with well-developed resistance to unknown chemicals that after receiving me barely feel any effects beside some physical discomfort. They do not understand why other participants describe amazing stories of healing and expanded awareness while they remained relatively unchanged. In order to reach

communion with them, I need the assistance of experienced Facilitators or shamans that know how to induce better absorption of my sacrament in their bodies.

The amount of potential participants with any of these conditions represent a minuscule proportion of the global population for which the vast majority is perfectly capable of receiving me in physical and spiritual excellence.

Medications, Pharmaceuticals & Safety

Please be aware that some of the alkaloids present in Ayahuasca are inhibitors of the MAO enzyme, which means that the consumption of Ayahuasca can potentially interfere with certain serotonergic pharmaceuticals.

The healing potential of this sacred medicine could be reduced and the effects altered. Anti-depressants, SSRIs, recreational drugs and others (see list below) could cause adverse reactions if not adequately purged from the system prior to Ayahuasca consumption. It is best to be cautious and it is recommended to remove pharmaceuticals or recreational drugs at least three weeks prior to Ceremony as well as three weeks after Ceremony.

Please consult your doctor about possible interactions that MAOIs may have with the medication you are taking. When registering with us, you will be asked to inform us of any health conditions, fill out medical paperwork and provide us with a list of medications you are taking. Members and participants are fully responsible for providing truthful and accurate information.

We value the safety of all of our members and participants. We ask that you respect yourself, others, our Church and the sacred medicine by thoroughly preparing and reading the following information and resources.

You must agree with our Medical Policy (link below).

MEDICATION THAT CAN INTERFERE WITH AYAHUASCA:

This includes, but is not limited to, the following:

Monoamine Oxidase Inhibitors (MAOIs): 3 to 6 weeks prior

Central Nervous System (CNS) Depressants and sleeping pills: 3 to 4 weeks prior

Selective Serotonin Reuptake Inhibitors (SSRIs): 6 to 8 weeks prior, 4 weeks after

Other Anti-Depressants: 6 weeks prior, 4 weeks after

Anti-hypertensives (blood pressure medications): 2 to 6 weeks prior, depending on medication

Antibiotics: 48 hours prior

**For a more extensive list, it is important that you visit and review the following website:

http://ayahuascasafety.org

RECREATIONAL DRUGS THAT CAN INTERFERE WITH AYAHUASCA:

Please Note: Recreational drugs should not in any case be combined with Ayahuasca. This includes, but is not limited to, the following:

Cannabis

Cocaine

Amphetamines

Ecstasy

Any psychedelic drugs (mushrooms, DMT, LSD)

**For a more extensive list, it is important that you visit and review the following website:

http://ayahuascasafety.org

PSYCHOLOGICAL CONDITIONS

Please note, if you have any psychological conditions, including borderline disorders, bipolar disorders, psychosis, and schizophrenia, you could be at risk if you partake in the consumption of Ayahuasca. We provide a safe and controlled environment in which the Ayahuasca is taken. We provide supervision as well as an appropriate integration of the experience, which all play a part in reducing any related risks.

If you suffer from depression, Ayahuasca can be very effective with providing relief and healing. It is advised that you discontinue your medication as described above.

CARDIOVASCULAR CONDITIONS

If you have high blood pressure or cardiovascular conditions, we do not recommend Ayahuasca as it can elevate the blood pressure and increase risks.

DIABETES

The absorption of Ayahuasca may present a risk in individuals with diabetes. The use of the MAOIs found in Ayahuasca can alter blood sugar levels via hypoglycemic effects. MAOIs could alter the amount of insulin or oral anti-diabetic medication that is required. Due to the risk, individuals with severe, unstable diabetes should not take Ayahuasca. Those with less severe diabetes should contact us prior to registering.

Again, all members are responsible for properly informing Church staff of any psychological or medical conditions, including but not limited to those mentioned above, along with the conditions of pregnancy, untreated tuberculosis or liver conditions.

FAQs

DO I NEED TO BE A MEMBER OF IOWASKA CHURCH PRIOR TO PARTICIPATING IN AN AYAHUASCA CEREMONY?

Yes, you must first become a member of our Church. However, please note: Church membership alone does not qualify an individual to have access to sacred medicinal ceremonies in which one would partake in the Sacrament of Ayahuasca. To partake in the Sacrament of Ayahuasca, an individual must be a Church member in good standing, at least 18 years-of-age or older and must successfully pass all pre-qualification requirements as set forth by the Church rules and regulations which include but are not limited to medical evaluation forms and consultation with Church Counselor.

IS THERE ANYTHING ELSE I SHOULD DO TO PREP FOR CEREMONY?

Of course the diet and other requirements should be followed. In addition, it is helpful to prepare your mind and spirit by welcoming in some personal quiet time or meditation. This is a time for reflection on your life and a time for setting an intention. Be in touch with yourself, exploring your reasons for seeking this sacred medicine and healing experience.

Some people find it helpful to avoid media, harsh music, disturbing movies or television, negative environments, etc., the week before Ceremony. This is a way of beginning to clear the subconscious channel.

WHAT SHOULD I BRING WITH ME?

We provide bedding, pillows, towels and extra blankets. Please bring any clothing, personal care products or items that will keep you most comfortable. We recommend bringing a journal and a pen in case you wish to record anything from your experience during your reflection time. Please bring a reusable water bottle or vessel of your choosing.

Bring your cell phone and charger, of course, however we ask that everyone place their electronic devices in a safety deposit box upon arrival. This is a sacred time for going deep within. The healing process begins the moment you set foot on our beautiful land. We wish to avoid electronics that could prove to be a distraction for yourself or for other guests.

DOES THE CHURCH OFFER ADDITIONAL HEALING SERVICES?

Yes, we are happy to offer the public a supportive environment in which they have the option to access supplemental healing modalities, including but not limited to the following:

Energy Healing/Reiki

Bodywork/Massage

Group Meditation

Hypnotherapy

Health/Wellness Coaching

Spiritual/Intuitive Coaching

Sound Healing Therapy

Mental Health Counseling

WHAT IF I AM PREGNANT?

Although you may hear stories around the globe of women safely drinking Ayahuasca while they are pregnant, we do not offer Ayahuasca to women who are pregnant or breastfeeding.

WHAT IF I AM ON MY MENSTRUAL CYCLE?

If possible, we do recommend that women plan around their cycle. Female menstruation is a sacred time in which a woman is more deeply in touch with her body, feelings, energy and those around her. It seems that in many cases, a woman's experience with the medicine is intensified or heightened while menstruating.

IS IT IMPORTANT TO FOLLOW THE DIET?

Yes. We encourage you to approach this sacred medicine with integrity by upholding the diet guidelines, which exist to support you in getting the most out of your healing experience. Please remember the diet also helps to remove toxins and release blocked energies, preparing you to receive the medicine most effectively. You will gain much wisdom and insight even after your Ceremony, as Ayahuasca remains with you for some time. We invite you to facilitate a gracious and successful process for yourself by welcoming this aspect into your experience and preparing your mind and body to receive and to let go.


WHAT SHOULD I WEAR FOR CEREMONY?

It is best to be comfortable and casual when you sit in Ceremony. You want to be able to breathe, to have some flow or movement and to feel warm should you get cold. We advise bringing a jacket, sweater or shawl. Blankets will be provided, but many people tend to feel a little chilly with the Medicine.


Please note we have a dress code. It is important to honor the sacredness of the space and of this event by dressing modestly and conservatively. This is a time for going within, not a time to offer physical distractions. Men and women should always be appropriately covered, especially sensitive areas. We ask that you do not wear anything see-through, short, low cut, or tight.


Our Staff wears all white clothing during Ceremonies so that you can differentiate us and easily identify us at night.


WHAT DO I NEED TO REMEMBER IF I FEEL NERVOUS BEFORE DRINKING AYAHUASCA?

It is normal for some people to feel nervous or even excited prior to sitting in Ceremony. You are about to embark on the journey of a lifetime. It is important to remember that you are cared for and held in the arms of this sacred medicine, which many call Mother Ayahuasca or Grandmother.


*As stated in the channeled Ayahuasca Manifesto:


Another very effective method used to sabotage my mission with the Human species is by generating

and manipulating the powerful emotion of fear. You have nothing to fear. I am not the cause of any deaths, I just channel Light and vital energy through your secret meridians. Any accusation or allegation of danger, permanent injury or death should be thoroughly investigated to allow science itself grant me the Human absolution. It should be expected that my enemies manipulate the facts to instill fear at any available opportunity, as this is part of their debasing agenda against my global expansion. It should be the objective of all my supporters to gradually obtain the social and legal acceptance of my sacrament as alternative medicine until I become officially accepted by the governments of modern society.

Physical Discomfort and Nausea– It is not really amusing to live this stage of the experience with my medicine. In this aspect it is unique and totally contrary to all other substances that authorities control to avoid social problems. With this inherent protection, rejection is ensured by most of the population including the recreational seekers or recreational travelers. This also disqualifies me with potential drug addicts or existing addicts who only seek pleasure to escape their pain. Because of this aspect of strong physical discomfort, nausea and the possibility of severe vomiting, the authorities must understand it is unlikely that its use will become popular and escalate into a social problem.

IS AYAHUASCA LEGAL?

Ayahuasca is legal in the United States of America. In 2006, the use of Ayahuasca was approved for religious use in a Supreme Court ruling. Both the caapi vine and chakruna leaves are legal. Currently, it is the DMT component that is questioned. However, as Iowaska Church of Healing, Ayahuasca is our Sacrament and protected under our rights to seek healing as spiritual beings utilizing a natural, indigenous plant-medicine from Mother Earth.

Church Membership

QUALIFICATIONS & REQUIREMENTS FOR MEMBERSHIP WITH IOWASKA CHURCH OF HEALING

Iowaska Church welcomes all individuals to become members irrespective of age, race, color, creed, national origin, cultural background, ethnicity, religion, sex, sexual orientation, gender expression or any other discriminating factors. Membership is available to all beings who approach Iowaska Church with the sincere intention to become a part of a spiritually directed community in which all members live by a code of love, unity, integrity and respect for all living things.

Membership is open to those who are sincerely seeking a deeper relationship with Self, with Spirituality and with the living Spirit of Mother Earth. The aforementioned sincerity of character and the willingness to live through one's Higher Self should be self-evident as witnessed by all Church members, Officers, Elders and Spiritual Leaders. This sincerity in character should be self-evident in all actions, words, thoughts and intentions presented by an individual to the Church.

Iowaska Church leaders and board members reserve the right to assess, discuss, vote and if necessary terminate the membership and involvement of any individual who disregards Church Doctrine and the Universal Laws of respect, integrity, harmony, love and light.

Membership is open to those who are willing to harmoniously contribute to a safe environment in which people from all walks of life will be collectively gathered in an effort to seek a greater understanding of themselves, the world around them and to access multi-dimensional healing.

Prospective members must sign, complete and return any and all relevant membership applications and paperwork to be reviewed and approved by designated Church staff.

Prospective members must pay one-time membership fee of $60. Youth under 18 years-of-age who cannot afford membership fee may apply to be considered in the Church Volunteer Program. Retired individuals over 60 years-of-age may have their membership fee waived in exchange for a monetary donation of their choosing.

Church membership does not qualify an individual to have access to sacred medicinal ceremonies in which one would partake in the Sacrament of Ayahuasca. To partake in the Sacrament of Ayahuasca, an individual must be a Church member in good standing, at least 18 years-of-age or older and must successfully pass all pre-qualification requirements as set forth by the Church rules and regulations.

(Include Membership application PDF)

Please download and submit the completed form to info@iowaskachurch.com. We will review and be in touch! Membership fee of $60 can be paid via PayPal to info@iowaskachurch.com or direct link www.paypal.me/iowaska

Legality

Our Church has applied for tax-exempt status under Section 501(c)(3) of the Internal Revenue Code, and is working with the U.S. Department of Justice, Drug Enforcement Administration, as well as state authorities to ensure our compliance with all laws affecting the sacramental use of Ayahuasca.

The United States Supreme Court has expressly recognized the sacramental use of Ayahusca in religious ceremonies.    In its 2006 decision styled Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal, the Supreme Court addressed the use of Ayahuasca during religious ceremonies and held that the government had impermissibly burdened the church members' exercise of their religion when it

confiscated an Ayahuasca shipment being delivered to the church.    Like our Church, the members of Uniao do Vegetal church ("UDV") received the sacrament of Ayahuasca in the form of tea containing Dimethyltryptamine, or DMT. The government argued that because DMT is a Schedule I drug under the federal Controlled Substances Act, its religious use was banned under that statute.    The government conceded that the sacramental use of Ayahuasca by the UDV church members was a sincere exercise of religion, but argued that the Controlled Substances Act provided no exception for its usage.

In successfully arguing for a religious exemption from the Controlled Substances Act, the UDV church relied upon the provisions of the Religious Freedom Restoration Act of 1993 ("RFRA"), set forth at 42 U.S.C. §§2000bb et seq. Under the RFRA, the government may not substantially burden a person's exercise of religion, even if the burden results from a rule of general applicability, unless the government can demonstrate that the burden is in furtherance of a compelling governmental interest and is the least restrictive means of furthering that compelling interest.    Under the RFRA, a person whose religious exercise has been burdened in violation of the statute is authorized to seek judicial relief from the government's actions.    In ruling in favor of the UDV church and its sacramental use of Ayahuasca, the Supreme Court noted that the government's actions in disrupting the church's use of Ayahuasca was a "substantial burden" upon its members' exercise of their religious beliefs, and that the government failed to meet its burden to demonstrate that its actions furthered a compelling interest, or that they did so using the least restrictive means.

At Iowaska Church of Healing, our members believe the Earth-given Ayahuasca to be a sacred sacrament central to our spiritual practices and growth. The First Amendment guarantees our rights to practice our spiritual faith.

Indigenous peoples and Native Americans have been utilizing the natural elements from our Earth to practice their spirituality. At Iowaska Church of Healing, we honor and abide by the natives' core belief that what grows from the Earth is here for our personal and spiritual learning.

More information coming soon.

Pricing

CEREMONY PRICING

Iowaska Church of Healing offers various Ceremony options for members to choose from, based on their personal needs.

All Ceremonies are held outdoors utilizing the great spirit of Mother Earth and the many elements that support us during our sacred healing journeys. During extreme weather, Ceremonies will be held in our peaceful, indoor medicine temple.

Large Group Ceremonies (10-15 people) are ideal for all individuals, especially those who are experiencing this modality of healing for the first time. The collective energy of the group plays an integral part in the inner workings of this sacred medicine and the shared healing of each person. It is a complex and beautiful web of energy that serves everyone's learning experience like branches of a tree connected to the same trunk and roots. Many members come away with beautiful, new connections and friendships through this process of individual healing within a safe group container.

Large Group Ceremony Weekend Retreat includes:

Three Ayahuasca Healing Ceremonies

Two Group Integration Sessions

Group Guided Meditation

Group Yoga or Qigong

Healthy meals (Ayahausca diet approved)

Access to supplemental healing modalities (see "Healing Services" under "About Us" section)

Access to sacred land and amenities

Pricing: $ Coming Soon

Small Group Ceremonies (3-10 people) provide a more intimate environment in which members can still benefit from a collective healing presence, but have access to more individualized attention from our Healers and Facilitators. This individualized devotion can be a catalyst for great releases, breakthroughs and liberation.



Small Group Ceremony Weekend Retreat includes:

Three Ayahuasca Healing Ceremonies

Two Group Integration Sessions

Group Guided Meditation

Group Yoga or Qigong

Healthy meals (Ayahausca diet approved)

Access to supplemental healing modalities (see "Healing Services" under "About Us" section)

Access to sacred land and amenities

Pricing: $ Coming Soon

Private Ceremonies (1 person) are a powerful option for those looking to work deeper with this sacred medicine and experience profound transformation. Those seeking a one-on-one experience will have full attention from our Healers while being guided from beginning to end on a transformative, therapeutic journey. Individualized healing work will take place in order to facilitate the movement and release of energy, allowing for powerful shifts in the emotional, spiritual, physical and energetic bodies. Our Healers will see what you see, go where you go, and provide flow, help and relief when it is needed at pivotal points during your Ayahuasca process. Private Ceremonies are not recommended for first-time participants.

Private Ceremonies are only offered as an add-on option during Small Group Ceremony Weekend Retreats and there are limited spots available, so please book in advance. Private Ceremonies during Small Group weekends include:

One Private Ayahuasca Healing Ceremony

Two private, one-on-one Integration Sessions

Group Guided Meditation

Group Yoga or Qigong

Healthy meals (Ayahausca diet approved)

Access to supplemental healing modalities (see "Healing Services" under "About Us" section)

Access to sacred land and amenities

Pricing: $ Coming Soon

Accommodations

ACCOMMODATION PRICING

All Private and Group Lodging options offer comfortable beds in an indoor, safe, temperature controlled environment. Group Lodging offers comfortable bunk beds and host up to six guests. Blankets, pillows and towels are provided. Ample indoor, private bathrooms and showers are available.

Members will have the opportunity to identify which accommodations they prefer when signing up for a Healing Ceremony.

More details coming soon!

Combined Male/Female Group Lodging

Female-only Group Lodging

Male-only Group Lodging

Private Lodging/Twin-size Bed (1-2 people)

Private Lodging/Full-size Bed (1-2 people)

Private Lodging/King-size Suite (1-3 people)

Calendar

COMING SOON

Large Group Ceremony retreats are offered the first two weekends of each month and last from Friday evening to Sunday afternoon.

Small Group Ceremony retreats and Private Ceremony options are offered the third weekend of each month and last from Friday evening to Sunday afternoon.

Please plan to arrive at the Church no later than 4pm on Friday.

Please plan and book in advance – available slots fill up quickly. We look forward to seeing you!

Cancellation Policy

Spots are limited, so we ask that you book with integrity and commit to Yourself and to the Medicine.

We encourage the conscious mindset of realizing that your journey begins the moment you reserve your space.

Cancelling your reservation means another individual may miss out on the opportunity to experience healing. Please honor the integrity of the Church, the Staff, the Members and the space we strive to create for all.

If you need to cancel 60 days or more prior to scheduled Ceremony, you will receive a full refund. In this case, please send an email to us clearly stating that you wish to cancel.

If you need to cancel 30 days prior to scheduled Ceremony, you will receive 50% of the cost of entire booking and the remainder is forfeited. In this case, please send an email to us clearly stating that you wish to cancel.

Participants assume full responsibility for arriving on time and being prepared before Ceremony begins.

This means we cannot refund due to illness, flight cancellations or delays, late arrivals or early departures.

Please consider purchasing travel insurance from your airline.

Our Cancellation Policy is clearly stated and will be provided with registration paperwork as well.

Acceptance of these terms is required prior to reserving your space.

By registering for a Ceremony, an individual testifies that they are a member of our Church, they are over the age of eighteen, they pass all medical requirements, have reviewed our cancellation policy and agree to accept the terms indicated.

*In the rare event that Iowaska Church of Healing needs to cancel a Ceremony or Ceremonies due to natural disaster, weather, political climate or other related, unforeseen circumstances, we can guarantee a partial refund. We do not anticipate ever having to cancel any Ceremonies.

However, to cover any unknown factors, we highly recommend participants purchase travel insurance.

Thank you for honoring our policies.    We look forward to meeting you soon!

Contact

For questions, further information, or to book your Healing Ceremony Retreat, please contact us using one of the methods below.

515-333-1210

info@iowaskachurch.com

Map & Directions

We are currently and actively searching for Iowa acreage in which we can construct our Church foundation and buildings. We would like to open our doors in 2019 so that we can spread the healing power of our sacred modalities as soon as possible.

Please visit our GoFundMe page and help make our mission possible by donating from your heart. Your donation will be tax deductible before the end of the year. Your gift will help many souls have access to hope and healing:

http://www.gofundme.com/iowaska-church-of-healing

We manifest and intend that our Church will be set back on multiple acres of beautiful, untouched land. The spirit of Mother Nature will be alive all around us, offering a peaceful womb of comfort as we journey together to a place of deeper understanding, love and healing. The spirit of the Natives who once blessed the lands of Iowa can be felt in the trees, the grass, the water and the sky around us. This is sacred land offering peace and respite to those who seek connection with the beauty around them.

 We will be conveniently located in proximity to Des Moines International Airport. Transportation to and from the airport can be easily arranged via Uber, Lyft, Taxi, or any similar option. If those are not suitable options for you, please contact us and we can arrange private transportation for an additional fee.

Please view the map below (coming soon!) to familiarize yourself with our location.

Get in touch and we'll get back to you as soon as we can.    We look forward to hearing from you!



**State of Florida**

**Department of State**

I certify from the records of this office that IOWASKA CHURCH OF HEALING, INC., is a corporation organized under the laws of Iowa, authorized to transact business in the State of Florida, qualified on March 19, 2019.

The document number of this corporation is F19000001542.

I further certify that said corporation has paid all fees due this office through December 31, 2019, and its status is active.

I further certify that said corporation has not filed a Certificate of Withdrawal.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of March, 2019



*Laurel M. Lee*
*Secretary of State*

CR2E022 (01-11)



FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 30, 2019

WILLIAM A. BOATWRIGHT, ATTORNEY
DAVIS BROWN LAW FIRM
215 - 10TH STREET, SUITE 1300
DES MOINES, IA  50309

Having fulfilled the requirements of section 607.1503 or 617.1503, Florida Statutes, on March 19, 2019, this Certificate of Authority is hereby issued to IOWASKA CHURCH OF HEALING, INC., an Iowa corporation, in accordance with said statute and assigned document number F19000001542.  Please refer to this number whenever corresponding with this office.

Your corporation is now authorized to transact business in Florida as of the file date.

Enclosed is the certification you requested.

To maintain "active" status with the Division of Corporations, an annual report must be filed yearly between January 1st and May 1st beginning in the year following the file date or effective date indicated above.

A Federal Employer Identification Number (FEI/EIN) will be required when this report is filed.  Apply today with the IRS online at:

https://sa.www4.irs.gov/modiein/individual/index.jsp

Please notify this office if the corporate address changes.

Should you have any questions regarding this matter, please contact this office at (850) 245-6842.

Deborah Bruce
Corporate Records Supervisor II
Mail/Scan/Validation Section
Division of Corporations                          Letter Number: 719A00006329

www.sunbiz.org

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

**Boatwright, William A.**

| | |
|---|---|
| **From:** | ██████████████████████ |
| **Sent:** | Wednesday, July 17, 2019 7:27 AM |
| **To:** | Boatwright, William A. |
| **Subject:** | RE: [Ext] RE: Iowaska Church of Healing - Application for Exception to CFR |

Hi Bill,

I recently transferred to the Policy section at DEA HQS in Arlington, VA and this is the section that is working on the request. It is still in progress. One of my colleagues is working on a response that will need to be approved by our front office. We have several RFRA requests along with many other policy questions so the response might still take some time. Feel free to keep checking in.

Kind regards,

████████████

**From:** Boatwright, William A. [mailto:BillBoatwright@davisbrownlaw.com]
**Sent:** Thursday, June 27, 2019 5:59 PM
**To:** ████████████████
**Subject:** RE: [Ext] RE: Iowaska Church of Healing - Application for Exception to CFR

Hi Sarah,

It's now been four months since we submitted the request for a religious exemption from the Controlled Substances Act with the DEA Diversion Control Division in Virginia, and we haven't received any response to date. Should we have received some kind of filing acknowledgment or other response by now, and is there any further action we should take at this point? The IRS exemption application was filed nearly 6 months ago, so we should be hearing back from them in the near future.

Thanks for your help,

Bill

**From:** █████████████████████████
**Sent:** Tuesday, February 26, 2019 1:35 PM
**To:** Boatwright, William A. <BillBoatwright@davisbrownlaw.com>
**Subject:** [Ext] RE: Iowaska Church of Healing - Application for Exception to CFR

Hi Bill,

There are several offices in Florida, so the best contact would be the Diversion Program Manager in Miami, she is in charge of the entire state.

Her contact information is below:



1

Miami, Florida 33326

Kind regards,

███████████

**From:** Boatwright, William A. <BillBoatwright@davisbrownlaw.com>
**Sent:** Tuesday, February 26, 2019 1:26 PM
**To:** ███████████
**Subject:** Re: Iowaska Church of Healing - Application for Exception to CFR

Hi Sarah,

I'm nearly ready to send the DEA a request for exception to the CFR provisions requiring registration.  My client is now planning to first look for property in Florida to get started, and I was wondering if you know the name/address of your counterpart in Florida so that I can copy him or her on the DEA filing package.  Please let me know if you have this information. We're in the process of registering the Iowa nonprofit corporation to do business in Florida, and I expect we'll get that submitted sometime next week.

Thanks for your help,

Bill

.   The Davis Brown Law Firm is committed to providing Exceptional Client Service. For a review of the supporting principles, go to www.davisbrownlaw.com/exceptional.

    This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply E-mail and destroy all copies of the original message.
    HEALTHCARE PRIVACY STATEMENT: This message may contain protected health information that is strictly confidential. If you have received this email, you are required to maintain the security and confidentiality of the information and may not disclose it without written consent from the patient or as otherwise permitted by law. Unauthorized disclosure may be subject to federal and state penalties.

2