

**Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities**
PO Box 2508
Cincinnati, OH 45201

IOWASKA CHURCH OF HEALING
C/O WILLIAM A. BOATWRIGHT
DAVIS BROWN LAW FIRM
215 10TH ST SUITE 1300
DES MOINES, IA  50309

Date:
 September 10, 2019
Employer ID number:
 83-2192122
Person to contact / ID number:

Contact telephone number:
 513-
Contact fax number:
 855-775-7261
Response due date:
 October 9, 2019

Dear Applicant:

**Why you are receiving this letter**

We need more information to consider your determination letter request.

**What you must do**

Please provide the information requested and follow the submission instructions. You must submit your response by the due date above.

**If you don't respond**

If you don't respond to the Information Request by the due date, or don't provide all the requested information, we may close your case without making a determination. If so, we won't refund any user fee you paid, and you'll need to submit a new request and any applicable user fee payment if you want us to reconsider your request. Alternatively, if you haven't established that you meet the requirements for exemption for the subsection requested, we may make an adverse determination.

In addition, if you don't provide the requested information by the due date, you may lose your rights to get a declaratory judgment. Under Internal Revenue Code (IRC) Section 7428(b)(2), you must exhaust all administrative remedies available to you within the IRS before a court will issue a declaratory judgment about your exempt status. This requirement means you must take all reasonable steps in a timely manner to secure a determination under IRS procedures, including providing the information we need to act on your request. If you fail to timely provide the requested information, you may lose your rights to obtain a declaratory judgment under Section 7428.

**Additional information**

Letter 1312 (Rev. 4-2017)
Catalog Number 35163W



**Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities**
PO Box 2508
Cincinnati, OH 45201

IOWASKA CHURCH OF HEALING
4114 27TH ST
DES MOINES IA  50310

Date:
September 10, 2019
**Employer ID number:**
83-2192122
**Person to contact / ID number:**

**Contact telephone number:**
513-
**Contact fax number:**
855-775-7261
**Response due date:**
October 9, 2019

Dear Applicant:

**Why you are receiving this letter**
We need more information to consider your determination letter request.

**What you must do**
Please provide the information requested and follow the submission instructions. You must submit your response by the due date above.

**If you don't respond**
If you don't respond to the Information Request by the due date, or don't provide all the requested information, we may close your case without making a determination. If so, we won't refund any user fee you paid, and you'll need to submit a new request and any applicable user fee payment if you want us to reconsider your request. Alternatively, if you haven't established that you meet the requirements for exemption for the subsection requested, we may make an adverse determination.

In addition, if you don't provide the requested information by the due date, you may lose your rights to get a declaratory judgment. Under Internal Revenue Code (IRC) Section 7428(b)(2), you must exhaust all administrative remedies available to you within the IRS before a court will issue a declaratory judgment about your exempt status. This requirement means you must take all reasonable steps in a timely manner to secure a determination under IRS procedures, including providing the information we need to act on your request. If you fail to timely provide the requested information, you may lose your rights to obtain a declaratory judgment under Section 7428.

**Additional information**

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W

IOWASKA CHURCH OF HEALING
83-2192122

If you have questions or need additional time to respond, call me at the number at the top of this letter. If you have concerns after speaking with me, you can call my supervisor Kevin Payton at 513-975-6531.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit taxpayeradvocate.irs.gov or call 1-877-777-4778.

Sincerely,

Exempt Organizations Specialist

Enclosure:
Information Request

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W

IOWASKA CHURCH OF HEALiNG
83-2192122

## Information Request
## Second Request

**Information we need to make our determination**

Include the following declaration with your response, signed and dated by an officer, director, trustee, or other governing body member (not an authorized representative). You can sign and date the statement below or reproduce it in the body of your signed response. The declaration must accompany responses per Revenue Procedure 2019-5 (updated annually).

*Under penalties of perjury, I declare that I have examined this information, including accompanying documents, and, to the best of my knowledge and belief, the information contains all the relevant facts relating to the request for the information, and such facts are true, correct, and complete.*

1. We were unable to access your website, has the website address changed? Please provide the current address.

2. Your response dated July 25, 2019, stated in paragraph #14 that you submitted your request for religious exemption from registration under the Controlled Substances Act to the DEA Diversion Control Division on February 28, 2019. Please submit a complete copy of this application and all subsequent correspondence related to the application.

3. If the religious exemption is not approved by DEA Diversion Control, then what are your plans?

4. Was ayahuasca tea used at the five retreats that were already held in May, June and July of 2019? If so, how were the retreats legal under federal and/or state law considering that you had not yet received your exemption?

5. What is the significance of state law as it relates to the use of tea, since the exemption is granted at the federal level?

6. Please provide the date that you received each of the 20 membership applications as well as the state of residence of each member.

7. Do any of the 20 members NOT regularly participate in the ceremonies?

8. How do you determine whether a member is 'ready' to participate in the ceremonies using the tea? Page 6 of your statement attached to Form 1023 stated that members will undergo thorough medical and psychological evaluation prior to a ceremony. Explain in detail, including whether members personally meet with health professionals and the credentials of any such professionals.

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W

IOWASKA CHURCH OF HEALING
83-2192122

9. Which Healers conducted the retreats that have been held to date?

10. Why were the fees waived for the various participants in the weekend retreats? Explain for each retreat separately.

11. Can non-members participate in the ceremonies using the tea?

12. Are the various therapies/healing modalities listed in your Form 1023 provided only to members? Is there a fee charged for any of the services? If so, please provide a fee schedule.

**How to submit the requested information (do's and don'ts)**

- **Don't include** any personal identifying information like bank account or social security numbers that could result in identity theft or other adverse consequences if publicly disclosed. If we approve your application for exemption, we're generally required by law to make the application and the information you submit in response to this letter available for public inspection. If you have questions about the public inspection of your request or other documents, please call me.

- **Do include** the following declaration with your response, signed by one of your principal officers or directors:

    **Under penalties of perjury, I declare that I have examined this request, or this modification to the request, including accompanying documents, and to the best of my knowledge and belief, the request or modification contains all the relevant facts relating to the request, and such facts are true, correct, and complete.**

- **Do attach** a copy of the cover letter to your response. This enables us to quickly and accurately associate your response with your case file.

- **Do fax or mail** your response to:

    | Fax: | US Mail: | Street Address (delivery service): |
    |---|---|---|
    | 855-775-7261 | Internal Revenue Service | Internal Revenue Service |
    | ATT: | Exempt Organizations | Exempt Organizations |

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W

IOWASKA CHURCH OF HEALING
83-2192122

    P. O. Box 2508          550 Main Street
                        Cincinnati, OH 45201    Cincinnati, OH  45202
                        ATT:                    ATT:

- **Don't provide** multiple copies of your response. Providing more than a single response may result in unnecessary delays in processing your response. We must process, assign, and review each piece of correspondence submitted (whether fax or mail).

- **Do allow** adequate processing time if you want to call to verify we received your response. If you fax your response, allow a minimum of three workdays from the day you fax it. If you mail your response, allow a minimum of seven workdays from the day you mail it.

**Letter 1312 (Rev. 4-2017)**
Catalog Number 35163W