

**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
4330 WATT AVENUE SA 7890
SACRAMENTO CA  95821-7012

Date:
03/10/2021
Person to contact:
 Name:
 Employee ID number:
 Telephone:916-
 Fax:855-241-4766
 Hours:7:30-4:00
Re:
 Form 1023
Tax periods ended:

Conference information:
 Date: April 1, 2021
 Time: 1:00PM Central Standard Time
 Via telephone:
 Call: 916-974-5320

IOWASKA CHURCH OF HEALING
4114 27TH ST
DES MOINES IA  50310-5901

Dear Organization:

The Office of Appeals received your case for possible settlement, and it is assigned to me.

I scheduled a telephone conference as shown above to discuss possible settlement of your case. Call me at the telephone number above within two weeks from the date of this letter if you need to reschedule.

**The Appeals process**

Appeals is an independent function within the IRS. Appeals reviews and resolves disputes in a fair and impartial manner by applying the law and court decisions to the facts of your case. I'll consider the facts in your case and try to resolve your dispute with the IRS.

If you're new to Appeals, you should read the enclosed publications.

The conference will be informal and we'll discuss facts, arguments, and whether the law supports your position. If you present new information or raise new issues, I may refer your case to the originating office for consideration.

If you have questions about this letter or the Appeals process, you can call me at the number at the top of this letter. You can also visit our website at *www.irs.gov/appeals*.

**Additional information**

At the conclusion of the Appeals process, a contracted vendor may ask you to participate in an Appeals customer satisfaction survey. Your participation is voluntary and the survey will not ask for personal or financial information of any kind. We'll use the results of the survey to improve the Appeals process and our service to taxpayers. See the Customer Satisfaction Survey page at *www.irs.gov/uac/customer-satisfaction-surveys* to learn more about IRS-sponsored surveys and for a list of current and recent vendors.

Letter 5157 (Rev. 9-2016)
Catalog Number 61790J

You can get any publication or notice mentioned in this letter by visiting *www.irs.gov/formspubs* or by calling 1-800-TAX-FORM (1-800-829-3676).

Thank you for your cooperation.

Sincerely,



Enclosures: Publication 4227

cc: William A Boatwright Esquire

**Letter 5157 (Rev. 9-2016)**
Catalog Number 61790J