IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING,<br>4114 – 27th Street<br>Des Moines, IA 50310<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA, and<br>CHARLES P. RETTIG, *in his official capacity*<br>*as* Commissioner of Internal Revenue,<br>1111 Constitution Avenue NW<br>Washington, DC 20224<br><br>      Defendants. | Civil Case No. 1:21-cv-02475 |

**NOTICE OF FILING COURTESY COPY**

The Defendants give notice of their compliance with the Court's Standing Order dated September 23, 2021. Doc. No. 5. On September 7, 2022, the undersigned sent a courtesy copy of the exhibits filed at Docket Entry 29 via FedEx with tracking number 777868926459 to the following address:

    United States District Court for the District of Columbia
    Attn: Chambers of Judge Howell
    333 Constitution Avenue, NW
    Washington, DC 20001

*(Signature block on the following page.)*

Dated: September 8, 2022

                                  DAVID A. HUBBERT
                                  Deputy Assistant Attorney General

                                  */s/ Emily K. Miller*
                                  EMILY K. MILLER (KY #97725)
                                  JOSEPH E. HUNSADER (DC #453328)
                                  KRISTINA M. PORTNER (DC #1002793)
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 227
                                  Washington, D.C.  20044
                                  202-353-7509 (v)
                                  202-514-6866 (f)
                                  Emily.K.Miller@usdoj.gov
                                  Joseph.E.Hunsader@usdoj.gov
                                  Kristina.M.Portner@usdoj.gov
                                  *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of September, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

              */s/ Emily K. Miller*
              EMILY K. MILLER
              Trial Attorney
              United States Department of Justice, Tax Division