UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 21-02475 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of the plaintiff's Motion for Summary Judgment, ECF No. 20, defendants' Cross-Motion for Summary Judgment, ECF No. 23, the legal memoranda in support and in opposition, and the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' Cross-Motion for Summary Judgment, ECF No. 23, is **GRANTED**; it is further

**ORDERED** that plaintiff's Motion for Summary Judgment, ECF No. 20, is **DENIED**; it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

Date: March 31, 2023

*This is a final and appealable order.*

_____
BERYL A. HOWELL
U.S. District Court Judge