# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **IOWASKA CHURCH OF HEALING**

vs.                           Civil Action No. 21-02475 (BAH)

Defendant: THE UNITED STATES OF AMERICA, et al

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 26 day of May 20 23, that

**Iowaska Church of Healing**

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 31 day of March, 20 23, in favor of the Defendant, United States of America, et al

against said Plaintiff, Iowaska Church of Healing

Attorney/Pro Se Party Signature: _[signature]_

Name: William A. Boatwright

Address: Dentons Davis Brown PC

215 10th Street, Ste. 1300

Des Moines, IA  50309

Telephone: (515) 288-2500

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017