IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWASKA CHURCH OF HEALING,<br>4114 – 27th Street<br>Des Moines, IA 50310<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA, and<br>CHARLES P. RETTIG, *in his official capacity*<br>*as* Commissioner of Internal Revenue,<br>1111 Constitution Avenue NW<br>Washington, DC 20224<br><br>      Defendants. | Civil Case No. 1:21-cv-02475 |

**NOTICE OF ATTORNEY NAME AND EMAIL ADDRESS CHANGE**

    Effective immediately, the email address for United States Department of Justice Trial Attorney Emily K. McClure, formerly known as Emily K. Miller, has changed to Emily.K.McClure@usdoj.gov.

Dated: November 24, 2023        Respectfully submitted,

                                            DAVID HUBBERT
                                            Deputy Assistant Attorney General

                                            */s/ Emily K. McClure*
                                            EMILY K. McCLURE
                                            KY Bar #97725
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Washington, D.C.  20044
                                            202-353-7509 (v)
                                            Emily.K.McClure@usdoj.gov
                                            *Counsel for United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of November, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive notice.

                                        */s/ Emily K. McClure*
                                        EMILY K. McClure
                                        Trial Attorney
                                        United States Department of Justice, Tax Division